UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 APR 15 P 4 54

| | |
|---|---|
| MICHAEL P. HUBERT, individually and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, A. NEIL PAPPALARDO, LAWRENCE A. PALIMINO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VICENTE,<br><br>    Defendants. | Civil Action No. 05-10269RWZ |

### NOTICE OF APPEARANCE

Please enter the appearances of Stephen D. Poss, P.C., Kevin P. Martin and Jennifer W. Fischesser as counsel for defendants Medical Information Technology, Inc. Profit Sharing Plan, A. Neil Pappalardo, Roland L. Driscoll, Edward B. Roberts and Morton E. Ruderman in the above-captioned matter.

In addition, the Complaint purports to name as defendants two purported additional individuals: an individual who is variously identified as Palimino and Polimino, and another individual named Vicente. Defendants are aware of no individuals named Palimino/Polimino or Vicente. There are, however, individuals affiliated with defendants whose names are Lawrence A. Polimeno and L.P. Dan Valente. To the extent the Complaint is ever construed to refer to these individuals, counsel for defendants would enter their appearance on behalf of these individuals as well.

Respectfully submitted,

MEDICAL INFORMATION TECHNOLOGY INC. PROFIT SHARING PLAN, A. NEIL PAPPALARDO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, and MORTON E. RUDERMAN.

By their attorneys,

_/s/ Stephen D. Poss_

Stephen D. Poss (BBO # 551760)
Kevin P. Martin (BBO # 655222)
Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: April 15, 2005

## CERTIFICATE OF SERVICE

I, Kevin P. Martin, hereby certify that on April 15, 2005 a true copy of the foregoing document was served by first class mail, postage prepaid upon counsel for each other party.

_/s/ K. P. Martin_
Kevin P. Martin

LIBA/1529182.1

2