UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, individually and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, A. NEIL PAPPALARDO, LAWRENCE A. PALIMINO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VICENTE,<br><br>　　　　　Defendants. | 2005 APR 15 P 4: 53<br><br><br>Civil Action No. 05-10269RWZ |

## DEFENDANTS MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN AND A. NEIL PAPPALARDO'S MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS IN EXCESS OF PAGE LIMIT

Defendants Medical Information Technology, Inc. Profit Sharing Plan (the "Plan") and A. Neil Pappalardo (collectively, "Defendants") hereby move the Court for leave to file a Memorandum in Support of their Motion to Dismiss which is three pages in excess of the twenty-page limit set out by Local Rule 7.1(b)(4).

As grounds for their Motion, Defendants state that the plaintiff, Michael Hubert, has served a putative class-action complaint (the "Complaint") purporting to assert two causes of action under the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq* ("ERISA") – a claim for benefits under 29 U.S.C. § 1132(a)(1)(B), and a claim of breach of fiduciary duty.

Defendants have moved to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6) on several grounds, many of which require extensive citation from the complex federal statute or from Plan documents. Defendants' Memorandum in Support of their motion to

dismiss, which will not exceed twenty-three pages, will enable Defendants to more fully elucidate the several reasons supporting their Motion to Dismiss.

For the foregoing reasons, Defendants respectfully request that the Court grant their Motion for Leave to File a Memorandum in Support of their Motion to Dismiss in Excess of Page Limit.

### CERTIFICATE OF LOCAL RULE 7.1(A)(2)

The undersigned certifies that pursuant to Local Rule 7.1(A)(2) he contacted counsel for Plaintiff in a good faith effort to narrow or resolve the issues presented in this Motion but no agreement was reached.

Respectfully submitted,

MEDICAL INFORMATION TECHNOLOGY INC. PROFIT SHARING PLAN and A. NEIL PAPPALARDO.

By their attorneys,

Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: April 15, 2005

### CERTIFICATE OF SERVICE

I, Kevin P. Martin, hereby certify that on April 15, 2005 a true copy of the foregoing document was served by first class mail, postage prepaid upon counsel for each other party.

Kevin P. Martin

LIBA/1530837.1