UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, Individually and On Behalf Of All Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>Defendants. | Civil Case No. 05-10269-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of Sara E. Noonan of Dwyer & Collora, LLP, as additional counsel on behalf of Plaintiff Michael P. Hubert in the above-captioned matter.

Respectfully submitted,
**Michael P. Hubert,**
By his attorneys,


/s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000

April 27, 2005

**Certificate of Service**

I, Sara E. Noonan, hereby certify that I have, on this 27th day of April, 2005, caused the above document to be served electronically upon all counsel of record.

/s/
Sara E. Noonan