UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. HUBERT, Individually and On Behalf Of All Persons Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>Defendants. | Civil Case No. 05-10269-RWZ |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS

Plaintiff Michael Hubert requests that the Court extend the deadline for filing his opposition to the defendants' motions to dismiss the complaint to May 23, 2005.

### CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Sara E. Noonan, certify that I have conferred with counsel for the defendants, and that defense counsel has assented to this Motion.

Respectfully submitted,
**Michael P. Hubert,**
By his attorneys,

/s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000

April 27, 2005

2

## Certificate of Service

I, Sara E. Noonan, hereby certify that I have, on this 27th day of April, 2005, caused the above document to be served electronically upon all counsel of record.

> /s/
> Sara E. Noonan