# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Michael P. Hubert, individually and
on behalf of all persons similarly situated

## SUMMONS IN A CIVIL CASE

V.

Medical Information Technology Profit
Sharing Plan, A. Neil Pappalardo,
Lawrence A. Palmino, Roland L.
Driscoll, Edward B. Roberts, Morton
E. Ruderman, and L.P. Dan Vicente

CASE NUMBER: 05-10269 RWZ

TO: (Name and address of Defendant)

Morton E. Ruderman
c/o Stephen D. Poss
Goodwin Procter, LLP
Exchange Place
Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Collora
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

FEB 10 2005
DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Attorney Stephen D. Poss has accepted service this 24th day of February, 2005__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

                                _____
                                Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.