# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Michael P. Hubert, individualy and
on behalf of all persons similarly situated

V.

Medical Information Technology Profit
Sharing Plan, A. Neil Pappalardo,
Lawrence A. Palmino, Roland L.
Driscoll, Edward B. Roberts, Morton
E. Ruderman, and L.P. Dan Vicente

FILED
CLERKS OFFICE
2005 MAY 3 D 12:06
U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05-10269 RWZ

TO: (Name and address of Defendant)

Medical Information Technology
Profit Sharing Plan
c/o Stephen D. Poss
Goodwin Procter, LLP
Exchange Place
Boston, MA 02109

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Collora
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    FEB 10 2005

CLERK                                           DATE

_[signature]_

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Attorney Stephen D. Poss has accepted service this 25th day of February, 2005.

*[signature: Stephen D. Poss]*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                                    *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.