## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 05-10269-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF FILING AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), plaintiffs Michael Hubert, William Trainor, and David Hinchliffe, on behalf of themselves and all others similarly situated, give notice that they have filed on this date an Amended Complaint. The defendants have not yet served an answer to the initial complaint, which was filed on February 10, 2005, and there have been no prior amendments of the initial complaint.

                                      Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,


    /s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000
671-371-1037

May 23, 2005

## Certificate of Service

    I, Sara E. Noonan, hereby certify that I have, on this 23rd day of May, 2005, caused the above document to be served electronically upon all counsel of record.

                                        /s/
                                       Sara E. Noonan