UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 05-10269-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS**

Plaintiffs Michael Hubert, William Trainor, and David Hinchliffe (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, request leave to exceed the twenty-page limit established by Local Rule 7.1(B)(4) for purposes of filing one consolidated opposition to the two dismissal motions filed by the defendants.

In support of this Motion, Plaintiffs state that on April 15, 2005, defendants Medical Information Technology, Inc. Profit Sharing Plan and A. Neil Pappalardo filed a motion to dismiss this lawsuit, along with a twenty-three page supporting memorandum of law. In addition, defendants Roland L. Driscoll, Edward B. Roberts, and Morton E. Ruderman filed their own motion to dismiss the lawsuit, which was supported by an eleven-page memorandum of law.

Under Local Rule 7.1(B), Plaintiffs could respond to each dismissal motion separately with a 20-page opposition. In the interests of efficiency, however, Plaintiffs propose to file one consolidated opposition that addresses all of the dismissal arguments

in a single document. To enable Plaintiffs to make their arguments in one document, Plaintiffs request permission to exceed the twenty-page limit established in L.R. 7.1(B)(4), and to file a consolidated opposition with a length of no more than twenty-six pages.

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

The undersigned certifies that she has conferred with counsel for the defendants, who does not oppose this motion.

Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,


   /s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210
671-371-1000
671-371-1037

May 23, 2005

## Certificate of Service

I, Sara E. Noonan, hereby certify that I have, on this 23rd day of May, 2005, caused the above document to be served electronically upon all counsel of record.

   /s/
Sara E. Noonan

2