UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, LAWRENCE A. POLIMENO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VALENTE,<br><br>       Defendants. | Civil Action No. 05-10269RWZ |

**DEFENDANTS' STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

The parties to this action have stipulated and agreed that Defendants Medical Information Technology, Inc. Profit Sharing Plan, A. Neil Pappalardo, Lawrence A. Polimeno, Roland L. Driscoll, Edward B. Roberts, Morton E. Ruderman, and L.P. Dan Valente, shall have an extension until July 1, 2005, to answer or otherwise plead in response to Plaintiffs' Amended Complaint.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I, Kevin P. Martin, certify that I have spoken to counsel for Plaintiffs, and they have assented to this Motion.

MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, EDWARD B. ROBERTS, MORTON E. RUDERMAN, ROLAND L. DRISCOLL, LAWRENCE A. POLIMENO, AND L.P. DAN VALENTE

By their attorneys,


/s/ Kevin P. Martin
Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

Dated: May 27, 2005