# United States District Court

DISTRICT OF __MASSACHUSETTS__

MICHAEL P. HUBERT, WILLIAM TRAINOR, AND
DAVID HINCHLIFFE, Individually and On Behalf
Of All Persons Similarly Situated

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 05-10269-RWZ

MEDICAL INFORMATION TECHNOLOGY PROFIT
SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY,
INC., A. NEIL PAPPALARDO, LAWRENCE A.
POLIMENO, ROLAND L. DRISCOLL, EDWARD B.
ROBERTS, MORTON E. RUDERMAN, AND
L.P. DAN VALENTE

TO: (Name and Address of Defendant)

Lawrence A. Polimeno
c/o Stephen D. Poss
Goodwin Procter, LLP
Exchange Place
Boston, MA  02109

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael A. Collora
Dwyer & Collora, LLP
600 Atlantic Avenue, 12th Fl.
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK



BY DEPUTY CLERK

DATE: JUN - 7 2005

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Attorney Stephen D. Poss has accepted service this 9th day of June, 2005.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date              Signature of Server

             Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.