UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,

Plaintiffs,

v.

MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, LAWRENCE A. POLIMENO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VALENTE,

Defendants.

Civil Action No. 05-10269RWZ

---

## NOTICE OF APPEARANCE

Please enter the appearances of Stephen D. Poss, P.C., Kevin P. Martin and Jennifer W. Fischesser as counsel for defendants Medical Information Technology, Inc., Lawrence A. Polimeno and L.P. Dan Valente in the above-captioned matter.

Respectfully submitted,

MEDICAL INFORMATION TECHNOLOGY, INC., LAWRENCE A. POLIMENO and L.P. DAN VALENTE.

By their attorneys,

/s/ Jennifer W. Fischesser
Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: June 10, 2005

2

## CERTIFICATE OF SERVICE

    I, Jennifer W. Fischesser, hereby certify that on June 10, 2005 a true copy of the foregoing document was served by first class mail, postage prepaid upon counsel for each other party.

                                                                      Jennifer W. Fischesser

LIBA/1556635.1