**GOODWIN | PROCTER**

Stephen D. Poss, P.C.
617.570.1886
sposs@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

July 1, 2005

**By Hand**

Clerk's Office
United States District Court for the
 District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:   *Michael P. Hubert, et al. v. Medical Information Technology Profit Sharing Plan, et al.*, Civil Action No. 05-10269RWZ (Judge Zobel)

Dear Sir or Madam:

Enclosed for delivery to Judge Zobel's chambers please find courtesy copies of the following documents which were filed electronically today:

1. Defendants Medical Information Technology, Inc. Profit Sharing Plan, Medical Information Technology, Inc. and A. Neil Pappalardo's Motion to Dismiss;

2. Memorandum in Support of Defendants Medical Information Technology, Inc. Profit Sharing Plan, Medical Information Technology, Inc. and A. Neil Pappalardo's Motion to Dismiss;

3. Defendants Lawrence A. Polimeno, Roland L. Driscoll, Edward B. Roberts, Morton E. Ruderman and L.P. Dan Valente's Motion to Dismiss;

4. Memorandum in Support of Defendants Lawrence A. Polimeno, Roland L. Driscoll, Edward B. Roberts, Morton E. Ruderman and L.P. Dan Valente's Motion to Dismiss; and

5. Affidavit of Jennifer W. Fischesser.

GOODWIN | PROCTER

Clerk's Office
July 1, 2005
Page 2

Please do not hesitate to contact me at 617.570.1886 if you have any questions.

Very truly yours,

Stephen D. Poss, P.C.

Enclosures

cc: Michael A. Collora, Esq. (w/ enclosures)