UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, LAWRENCE A. POLIMENO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VALENTE,<br><br>        Defendants. | Civil Action No. 05-10269RWZ |

## AFFIDAVIT OF JENNIFER W. FISCHESSER

I, Jennifer W. Fischesser, depose and state as follows:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts. I am an associate in the Boston law firm of Goodwin Procter, LLP, counsel for defendants Medical Information Technology, Inc. Profit Sharing Plan (the "Plan"), Medical Information Technology, Inc. ("Meditech"), and Meditech's Chairman and CEO, A. Neil Pappalardo (together, the "Trust Defendants"), and defendants Lawrence A. Polimeno, Roland L. Driscoll, Edward B. Roberts, Morton E. Ruderman and L.P. Dan Valente (the "Director Defendants," and together with the Trust Defendants, "Defendants") in this matter. I make this Affidavit in support of the Trust Defendants' Motion to Dismiss and the Director Defendants' Motion to Dismiss the putative class-action complaint (the "Amended Complaint") filed against them by plaintiffs Michael Hubert, William Trainor, and David Hinchliffe (together, "Plaintiffs").

2

2. Attached to the Memorandum in Support of the Trust Defendants' Motion to Dismiss as Exhibit A is a true and accurate copy of the Medical Information Technology, Inc. Profit Sharing Plan, as amended.

3. Attached to the Memorandum in Support of the Trust Defendants' Motion to Dismiss as Exhibit B is a true and accurate copy of a Letter from Michael Hubert to Barbara Manzolillo dated September 7, 2004.

4. Attached to the Memorandum in Support of the Director Defendants' Motion to Dismiss as Exhibit A is a true and accurate copy of the Medical Information Technology, Inc. Profit Sharing Plan, as amended.

Signed this 1st day of July, 2005 under the penalties of perjury.

/s/ Jennifer W. Fischesser

Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

LIBA/1562207.1