UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

MICHAEL P. HUBERT, Individually and )
On Behalf Of All Persons Similarly Situated )
)
    Plaintiffs, )
) Civil Case No. 05-10269-RWZ
    v. )
)
MEDICAL INFORMATION TECHNOLOGY )
PROFIT SHARING PLAN, et al. )
)
    Defendants. )
_____)

### PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO DISMISS

Plaintiff Michael Hubert requests that the Court extend the deadline for filing his opposition to the defendants' motions to dismiss the complaint to August 5, 2005.

### CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Sara E. Noonan, certify that I have conferred with counsel for the defendants, and that defense counsel has assented to this Motion.

    Respectfully submitted,
    **Michael P. Hubert,**
    By his attorneys,


    /s/ Sara E. Noonan
    Michael A. Collora (BBO #092940)
    David A. Bunis (BBO #550570)
    Sara Noonan (BBO #645293)
    Dwyer & Collora, LLP
    600 Atlantic Avenue
    Boston, MA  02210
    671-371-1000

July 14, 2005

2

## Certificate of Service

    I, Sara E. Noonan, hereby certify that I have, on this 14th day of July, 2005, caused the above document to be served electronically upon all counsel of record.

                                                    /s/ Sara E. Noonan
                                                    Sara E. Noonan