UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, LAWRENCE A. POLIMENO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VALENTE,<br><br>    Defendants. | Civil Action No. 05-10269RWZ |

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF THEIR MOTIONS TO DISMISS

Pursuant to Local Rule 7.1(B)(3), Defendants Medical Information Technology, Inc. Profit Sharing Plan, Medical Information Technology, Inc., A. Neil Pappalardo Lawrence A. Polimeno, Roland L. Driscoll, Edward B. Roberts, Morton E. Ruderman and L.P. Dan Valente ("Defendants"), hereby move for leave to file a reply memorandum in further support of their Motions To Dismiss Plaintiffs' Amended Complaint ("Motion To Dismiss"). Plaintiffs present a number of arguments in their opposition to Defendants' motions to dismiss, and Defendants believe a reply memorandum will materially assist the Court in its consideration of the matters raised by the motions to dismiss. Defendants propose to file the Reply Memorandum on September 6, 2005.

Defendants further state that counsel for Plaintiffs has assented to this motion.

Respectfully submitted,

MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, LAWRENCE A. POLIMENO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN and L.P. DAN VALENTE.

By their attorneys,

/s/ Stephen D. Poss, P.C.
Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
Jennifer W. Fischesser (BBO # 651480)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Dated: August 11, 2005                (617) 570-1000


**LOCAL RULE 7.1(A)(2) CERTIFICATE**

I, Kevin P. Martin, hereby certify that on August 10, 2005, Michael Sugrue, an associate in my office, conferred with opposing counsel in good faith to resolve or narrow the issues raised in this foregoing motion, and that opposing counsel assented to this motion.

/s/ Kevin P. Martin
Kevin P. Martin


**CERTIFICATE OF SERVICE**

I, Michael P. Sugrue, hereby certify that I have on this 11th day of August, 2005, caused the above document to be served electronically upon all counsel of record.

/s/ Michael P. Sugrue
Michael P. Sugrue

LIBA/1572786.2