UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHONOLOGY, INC., A. NEIL PAPPALARDO, LAWRENCE A. POLIMENO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VALENTE, <br><br> Defendants. | Civil Action No. 05-10269RWZ |

## SUPPLEMENTAL AFFIDAVIT OF SERGIO J. CAMPOS

I, Sergio J. Campos, depose and state as follows:

1.      I am an attorney admitted to practice in the Commonwealth of Massachusetts.  I am an associate in the Boston law firm of Goodwin Procter, LLP, counsel for the Defendants Medical Information Technology Profit Sharing Plan, Medical Information Techonology, Inc., A. Neil Pappalardo, Lawrence A. Polimeno, Roland L. Driscoll, Edward B. Roberts, Morton E. Ruderman, and L.P. Dan Valente in this matter.  I make this Affidavit in further support of the Defendants' Motion to Dismiss the Amended Complaint filed by Plaintiffs Michael P. Hubert, William Trainor, and David Hinchliffe.

2.      Attached hereto as Exhibit A is a true and accurate copy of the Medical Information Technology, Inc. Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Fiscal Year Ended December 31, 2004.

3.      Attached hereto as Exhibit B is a true and accurate copy of the Medical

Information Technology, Inc. Annual Report Pursuant to Section 13 or 15(d) of the Securities

Exchange Act of 1934 for the Fiscal Year Ended December 31, 1997.

Signed this 6th day of September, 2005 under the penalties of perjury,


/s/  Sergio J. Campos_____
Sergio J. Campos


## CERTIFICATE OF SERVICE

I, Michael P. Sugrue, hereby certify that I have on this 6th day of September, 2005,
caused the above document to be served electronically upon all counsel of record.


/s/  Michael P. Sugrue_____
Michael P. Sugrue

10-K 1 tenk.htm 2004 ANNUAL REPORT

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-K

ANNUAL REPORT
PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934
FOR THE FISCAL YEAR ENDED DECEMBER 31, 2004

0-28092
(Commission file number)

Medical Information Technology, Inc.
(Exact name of registrant as specified in its charter)

Massachusetts
(State of incorporation)

04-2455639
(IRS Employer Identification Number)

MEDITECH Circle, Westwood, MA
(Address of principal executive offices)

02090
(Zip Code)

781-821-3000
(Registrant's telephone number)

Securities registered pursuant to Section 12(b) of the Exchange Act: None

Securities registered pursuant to Section 12(g) of the Exchange Act: Common Stock, par value $1.00 per share

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [X]

Indicate by check mark whether the registrant is an accelerated filer as defined in Rule 12b-2 of the Exchange Act. Yes [ ] No [X]

No public trading market exists for the registrant's common stock.

There were 34,514,544 shares of common stock, $1.00 par value, outstanding at December 31, 2004.

| Index to Form 10-K | Page |
| --- | --- |
| Part I | |
| Item 1 - Business | 3 |
| Item 2 - Properties | 6 |
| Item 3 - Legal Proceedings | 6 |
| Item 4 - Submission of Matters to a Vote of Security Holders | 6 |
| Part II | |
| Item 5 - Market for Registrant's Common Equity, Related Shareholder Matters and Issuer Purchases of Equity Securities | 6 |
| Item 6 - Selected Financial Data | 7 |
| Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operation | 8 |
| Item 8 - Financial Statements and Supplementary Data | 10 |
| Item 9A - Controls and Procedures | 23 |
| Item 9B - Other Information | 23 |
| Part III | |
| Item 10 - Directors and Executive Officers of the Registrant | 24 |
| Item 11 - Executive Compensation | 26 |
| Item 12 - Security Ownership of Certain Beneficial Owners and Management | 27 |
| Item 13 - Certain Relationships and Related Transactions | 27 |
| Item 14 - Principal Accounting Fees and Services | 28 |
| Part IV | |
| Item 15 - Exhibits | 28 |
| Signatures | 28 |

## Part I

## Item 1 - Business

COMPANY OVERVIEW

Medical Information Technology, Inc. (MEDITECH) was founded in 1969 to develop and market information system software for the hospital industry. During 2004 combined product and service revenue was $280.8M, operating income was $102.1M and net income was $71.4M, up 3.7%, 2.4% and 6.0% compared to the prior year. Product bookings were $183.0M and the resultant year-end product backlog was $149.5M, up 15.6% and 30.2% compared to the prior year. By year-end MEDITECH had almost 2,100 staff members, and almost 1,900 active hospital sites throughout the United States, Canada and the United Kingdom.

HOSPITAL SOFTWARE

Initially MEDITECH developed a software product to automate one of the main departments in a hospital, the clinical laboratory which performs various diagnostic tests on blood or urine specimens. Within a few years, this product became standardized, thereby requiring minimal adaptation to meet the individual needs of a typical customer. MEDITECH extended the concept and developed additional software products for the rest of a hospital's clinical departments. Eventually, it moved into the financial area by developing a hospital billing and accounts receivable product as well as various general accounting products.

Although the individual products could be operated in a stand alone fashion, a hospital achieved maximum effectiveness when they were used in an integrated mode, sharing access to the common clinical and financial records of the hospital. This concept ultimately led to MEDITECH developing the so-called hospital information system, a cohesive set of software products designed from the outset to work in conjunction with the overall operation of the hospital and to minimize the need for specialized interfaces.

COMPUTER HARDWARE

Sophisticated software, such as MEDITECH's, requires extensive computer and communication equipment to function. In spite of this, MEDITECH continues to be a pure software company, limiting itself to specifying the aggregate components needed as well as suggesting typical configurations from certain hardware vendors. The responsibility is left to the hospital to purchase the requisite hardware and secure a continuing source of maintenance service for it.

The hardware components traditionally consist of a small set of central medium-sized computers and a large set of display terminals and printers distributed throughout the hospital. All of these elements are interconnected by means of a standard high speed communication network. The computers execute the software and include large disk subsystems containing the permanent and common clinical and financial records of the hospital.

Hardware technology evolves rapidly, and the current trend is to replace the display terminals with desktop and handheld computers, thereby forming a client server network. In this mode of operation, the central computers become the file servers while software is executed locally on the client computer which makes file requests to the servers.

LICENSED SOFTWARE

MEDITECH requires a hospital customer to sign a standard software license agreement prior to product delivery, implementation and subsequent service of the software. This agreement specifies a front end product fee and a front end implementation fee, both of which are payable over the implementation process, and a monthly service fee after the site goes live. In addition to precluding ownership and restricting transfer, the license mandates the customer hold MEDITECH harmless from any liability arising from incorrect operation of the software.

MEDITECH now bases its product fee on a customer's net patient revenue across all of its sites, and sets its implementation fee on the total number of sites. Therefore, larger hospitals pay more than small hospitals. The monthly service fees are 1% of the product fees. A typical 200 bed acute care hospital might incur a $1,000,000 product fee, a $100,000 implementation fee and a $10,000 monthly service fee. An order is booked when a signed software license and a 10% deposit are received.

STAFF ORGANIZATION

MEDITECH is organized into functional units grouped around product development, sales and marketing, implementation, customer service, accounting and facility operations. All MEDITECH staff work in five company owned facilities in the greater Boston area.

From its inception, MEDITECH utilized communication technology which allowed much of its business activities to be performed by remote access. MEDITECH staff sitting at their desks may access client hospitals, both personnel and computers. As a result, there is no need for remote offices. Although most customer contact is through the phone or e-mail, certain of the sales and implementation staff travel to customer sites.

PRODUCT DEVELOPMENT

Most of the product development staff is working on the incremental evolution of the current product line, as well as the creation of new products each year. The rest of the staff is developing a set of replacement products utilizing a new technology. Approximately every ten years, MEDITECH introduces the next generation of products based on the new technology and gradually updates existing customers.

SALES AND MARKETING

Most of the direct sales staff, organized into regions, concentrate on new prospects. In addition, some of the sales staff monitor existing customers to expose them to MEDITECH's entire product line. Marketing activities and promotion are low key because hospitals are easily identified, finite in number and generally send a request for proposal to vendors when they contemplate the purchase of a hospital information system.

During the sales process, prospects generally visit MEDITECH to talk to product specialists and to view product demonstrations. Thereafter they are encouraged to visit various MEDITECH customer sites to observe first hand the software in actual operation and to discuss issues of concern with hospital personnel.

IMPLEMENTATION PROCESS

To ensure a successful implementation, the staff must properly train a core group of hospital personnel about the operation of the software and how to use it in their daily activity. To avoid interruptions from normal hospital activities, MEDITECH requires the hospital personnel to come to its offices in the Boston area for intensive training sessions.

As training proceeds, the implementation staff customizes certain dictionaries to fit the specific need of the hospital's environment, provides interfaces to non-MEDITECH systems and assists the hospital in converting data from legacy systems. In addition, MEDITECH delivers, installs and tests the licensed software on the customer's hardware. MEDITECH utilizes remote access communication technology to minimize the need to travel.

CUSTOMER SERVICE

Once a hospital goes live, the responsibility of maintaining the customer is transferred to the service staff. MEDITECH provides 24 hour a day service coverage to these customers in order to respond to problem calls. In addition, the staff updates customers with new releases of the

software products as they become available. To ensure the continuing education of the hospital staff, MEDITECH runs seminars on the use of its products.

HCA-THE HEALTHCARE COMPANY

HCA-The Healthcare Company owns or operates over 250 hospitals and has been MEDITECH's largest customer for many years. All of their hospitals operate with MEDITECH's clinical systems. They represented 10% of MEDITECH revenues in 2002, 9% in 2003 and 10% in 2004.

COMPETITION

The market for health care information systems is subject to the technological imperative. Accordingly, MEDITECH has a completely integrated set of application products, implements them successfully, provides ongoing maintenance including updates and continues the developmental process. The Company's competitors who make similar claims include Siemens Corporation, McKesson Corporation, Cerner Corporation, IDX Systems Corporation and Eclipsys Corporation. MEDITECH does not offer the breadth of products and services which the competition offers to hospitals nor does MEDITECH offer the products and services which the competition offers to related medical enterprises. Instead MEDITECH focuses exclusively in the hospital information system software market and believes it competes favorably in this market.

ACCESS TO SEC FILINGS

"www.meditech.com" is the Company's website address which provides access to its annual reports on Form 10-K, quarterly reports on Form 10-Q, and current reports on Form 8-K, and all amendments thereof just as soon as such reports are filed with the SEC. The links so provided allow access to copies of the reports stored on MEDITECH's website, but a link is also provided to allow access to all of the Company's filings stored on the SEC's website as well.

"http://www.sec.gov/cgi-bin/browse-edgar?CIK=1011452&action=getcompany" may be used to access all of the Company's filings stored on the SEC's website instead.

In addition the Company will provide paper copies of these filings free of charge to its shareholders upon request.

## Item 2 - Properties

As of December 31, 2004 the Company owned five facilities containing about 1.1 million square feet of space, all being well maintained Class A properties in the greater Boston area. The Company occupies 60% of the space and the remaining 40% is leased to various tenants. The Company has adequate space for its reasonable needs over the near future.

## Item 3 - Legal Proceedings

On April 18, 2003, Jerome H. Grossman, a shareholder and former Director of the Company, filed a complaint in the Suffolk County, Massachusetts Superior Court against the Company and five of its six Directors: A. Neil Pappalardo, Edward B. Roberts, Morton E. Ruderman, Roland L. Driscoll and Lawrence A. Polimeno. The complaint alleges: (1) the Directors have violated a duty of good faith and loyalty to Grossman by terminating him as a consultant to the Company in 2001, by failing to nominate him for re-election as a Director in 2002, and by enforcing the Company's right of first refusal against him; (2) the Directors have "rigged" the market for the Company's common stock

in favor of buyers and against sellers by establishing an artificially low price for the stock; (3) the Directors have established an artificially low price for the stock so Pappalardo can purchase shares from the Company at a price less than the "fair value" of those shares; and (4) Pappalardo, as the controlling shareholder of the Company, has violated a fiduciary duty to shareholders by dominating the Board of Directors, artificially depressing the price of stock, and personally benefiting from the depressed price by purchasing tens of thousands of shares of stock from the Company each year. The case is now in discovery.

### Item 4 - Submission of Matters to a Vote of Security Holders

None.

### PART II

### Item 5 - Market for Registrant's Common Equity, Related Shareholder Matters and Issuer Purchases of Equity Securities

No public trading market exists for the Company's common stock, and accordingly no high and low bid information or quotations are available.

The sale, assignment, transfer, pledge or other disposition of any of the Company's common stock is subject to right of first refusal restrictions set forth in the Company's charter.

There are no shareholder agreements of any kind with the Company.

During March 2004 pursuant to the 2004 Stock Purchase Plan, the Company sold 213,221 shares of its common stock at $26 per share to certain staff members for an aggregate consideration of $5,543,746.

During 2004 the Company did not repurchase any of its shares of common stock.

---

During 2004 the Medical Information Technology, Inc. Profit Sharing Trust purchased 15,305 shares of the Company's common stock for an aggregate consideration of $406,615 in individual private transactions. Below is a table showing the purchases of common stock by the Trust during each quarter of 2004.

|             | shares purchased | aggregate cost |
| --- | --- | --- |
| 1st quarter | 4,800 | $124,800 |
| 2nd quarter | 4,660 | $122,420 |
| 3rd quarter | 4,990 | $135,455 |
| 4th quarter | 855 | $23,940 |

At December 31, 2004, there were 1,276 shareholders of record of the Company's common stock and 34,514,544 shares outstanding.

The Company has paid quarterly cash dividends continuously since 1980. Dividends paid per share during the last five years are set forth within the table in Item 6.

## Item 6 - Selected Financial Data

For the Five Years Ended December 31, 2004 (in thousands where applicable)

|  | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|
| **Full Year Operations:** | | | | | |
| Total revenue | $216,873 | $223,831 | $256,197 | $270,781 | $280,762 |
| Operating income | 79,193 | 81,565 | 94,907 | 99,685 | 102,125 |
| Net income | 55,146 | 56,841 | 63,871 | 67,424 | 71,441 |
| Average shares outstanding | 33,132 | 33,460 | 33,760 | 34,097 | 34,381 |
| Net income per share | $1.66 | $1.70 | $1.89 | $1.98 | $2.08 |
| **Year End Position:** | | | | | |
| Total assets | $306,093 | $331,284 | $354,809 | $402,407 | $427,315 |
| Total liabilities | 32,315 | 35,758 | 36,813 | 50,709 | 57,265 |
| Temporary & shareholder equity | 273,778 | 295,526 | 317,996 | 351,698 | 370,050 |
| Shares outstanding | 33,255 | 33,576 | 33,877 | 34,221 | 34,515 |
| Total equity per share | $8.23 | $8.80 | $9.39 | $10.28 | $10.72 |
| **Other Financial Data:** | | | | | |
| Working capital | $121,950 | $145,778 | $165,613 | $179,764 | $196,076 |
| Cash flow from operations | 59,333 | 66,253 | 81,967 | 83,228 | 85,922 |
| Depreciation expense | 7,987 | 8,257 | 8,634 | 8,422 | 7,707 |
| Cash dividends per share | $1.16 | $1.24 | $1.36 | $1.56 | $1.80 |

Page 7 of 28

## Item 7 - Management's Discussion and Analysis of Financial Condition and Results of Operations

Results of Operations:

Comparison of Fiscal Years ended December 31, 2003 and 2004:

Total revenue from both existing and new customers increased 3.7% from $270.8 million in 2003 to $280.8 million in 2004. It was composed of a $12.7 million increase in service revenue offset by a $2.7 million decrease in product revenue. The decrease in product revenue is due primarily to extended implementation schedules in the product backlog.

Operating expenses increased 4.4% from $171.1 million in 2003 to $178.6 million in 2004 due primarily to an increase in sales and marketing efforts and to higher client service staff levels along with their associated costs. Operating income increased 2.4% from $99.7 million in 2003 to $102.1 million in 2004.

Other income increased from $18.8 million in 2003 to $23.0 million in 2004 due primarily to a $2.0 million increase in dividend and interest income, and no write-downs in 2004. Other expense increased from $7.4 million in 2003 to $7.8 million in 2004 due to additional professional fees incurred in connection with a one-time recision offer to certain purchasers of the Company's shares. The resultant pretax income increased 5.7% from $111.0 million in 2003 to $117.3 million

in 2004.

The Company's effective tax rate decreased from 39.3% in 2003 to 39.1% in 2004. Net income increased 6.0% from $67.4 million in 2003 to $71.4 million in 2004 due primarily to the disproportionate increase in other income, net of other expenses.

Comparison of Fiscal Years ended December 31, 2002 and 2003:

Total revenue from both existing and new customers increased 5.7% from $256.2 million in 2002 to $270.8 million in 2003. It was composed of a $10.4 million increase in service revenue and a $4.2 million increase in product revenue.

Operating expenses increased 6.1% from $161.3 million in 2002 to $171.1 million in 2003 due to an increase of staff, primarily in product development. Operating income increased 5.0% from $94.9 million in 2002 to $99.7 million in 2003.

Other income increased from $14.1 million in 2002 to $18.8 million in 2003 due primarily to a $1.5 million write-down of certain marketable security costs in 2003 compared to a $5.8 million write-down in 2002. Other expense increased from $6.5 million in 2002 to $7.4 million in 2003 due primarily to legal fees incurred in connection with the lawsuit noted in Item 3. The resultant pretax income increased 8.3% from $102.5 million in 2002 to $111.0 million in 2003.

The Company's effective tax rate increased from 37.7% in 2002 to 39.3% in 2003 due primarily to increased tax reserves for unrealized gains on marketable securities. Net income increased 5.6% from $63.9 million in 2002 to $67.4 million in 2003.

Page 8 of 28

Liquidity and Capital Resources:

At December 31, 2004, the Company's cash, cash equivalents and marketable securities totaled $252.3 million. The marketable securities consisted of preferred or common equities and government notes which can easily be converted to cash. Cash flows from operations were $85.9 million in fiscal 2004, an increase of $2.7 million from the prior year. The increase was primarily attributable to the growth in revenue and other changes in working capital. The payment of $61.9 million in dividends to shareholders constituted the primary use of cash generated by operating activities during 2004.

MEDITECH has no long-term debt. Shareholder equity at December 31, 2004 was $370 million. Additions to property, plant and equipment will continue, including new facilities and computer systems for product development, sales and marketing, implementation, service and administrative staff. Management believes existing cash, cash equivalents and marketable securities together with funds generated from operations will be sufficient to meet operating and capital expense requirements.

Risk Factors Which May Affect Future Results of Operations:

The health care industry is highly regulated and is subject to changing economic and political influences. Federal and state legislatures could modify the health care system in respect to reimbursement and financing. Hospitals may respond to these pressures by delaying the purchase of new information systems. Previous volatility in the market place such as that due to Y2K concerns and September 11th could reappear and cause delays. The Health Insurance Portability and Accounting Act of 1996 will directly impact the industry by specifying standards to protect the

security and confidentiality of patient information. It may be possible for patients to bring claims against software providers regarding injuries due to errors. Hospitals consolidating into an integrated health care delivery system may be able to negotiate price reductions. Finally, the Company is dependent on a cohesive group of long time senior managers and staff with vast experience in the hospital industry and software technology.

Recision Offer:

During the month of February from 1997 through 2003, the Company offered and sold shares of its common stock to its staff members in a manner which may not have complied with the registration requirements of certain federal and state securities laws. During the 4th quarter of 2004 the Company made a recision offer to these individuals so as to extinguish its liability, if any, for these potential securities law violations. None of these individuals accepted the recision offer.

Prior to the 4th quarter of 2004 the shares subject to recision rights were considered and treated as redeemable common stock for financial accounting purposes until such time as the recision rights terminate or are exercised. Therefore the recision amount and the related shares were classified as Temporary Equity. In late December, on the day the recision offer expired, the Company transferred the recision amount and related shares from Temporary Equity to Shareholder Equity.

Critical Accounting Policies:

All of our significant accounting policies are described in the notes to the financial statements included in Item 8 of this report. We believe four of these constitute our most critical policies requiring estimates and judgments by management which are significant in terms of materiality. Reference Note 1(a) for revenue recognition, Note 2 for marketable securities, Note 3 for allowance for doubtful accounts and Note 9 for taxes.

## Item 8 - Financial Statements and Supplementary Data

MEDICAL INFORMATION TECHNOLOGY, INC.

Financial Statements
As of December 31, 2002, 2003 and 2004
Together with Report of Independent Registered Public Accounting Firm

| Index to Financial Statements | Page |
| --- | --- |
| Report of Independent Registered Public Accounting Firm | 11 |
| Balance Sheets as of December 31, 2002, 2003 and 2004 | 12 |
| Statements of Income for the Years Ended December 31, 2002, 2003 and 2004 | 13 |
| Statements of Shareholder Equity for the Years Ended December 31, 2002, 2003 and 2004 | 14 |
| Statements of Cash Flows for the Years Ended December 31, 2002, 2003 and 2004 | 15 |
| Notes to Financial Statements | 16-24 |

MEDICAL INFORMATION TECHNOLOGY, INC.

Report of Independent Registered Public Accounting Firm

To the Shareholders and Board of Directors of Medical Information Technology, Inc.:

We have audited the accompanying balance sheets of Medical Information Technology, Inc. (a Massachusetts corporation) as of December 31, 2002, 2003 and 2004, and the related statements of income, shareholder equity and cash flows for each of the three years in the period ended December 31, 2004. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Medical Information Technology, Inc. as of December 31, 2002, 2003 and 2004, and the results of its operations and its cash flows for each of the three years in the period ended December, 31, 2004, in conformity with accounting principles generally accepted in the United States.

Ernst & Young LLP

Boston, Massachusetts
January 25, 2005

Page 11 of 28

---

MEDICAL INFORMATION TECHNOLOGY, INC.

Balance Sheets

| | As of December 31, | | |
| --- | --- | --- | --- |
| | 2002 | 2003 | 2004 |
| Cash and equivalents (Note 1) | $16,906,849 | $18,690,986 | $14,565,840 |
| Marketable securities (Note 2) | 154,338,807 | 169,192,366 | 192,701,308 |
| Accounts receivable, less reserves of $700,000 in 2002, $800,000 in 2003 and $800,000 in 2004 | 28,380,523 | 30,720,136 | 32,082,094 |
| Current assets | 199,626,179 | 218,603,488 | 239,349,242 |

| | | | |
|---|---|---|---|
| Property, plant and equipment, at cost (Note 1): | | | |
| Computer equipment | 9,929,056 | 8,709,930 | 7,797,295 |
| Furniture and fixtures | 32,820,124 | 29,948,576 | 28,960,825 |
| Buildings | 139,669,962 | 139,669,962 | 139,669,962 |
| Land | 26,603,703 | 26,603,703 | 26,603,703 |
| Accumulated depreciation | (63,030,113) | (64,861,487) | (68,558,226) |
| Fixed assets | 145,992,732 | 140,070,684 | 134,473,559 |
| Marketable securities (Note 2) | - | 35,000,000 | 45,000,000 |
| Investments (Note 1) | 9,190,389 | 8,732,604 | 8,492,604 |
| Total assets | $354,809,300 | $402,406,776 | $427,315,405 |
| | | | |
| Accounts payable | $89,782 | $158,214 | $281,515 |
| Accrued taxes | 2,147,809 | 2,599,821 | 3,134,810 |
| Accrued expenses (Note 4) | 21,826,604 | 24,065,768 | 25,272,308 |
| Customer deposits | 9,949,218 | 12,015,644 | 14,584,998 |
| Current liabilities | 34,013,413 | 38,839,447 | 43,273,631 |
| Deferred taxes (Note 9) | 2,800,000 | 11,869,316 | 13,991,652 |
| Total liabilities | 36,813,413 | 50,708,763 | 57,265,283 |
| Temporary equity (Note 6): | | | |
| Redeemable common stock $1.00 par value, issued and outstanding 1,525,709 shares in 2002 and 1,789,593 shares in 2003 | 21,434,540 | 26,079,769 | - |
| | | | |
| Common stock $1.00 par value, authorized 40,000,000 shares, issued and outstanding 32,351,730 shares in 2002, 32,431,730 shares in 2003 and 34,514,544 shares in 2004 | 21,599,615 | 24,839,834 | 34,514,544 |
| Additional paid-in capital | - | - | 24,268,805 |
| Retained earnings | 274,309,904 | 288,575,951 | 298,130,812 |
| Unrealized gain on marketable securities | 651,828 | 12,202,459 | 13,135,961 |
| Shareholder equity | 296,561,347 | 325,618,244 | 370,050,122 |
| Total liabilities and equity | $354,809,300 | $402,406,776 | $427,315,405 |

The accompanying notes are an integral part of these financial statements.

MEDICAL INFORMATION TECHNOLOGY, INC.

| Statements of Income | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2002 | 2003 | 2004 |
| Product revenue | $146,827,089 | $151,001,866 | $148,289,513 |
| Service revenue | 109,369,734 | 119,778,837 | 132,472,056 |
| Total revenue | 256,196,823 | 270,780,703 | 280,761,569 |
| Operating, development | 108,454,991 | 114,933,942 | 117,559,556 |
| Selling, G & A | 52,834,845 | 56,162,058 | 61,077,285 |
| Operating expenses | 161,289,836 | 171,096,000 | 178,636,841 |
| Operating income | 94,906,987 | 99,684,703 | 102,124,728 |
| Other income (Note 8) | 14,133,775 | 18,753,624 | 23,029,572 |
| Other expense (Note 8) | 6,544,805 | 7,410,608 | 7,819,282 |
| Pretax income | 102,495,957 | 111,027,719 | 117,335,018 |
| State income tax | 8,651,161 | 9,901,578 | 10,364,982 |
| Federal income tax | 29,973,857 | 33,702,545 | 35,528,946 |
| Income tax (Note 9) | 38,625,018 | 43,604,123 | 45,893,928 |
| Net income | $63,870,939 | $67,423,596 | $71,441,090 |
| Shares used in computing basic and diluted net income per share | 33,760,459 | 34,097,342 | 34,381,239 |
| Basic and diluted net income per share | $1.89 | $1.98 | $2.08 |

The accompanying notes are an integral part of these financial statements.

MEDICAL INFORMATION TECHNOLOGY, INC.

| Statements of Shareholder Equity | Common Stock | | Retained Earnings | Shareholder Equity |
|---|---|---|---|---|
| | # of Shares | Paid-in Capital | | |
| Balance, December 31, 2001 | 32,271,730 | $19,096,329 | $256,328,042 | $277,564,263 |
| Decrease in recision amount related to redeemable common stock | - | 743,286 | - | 743,286 |
| Issuance of 80,000 shares of common stock to qualified profit sharing plan | 80,000 | 1,760,000 | - | 1,760,000 |
| Net income | - | - | 63,870,939 | 63,870,939 |
| Unrealized loss, net of tax, on marketable securities | - | - | - | (1,488,064) |
| Dividends paid | - | - | (45,889,077) | (45,889,077) |
| Balance, December 31, 2002 | 32,351,730 | $21,599,615 | $274,309,904 | $296,561,347 |
| Decrease in recision amount related to redeemable common stock | - | 1,160,219 | - | 1,160,219 |
| Issuance of 80,000 shares of common stock to qualified profit sharing plan | 80,000 | 2,080,000 | - | 2,080,000 |
| Net income | - | - | 67,423,596 | 67,423,596 |
| Unrealized gain, net of tax, on marketable securities | - | - | - | 11,550,631 |
| Dividends paid | - | - | (53,157,549) | (53,157,549) |
| Balance, December 31, 2003 | 32,431,730 | $24,839,834 | $288,575,951 | $325,618,244 |
| Issuance of 213,221 shares of common stock pursuant to the 2004 Stock Purchase Plan | 213,221 | 5,543,746 | - | 5,543,746 |
| Transfer of recision amount and related shares as a result of expiration of recision offer | 1,789,593 | 26,079,769 | - | 26,079,769 |
| Issuance of 80,000 shares of common stock to qualified profit sharing plan | 80,000 | 2,320,000 | - | 2,320,000 |
| Net income | - | - | 71,441,090 | 71,441,090 |
| Unrealized gain, net of tax, on marketable securities | - | - | - | 933,502 |
| Dividends paid | - | - | (61,886,229) | (61,886,229) |
| Balance, December 31, 2004 | 34,514,544 | $58,783,349 | $298,130,812 | $370,050,122 |

The accompanying notes are an integral part of these financial statements.

MEDICAL INFORMATION TECHNOLOGY, INC.

| Statements of Cash Flows | For the Years Ended December 31, | | |
|---|---|---|---|
| | 2002 | 2003 | 2004 |
| **Cash Flows from Operating Activities:** | | | |
| Net income | $63,870,939 | $67,423,596 | $71,441,090 |
| Depreciation expense | 8,633,862 | 8,421,929 | 7,706,814 |
| Write-down of marketable security costs | 5,812,355 | 1,462,074 | - |
| Net (gain) loss on sale of securities | 699 | (233,088) | (117,500) |
| Stock contributions to qualified profit sharing plan | 1,760,000 | 2,080,000 | 2,320,000 |
| Allowance for doubtful accounts | 110,000 | 100,000 | 17,279 |
| Allowance for investment valuations | - | 217,784 | - |
| Unrealized securities gains tax liability | (434,552) | (7,700,421) | (622,336) |
| Change in accounts receivable | 1,157,408 | (2,439,613) | (1,379,237) |
| Change in accounts payable | (24,041) | 68,431 | 123,301 |
| Change in accrued expenses | 3,734,492 | 2,239,166 | 1,206,540 |
| Change in accrued taxes | (339,468) | 452,012 | 534,989 |
| Change in customer deposits | (414,917) | 2,066,427 | 2,569,354 |
| Change in deferred income taxes | (1,900,000) | 9,069,316 | 2,122,336 |
| Net cash provided by operating activities | 81,966,777 | 83,227,613 | 85,922,630 |
| **Cash Flows from Investing Activities:** | | | |
| Purchases of property, plant and equipment | (4,193,382) | (2,499,881) | (2,109,689) |
| Purchases of marketable securities | (42,008,650) | (49,082,494) | (31,953,104) |
| Sales of marketable securities | 9,829,799 | 17,251,000 | 117,500 |
| Purchases of investments | (1,575,625) | - | - |
| Issuance of mortgage to related party | (3,600,000) | - | - |
| Mortgage payment received from related party | - | 240,000 | 240,000 |
| Net cash used in investing activities | (41,547,858) | (34,091,375) | (33,705,293) |
| **Cash Flows from Financing Activities:** | | | |
| Sales of common stock | 4,215,777 | 5,805,448 | 5,543,746 |
| Dividends paid | (45,889,077) | (53,157,549) | (61,886,229) |
| Net cash used in financing activities | (41,673,300) | (47,352,101) | (56,342,483) |
| Net Change in Cash and Cash Equivalents | (1,254,381) | 1,784,137 | (4,125,146) |
| Cash and Cash Equivalents, beginning of year | 18,161,230 | 16,906,849 | 18,690,986 |

| | | |
|---|---|---|
| Cash and Cash Equivalents, end of year | $16,906,849 | $18,690,986 | $14,565,840 |

Supplemental Disclosure:

| | | | |
|---|---|---|---|
| Cash paid for Income taxes | $41,832,173 | $42,161,306 | $43,935,228 |
| Cash paid for Interest | $0 | $0 | $0 |

The accompanying notes are an integral part of these financial statements.

MEDICAL INFORMATION TECHNOLOGY, INC.

Notes to Financial Statements December 31, 2004

(1) Operations and Accounting Policies

Medical Information Technology, Inc. (the Company) is engaged in the development, manufacture and licensing of computer software products and related services used in the medical field. The principal market for the Company's products consists of health care providers primarily located in the United States and Canada.

The accompanying financial statements reflect the application of certain accounting policies discussed below. The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

(a) Revenue Recognition

The Company follows the provisions of the American Institute of Certified Public Accountants (AICPA) Statement of Position (SOP) 97-2, Software Revenue Recognition. The Company enters into perpetual software license contracts which provide for a customer deposit upon contract execution, milestone billings and fixed monthly service fees thereafter. The Company classifies product and related implementation fees together as product revenue in the statement of income and recognizes these fees as revenue upon completion of each contract milestone, which approximates the percentage-of-completion method prescribed by SOP 81-1, Accounting for Performance of Construction-type and Certain Production-type Contracts. Software services represent post-implementation support services, which are recognized as the related services are rendered.

The Company follows the provisions of Emerging Issues Task Force's No. 01-14 (EITF 01-14), which requires reimbursements received for out-of-pocket expenses to be characterized as revenue with offsetting operating expenses in the income statement.

(b) Software Development Costs

In accordance with Statement of Financial Accounting Standards (SFAS) No. 86, Accounting for the Costs of Computer Software to Be Sold, Leased or Otherwise Marketed, the Company is required to capitalize software development costs incurred after technological feasibility of the software

development projects is established and the realizability of such capitalized costs through future operations is expected, if such costs become material. To date, development costs incurred by the Company after technological feasibility has been established have been immaterial and as such have been charged to operations as incurred.

Page 16 of 28

MEDICAL INFORMATION TECHNOLOGY, INC.

Notes to Financial Statements December 31, 2004

(c) Property, Plant and Equipment

The Company carries all property, plant and equipment on a cost basis and provides for depreciation in amounts estimated to allocate the costs thereof under the following depreciation methods and estimated useful lives:

| Description | Method | Useful Life |
| --- | --- | --- |
| Computer equipment | MACRS | 3-5 years |
| Furniture and fixtures | MACRS | 7 years |
| Furniture and fixtures | SL | 10 years |
| Buildings | SL | 31.5-40 years |

Maintenance costs are expensed as incurred. Improvements are capitalized and depreciated over the asset's useful life.

(d) Cash and Cash Equivalents

The Company considers all highly liquid investments purchased with original maturities of 90 days or less to be cash equivalents.

(e) Fair Value of Financial Instruments and Concentration of Credit Risk

The carrying value of the Company's cash and cash equivalents, accounts receivable and accounts payable approximates their fair value due to the short-term nature of these financial instruments. The Company's marketable securities are carried at fair value (see Note 2). The Company's long-term investments are carried at cost, less a valuation reserve, which approximates fair value based on management's assessment.

Financial instruments that potentially subject the Company to concentrations of credit risk are principally cash, cash equivalents, marketable securities and accounts receivable. The Company places its cash and cash equivalents in highly rated institutions. Concentration of credit risk with respect to accounts receivable is limited to certain customers to whom the Company makes substantial sales. To reduce risk, the Company routinely assesses the financial strength of its customers and, as a result, believes that its accounts receivable credit risk exposure is limited. The Company maintains an allowance for potential credit losses but historically has not experienced any significant credit losses related to an individual customer or groups of customers. As of December 31, 2002, 2003 and 2004 there were no individual customers who accounted for greater than 10% of the outstanding accounts receivable.

(f) Investments

The Company accounts for its equity investments in Patient Care Technologies Inc., LSS Data Systems Inc. and MEDITECH South Africa in accordance with the cost method. All three companies license the Company's software technology and re-license it to their respective customers. Each serves a market niche which is part of the overall medical market but is outside of the hospital market which the Company serves. Included in these investments is a collaterized mortgage with LSS Data Systems Inc. The Company believes the fair value of these investments approximates its carrying value of $8,492,604 at December 31, 2004.

(g) Net Income per Common Share

In accordance with SFAS No. 128, Earnings per Share, the Company reports both basic and diluted earnings per share (EPS). The Company has no common stock equivalents, thus both basic EPS and diluted EPS are computed by dividing net income by the weighted-average number of common shares outstanding during the year.

Page 17 of 28

MEDICAL INFORMATION TECHNOLOGY, INC.

Notes to Financial Statements December 31, 2004

(h) Comprehensive Income

The Company follows the provisions of Statement of Financial Accounting Standards No. 130 (SFAS 130), Reporting Comprehensive Income. SFAS 130 establishes standards for reporting and display of comprehensive income and its components in financial statements. Comprehensive income is the total of net income and all other non-owner changes in equity including items such as unrealized gains/losses on securities classified as available for sale, foreign currency translation adjustments and minimum pension liability adjustments. The Company's comprehensive income for the years ended December 31, 2002, 2003 and 2004 includes unrealized gains or losses on marketable securities, net of tax, and is as follows:

|  | 2002 | 2003 | 2004 |
|---|---|---|---|
| Net income | $63,870,939 | $67,423,596 | $71,441,090 |
| Unrealized gains (losses) | (1,488,064) | 11,550,631 | 933,502 |
| Comprehensive income | $62,382,875 | $78,974,227 | $72,374,592 |

(i) Segment, Geographic and Enterprise-Wide Reporting

SFAS No. 131, Disclosures about Segments of an Enterprise and Related Information, requires certain financial and supplementary information to be disclosed on an annual and interim basis for each reportable operating segment of an enterprise, as defined. Based on the criteria set forth in SFAS No. 131, the Company currently operates in one operating segment, medical software and services.

SFAS No. 131 also requires that certain enterprise-wide disclosures be made related to products

and services, geographic areas and major customers. The Company derives substantially all of its operating revenue from the sale and support of one group of similar products and services. All of the Company's assets are located within the United States. During 2002, 2003 and 2004, the Company derived its operating revenue from the following countries, based on location of customer (as a percentage of total operating revenue):

|  | 2002 | 2003 | 2004 |
|---|---|---|---|
| United States | 89% | 88% | 86% |
| Canada | 10% | 10% | 12% |
| Other | 1% | 2% | 2% |
|  | 100% | 100% | 100% |

During the years ended December 31, 2002, 2003 and 2004, one customer accounted for approximately 10%, 9% and 10% of operating revenue, respectively.

---

MEDICAL INFORMATION TECHNOLOGY, INC.

Notes to Financial Statements December 31, 2004

(2) MARKETABLE SECURITIES

The Company accounts for its marketable securities in accordance with SFAS No. 115, Accounting for Certain Investments in Debt and Equity Securities. SFAS No. 115 requires companies to classify their investments as either trading, available-for-sale or held-to-maturity. The Company's marketable securities consist of common and preferred equities which have been classified as available-for-sale. These are recorded in the financial statements at fair market value and any unrealized gains (losses) are reported as a component of shareholder equity. In addition the Company holds short and long term U.S. government agency issues which have been classified as held-to-maturity. These are recorded in the financial statements at their cost which is also their fair value. The fair market value of marketable securities was determined based on quoted market prices. At December 31, 2002, 2003 and 2004, the cost basis net of write-downs, unrealized gains, unrealized losses and fair market value of the Company's holdings are as follows:

|  | 2002 | 2003 | 2004 |
|---|---|---|---|
| Net cost of equities | $153,252,427 | $148,854,935 | $160,808,264 |
| Unrealized Gains | 6,200,767 | 20,762,666 | 22,915,338 |
| Unrealized Losses | (5,114,387) | (425,235) | (1,022,069) |
| Cost of agency issues | - | 35,000,000 | 54,999,775 |
| Fair Market Value | $154,338,807 | $204,192,366 | $237,701,308 |

SFAS No. 115 requires that for each individual security classified as available-for-sale, a company

shall determine whether a decline in fair value below the amortized cost basis is other than temporary. If the decline in fair value is judged as such, the cost basis of the individual security shall be written down to fair value as a new cost basis and the amount of the write-down shall be included in earnings. During the years ended December 31, 2002 and 2003, the Company determined that the decline in value for certain securities was other than temporary. Accordingly, the Company recorded a write-down related to these securities in the accompanying statements of income of $5,812,355 and $1,462,074 respectively.

The unrealized loss at December 31, 2004, is attributable to 4 preferred equities which have been in loss status for less than 12 months. The Company considered the effect of rising interest rates during 2004 and the issuer's current financial position in order to reach its conclusion that these impairments are temporary in nature at December 31, 2004. The details are as follows:

|  | 4 Equities |
| --- | --- |
| Original Cost | $18,292,269 |
| Fair Market Value | $17,270,200 |
| Unrealized Loss | $1,022,069 |

Page 19 of 28

MEDICAL INFORMATION TECHNOLOGY, INC.

Notes to Financial Statements December 31, 2004

(3) ALLOWANCE FOR DOUBTFUL ACCOUNTS

A summary of the allowance for doubtful accounts activity for the years ended December 31, 2002, 2003 and 2004 is as follows:

|  | 2002 | 2003 | 2004 |
| --- | --- | --- | --- |
| Balance, beginning of year | $590,000 | $700,000 | $800,000 |
| Amounts charged to expense | 110,000 | 100,000 | 17,279 |
| Amounts written off | - | - | (17,279) |
| Balance, end of year | $700,000 | $800,000 | $800,000 |

(4) ACCRUED EXPENSES

Accrued expenses consist of the following at December 31, 2002, 2003 and 2004:

|  | 2002 | 2003 | 2004 |
| --- | --- | --- | --- |
| Accrued bonuses | $18,500,000 | $20,000,000 | $21,300,000 |
| Accrued vacation | 2,100,000 | 2,175,000 | 2,275,000 |

|  | | | |
|---|---|---|---|
| Other accrued | 1,226,604 | 1,890,768 | 1,697,308 |
|  | $21,826,604 | $24,065,768 | $25,272,308 |

## (5) COMMON STOCK DIVIDEND POLICY

The Company's Board of Directors has full discretion regarding the timing and amounts of dividends paid on common stock. During the years ended December 31, 2002, 2003, and 2004, the annual dividend rate per share was $1.36, $1.56 and $1.80, respectively, paid quarterly on shares then outstanding.

## (6) REDEEMABLE COMMON STOCK

During the month of February from 1997 through 2003, the Company offered and sold shares of its common stock to its staff members in a manner which may not have complied with the registration requirements of certain federal and state securities laws. During the 4th quarter of 2004 the Company made a recision offer to these individuals so as to extinguish its liability, if any, for these potential securities law violations. None of these individuals accepted the recision offer.

Prior to the 4th quarter of 2004 the shares subject to recision rights were considered and treated as redeemable common stock for financial accounting purposes until such time as the recision rights terminate or are exercised. Therefore the recision amount and the related shares were classified as Temporary Equity. In late December, on the day the recision offer expired, the Company transferred the recision amount and related shares from Temporary Equity to Shareholder Equity.

Page 20 of 28

---

MEDICAL INFORMATION TECHNOLOGY, INC.

Notes to Financial Statements December 31, 2004

## (7) QUALIFIED PROFIT SHARING PLAN

The Company has no obligation for post-employment or post-retirement benefits. The Company maintains a qualified profit sharing plan that provides deferred compensation to substantially all of its employees. Contributions to the plan are at the discretion of the Board of Directors and may be in the form of Company stock or cash. A summary of contributions made during the years ended December 31, 2002, 2003 and 2004 is as follows:

|  | 2002 | 2003 | 2004 |
|---|---|---|---|
| Cash | $2,340,000 | $2,020,000 | $1,980,000 |
| Company common stock: | | | |
| 80,000 shares at $22/share | 1,760,000 | - | - |
| 80,000 shares at $26/share | - | 2,080,000 | - |
| 80,000 shares at $29/share | - | - | 2,320,000 |

$4,100,000 $4,100,000 $4,300,000

## (8) OTHER INCOME AND EXPENSE

The Company sold certain available-for-sale securities resulting in a realized loss of $699 during 2002, a realized gain of $233,088 during 2003 and a realized gain of $117,500 during 2004.

Other Income consists of rents, dividends, interest and realized/unrealized marketable security gains/losses:

|  | 2002 | 2003 | 2004 |
| --- | --- | --- | --- |
| Rents | $10,601,442 | $10,029,758 | $10,728,321 |
| Dividends | 8,697,302 | 8,792,134 | 10,053,939 |
| Interest | 648,085 | 1,378,502 | 2,129,812 |
| Gains (losses) | (5,813,054) | (1,446,770) | 117,500 |
| Other Income | $14,133,775 | $18,753,624 | $23,029,572 |

Other Expense consists of rental costs, charitable contributions and certain professional fees:

|  | 2002 | 2003 | 2004 |
| --- | --- | --- | --- |
| Rental costs | $6,059,805 | $6,390,608 | $6,469,282 |
| Charitable contributions | 485,000 | 520,000 | 600,000 |
| Professional fees | - | 500,000 | 750,000 |
| Other Expense | $6,544,805 | $7,410,608 | $7,819,282 |

MEDICAL INFORMATION TECHNOLOGY, INC.

Notes to Financial Statements December 31, 2004

## (9) TAXES

The Company follows the provisions of SFAS No. 109, Accounting for Income Taxes. The components of deferred taxes, including reserves which provide for Federal and State income and sales taxes, are as follows:

|  | 2002 | 2003 | 2004 |
| --- | --- | --- | --- |
| Tax reserves | $6,688,833 | $8,521,028 | $10,663,662 |

| | 2002 | 2003 | 2004 |
|---|---|---|---|
| Unrealized tax on marketable securities | (1,890,670) | 5,225,201 | 5,847,537 |
| Customer deposits over 1 year | (878,163) | (686,913) | (1,289,547) |
| Non-deductible expenses | (1,120,000) | (1,190,000) | (1,230,000) |
| Deferred taxes | $2,800,000 | $11,869,316 | $13,991,652 |

The components of the provision for income taxes shown in the accompanying statements of income consist of the following:

| | 2002 | 2003 | 2004 |
|---|---|---|---|
| State Current | $9,126,161 | $7,634,249 | $9,834,398 |
| State Deferred | (475,000) | 2,267,329 | 530,584 |
| | $8,651,161 | $9,901,578 | $10,364,982 |
| Federal Current | $31,398,857 | $26,900,558 | $33,937,194 |
| Federal Deferred | (1,425,000) | 6,801,987 | 1,591,752 |
| | $29,973,857 | $33,702,545 | $35,528,946 |

The effective income tax rate varies from the amount computed using the statutory U.S. income tax rate as follows:

| | 2002 | 2003 | 2004 |
|---|---|---|---|
| Statutory tax rate | 35.0% | 35.0% | 35.0% |
| Increase in taxes resulting from state income taxes, net of federal income tax benefit | 5.5 | 5.8 | 5.7 |
| Dividend income exclusion | (2.1) | (1.9) | (2.1) |
| Other | (0.7) | 0.4 | 0.5 |
| | 37.7% | 39.3% | 39.1% |

MEDICAL INFORMATION TECHNOLOGY, INC.

Notes to Financial Statements December 31, 2004

(10) SUPPLEMENTARY DATA

Unaudited operating results by quarter for the two years ended December 31, 2004 (in thousands

where applicable)

|  | 1st Q | 2nd Q | 3rd Q | 4th Q | Year |
|---|---|---|---|---|---|
| **2003:** | | | | | |
| Total revenue | $67,281 | $67,511 | $67,686 | $68,303 | $270,781 |
| Operating income | 25,119 | 25,009 | 24,939 | 24,618 | 99,685 |
| Net income | 16,997 | 17,211 | 17,207 | 16,008 | 67,424 |
| Net income per share | $.50 | $.50 | $.50 | $.47 | $1.98 |
| **2004:** | | | | | |
| Total revenue | $68,800 | $69,329 | $70,337 | $72,296 | $280,762 |
| Operating income | 24,906 | 25,100 | 25,195 | 26,924 | 102,125 |
| Net income | 17,048 | 18,161 | 17,600 | 18,632 | 71,441 |
| Net income per share | $.50 | $.53 | $.51 | $.54 | $2.08 |

## Item 9A - Controls and Procedures

An evaluation was conducted under the supervision and with the participation of the Company's management, including the Chief Executive Officer and Chief Financial Officer, on the effectiveness of the Company's disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)14(c) under the Securities Exchange Act of 1934) as of the end of the period covered by this report. Based on this evaluation, the Chief Executive Officer and Chief Financial Officer have concluded the Company's disclosure controls and procedures are, to the best of their knowledge, effective to ensure information requiring disclosure by the Company in reports which it files or submits under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in Securities and Exchange Commission rules and forms.

There were no changes in the Company's internal control over financial reporting occurring during the period covered by this report which have materially affected or are reasonably likely to materially affect the Company's internal control over financial reporting.

## Item 9B - Other Information

During its regular January meeting the Board of Directors approved the issuance of 260,000 shares of common stock to be sold to staff members at $29.00 per share pursuant to the MEDITECH 2004 Stock Purchase Plan.

## PART III

## Item 10 - Directors and Executive Officers of the Registrant

All Directors are elected each year at the annual meeting of shareholders. All Officers are elected at the first meeting of the Board following the annual meeting of shareholders and hold office for one year. The positions held by each Director and Officer of the Company on December 31, 2004, are shown below. There are no family relationships among the following persons.

Director or Officer        Age Position with the Company

| A. Neil Pappalardo | 62 | Chairman, Chief Executive Officer and Director |
| Lawrence A. Polimeno | 63 | Vice Chairman and Director |
| Roland L. Driscoll | 75 | Director |
| Edward B. Roberts | 69 | Director |
| Morton E. Ruderman | 68 | Director |
| L. P. Dan Valente | 74 | Director |
| Howard Messing | 52 | President and Chief Operating Officer |
| Barbara A. Manzolillo | 52 | Treasurer, Chief Financial Officer and Clerk |
| Edward G. Pisinski | 61 | Senior Vice President |
| Christopher Anschuetz | 52 | Vice President |
| Robert G. Gale | 58 | Vice President |
| Steven B. Koretz | 52 | Vice President |
| Stuart N. Lefthes | 51 | Vice President |
| Joanne Wood | 51 | Vice President |
| Hoda Sayed-Friel | 46 | Vice President |

The following is a description of the business experience during the past five years of each Director and Officer.

A. Neil Pappalardo, founder of the Company, is the Chairman and Chief Executive Officer, and has been a Director since 1969. He is also a Director of Palomar Medical Technologies, Inc.

Lawrence A. Polimeno has been the Vice Chairman since 2002, was President and Chief Operating Officer prior to that, has been a Director since 1985, and has been with the Company since 1969.

Roland L. Driscoll, retired Chief Financial Officer of the Company, has been a Director since 1985.

Edward B. Roberts, co-founder of the Company, is a Sloan School Professor at the Massachusetts Institute of Technology, and has been a Director since 1969. He is also a Director of Advanced Magnetics Inc., Pegasystems Inc. and Sohu.com Inc.

Morton E. Ruderman, co-founder of the Company, is Chief Executive Officer of CRES Development, a real estate developer, and has been a Director since 1969.

L. P. Dan Valente is Chairman of Palomar Medical Technologies, Inc., and has been a Director since 1972. He is also a Director of MKS Instruments and SurgiLight Inc.

Howard Messing has been President and Chief Operating Officer since 2002, was the Executive Vice President prior to that, and has been with the Company since 1974.

Barbara A. Manzolillo has been the Treasurer, Chief Financial Officer and Clerk since 1996, was the Treasurer prior to that, and has been with the Company since 1975.

Edward G. Pisinski has been a Senior Vice President since 1997, was a Vice President prior to that, and has been with the Company since 1973.

Christopher Anschuetz has been a Vice President since 1995, was a Senior Manager prior to that, and has been with the Company since 1975.

Robert G. Gale has been a Vice President since 1995, was a Senior Manager prior to that, and has been with the Company since 1976.

Steven B. Koretz has been a Vice President since 1997, was a Senior Manager prior to that, and has been with the company since 1982.

Stuart N. Lefthes has been a Vice President since 1997, was a Senior Manager prior to that, and has been with the company since 1983.

Joanne Wood has been a Vice President since 1995, was a Senior Manager prior to that, and has been with the Company since 1983.

Hoda Sayed-Friel has been a Vice President since 2003, was a Senior Manager prior to that, and has been with the Company since 1986.

The address of all Officers and Directors is in care of the Company, MEDITECH Circle, Westwood, MA 02090.

THE BOARD OF DIRECTORS AND ITS COMMITTEES

The Board of Directors oversees the Company's business affairs and monitors the performance of management, but is not involved in the day-to-day operations. The Directors meet regularly with the CEO, the COO, the CFO, other officers and our independent registered public accounting firm; read reports and other materials; and participate in Board and committee meetings. The Board currently consists of 6 members. The Board held 4 regularly scheduled quarterly meetings and 1 special meeting during 2004 and each of the Directors attended all meetings. Messrs. Driscoll, Roberts, Ruderman and Valente are "independent" as defined by the rules of the NYSE and NASDAQ.

The Board of Directors has an Audit Committee, an Executive Compensation Committee and a Charitable Contribution Committee. During 2004 each committee member attended all committee meetings. The following is a description of the committees.

The Audit Committee consists of Messrs. Driscoll and Valente. Both members are former CPA's and audit committee financial experts within the meaning of applicable rules under the Securities Exchange Act of 1934, as amended. This committee meets at least 6 times a year to review accounting practices and advise the Company's CFO. In addition, the committee meets and consults with the Company's independent registered public accounting firm with respect to the Company's business operations, industry, financial performance, business and financial risks, processes and controls, key policies, legal and regulatory requirements, code of ethical conduct and new or unusual transactions. The Committee does not have a written charter. The Committee submits its annual report to the Board of Directors each April.

The Executive Compensation Committee consists of Messrs. Ruderman and Roberts. This committee meets once a year to recommend the Chairman and Chief Executive Officer's annual salary, the criteria and amount for his bonus. The full Board of Directors annually approves the salary and bonus amount for each of the officers.

The Charitable Contribution Committee consists of Messrs. Ruderman, Polimeno, Pappalardo and Messing. This committee meets at least 6 times a year to review the criteria for the year's charitable contribution program, meet and evaluate each organization under consideration and

determine the amount to be contributed to each organization for the year.

The Board of Directors does not have a nominating committee. Instead, the full Board, because of its small size, carries out the duties of a nominating committee. The Board has not adopted written guidelines regarding nominees for Director.

SECTION 16(a) BENEFICIAL OWNERSHIP REPORTING COMPLIANCE

To the Company's knowledge, based solely on a review of the reports given to the Company, all Section 16(a) filing requirements applicable to its executive officers, Directors and greater-than-10% shareholders were satisfied in 2004.

Page 25 of 28

## Item 11 - Executive Compensation

The following table sets forth the compensation received by the Company's Chief Executive Officer and the four most highly compensated other Officers for the three fiscal years ended December 31, 2002, 2003 and 2004.

| Name and Position | Year | Salary | Bonus | Deferred* |
|---|---|---|---|---|
| A. Neil Pappalardo | 2004 | $360,000 | $673,811 | 0 |
| Chairman and Chief | 2003 | 360,000 | 723,965 | 0 |
| Executive Officer | 2002 | 360,000 | 724,251 | 0 |
| Lawrence A. Polimeno | 2004 | $180,000 | $473,811 | $4,271 |
| Vice Chairman | 2003 | 180,000 | 473,965 | 4,255 |
| | 2002 | 240,000 | 624,251 | 4,847 |
| Howard Messing | 2004 | $240,000 | $473,811 | $4,271 |
| President and Chief | 2003 | 240,000 | 473,965 | 4,255 |
| Operating Officer | 2002 | 240,000 | 474,251 | 4,847 |
| Barbara A. Manzolillo | 2004 | $204,000 | $298,811 | $4,271 |
| Treasurer and Chief | 2003 | 204,000 | 273,965 | 4,255 |
| Financial Officer | 2002 | 204,000 | 274,251 | 4,847 |
| Edward G. Pisinski | 2004 | $204,000 | $298,811 | $4,271 |
| Senior Vice President | 2003 | 204,000 | 273,965 | 4,255 |
| Sales and Marketing | 2002 | 204,000 | 324,251 | 4,847 |

*Represents contributions by the Company to the MEDITECH Profit Sharing Plan.

Profit Sharing Plan: The Company maintains a qualified defined contribution plan for all of the Company's staff known as the Medical Information Technology, Inc. Profit Sharing Plan. All of the staff who have completed one year of service participate in the Plan. The Board of Directors sets the annual contribution which is allocated in proportion to total compensation (capped at

$100,000) of all eligible members for the Plan year. No allocation is allowable under this Plan to owners of 10% or more of the Company's common stock. Contributions by members are not permitted. Benefits under the Plan are considered deferred compensation and become fully vested after five years of continuous service with the Company. Members who have at least 20 years of service or who have incurred financial hardship may make in service withdrawals. Lump sum cash payment is made upon retirement, death, disability or termination of employment.

Compensation of Directors: The members of the Board of Directors who are not Officers of the Company currently receive a fee of $8,000 for each quarterly meeting attended, with such fee being deemed to also cover any special meetings, conference or committee time, and incidental expenses expended by such directors on behalf of the Company during the year.

CODE OF CONDUCT AND ETHICS

The Board of Directors has directed management to prepare a Code of Conduct and Ethics for MEDITECH's staff, officers and directors for submittal and approval by the Board. This process will be completed during 2005.

Page 26 of 28

## Item 12 - Security Ownership of Certain Beneficial Owners and Management

The following table provides information as of December 31, 2004 with respect to the shares of common stock beneficially owned by each person known by the Company to own more than 5% of the Company's outstanding common stock, each Director of the Company, each Executive Officer named in the Compensation Table and by all Directors and Officers of the Company as a group. The number of shares beneficially owned is determined according to rules of the Securities and Exchange Commission. Under such rules, a person's beneficial ownership includes any shares as to which such person has sole or shared voting power or investment power.

| Name of Shareholder, Director or Officer | Number of Shares of Common Stock Beneficially Owned | Percentage of Shares of Common Stock |
|---|---|---|
| A. Neil Pappalardo* | 12,913,862 | 37.42% |
| Morton E. Ruderman | 5,494,469 | 15.92% |
| MEDITECH Profit Sharing Trust* | 3,991,362 | 11.56% |
| Curtis W. Marble | 3,500,000 | 10.14% |
| Grossman Group | 2,061,144 | 5.97% |
| Lawrence A. Polimeno | 1,061,366 | 3.08% |
| Edward B. Roberts | 974,326 | 2.82% |
| Roland L. Driscoll | 528,000 | 1.53% |
| Howard Messing | 300,000 | 0.87% |
| Edward G. Pisinski | 299,000 | 0.87% |
| Barbara A. Manzolillo | 205,000 | 0.59% |
| L. P. Dan Valente | 85,000 | 0.25% |
| 15 Directors and Officers as a Group* | 22,218,573 | 64.37% |

*The number of shares indicated for Mr. Pappalardo includes the shares owned by the MEDITECH

Profit Sharing Trust. Mr. Pappalardo is the sole Trustee of the MEDITECH Profit Sharing Trust and therefore is entitled to vote its shares in addition to his own 8,922,500 shares. Likewise the number of shares indicated for the 15 Directors and Officers as a Group includes the shares owned by the MEDITECH Profit Sharing Trust.

## Item 13 - Certain Relationships and Related Transactions

A. Neil Pappalardo, Chairman, Chief Executive Officer and Director of the Company, purchased for cash from the Company 25,000 shares of common stock at $26 per share in March 2004.

Howard Messing, President and Chief Operating Officer of the Company, purchased for cash from the Company 15,000 shares of common stock at $26 per share in March 2004.

Barbara A. Manzolillo, Treasurer, Chief Financial Officer and Clerk of the Company, purchased for cash from the Company 5,000 shares of common stock at $26 per share in March 2004.

Edward G. Pisinski, Senior Vice President of the Company, purchased for cash from the Company 2,000 shares of common stock at $26 per share in March 2004.

On December 31, 2004, the Company contributed 80,000 shares at $29 per share of common stock to the MEDITECH Profit Sharing Trust.

Philip Polimeno, a son of a Director, is employed as a senior manager of the Company and received W-2 compensation of $97,720 in 2004. Tony Polimeno, a son of a Director, is employed as a manager of the Company and received W-2 compensation of $72,694 in 2004.

## Item 14 - Principal Accounting Fees and Services

During 2004, Ernst & Young LLP's services included auditing the Company's financial statements, reviewing unaudited quarterly financial information and advising the Company on various accounting, tax, and regulatory matters. Fees paid for audit services rendered by Ernst & Young, LLP, are as follows:

|  | 2002 | 2003 | 2004 |
| --- | --- | --- | --- |
| Annual audit and quarterly reviews | $60,000 | $142,500 | $204,000 |
| Audit related to Profit Sharing Trust | 10,000 | 10,000 | 11,000 |
| Tax or all other matters | - | - | - |
|  | $70,000 | $152,500 | $215,000 |

It is the policy of the Audit Committee to pre-approve all audit and non-audit services to be provided to the Company by the Company's auditors.

## PART IV

## Item 15 - Exhibits

Exhibit 3.1: MEDITECH's Articles of Organization, as amended to date, is incorporated by reference to an exhibit to the Form 10 filed with the SEC on March 28, 1996, an exhibit to the annual report on Form 10-K for the year ended December 31, 2001 and an exhibit to the quarterly report on Form 10-Q for the quarter ended September 30, 2004.

Exhibit 3.2: MEDITECH's By-laws, as amended to date, is incorporated by reference to an exhibit to the annual report on Form 10-K for the year ended Dececember 31, 2001.

Exhibit 10: MEDITECH 2004 Stock Purchase Plan is incorprated by reference to the annual report on Form 10-K for the year ended Dececember 31, 2003.

Exhibit 23: Consent of Independent Registered Public Accounting Firm, Exhibit 31: Rule 13a-14(a) Certifications and Exhibit 32: Section 1350 Certifications are appended to this report. There were no reports filed on Form 8-K during the quarter ended December 31, 2004.

## Signatures

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Medical Information Technology, Inc.
(Registrant)

By: Barbara A. Manzolillo, Chief Financial Officer and Treasurer
(Signature)

January 31, 2005
(Date)

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated on January 31, 2005.

A. Neil Pappalardo, Chief Executive Officer, Chairman and Director
(Signature)

Lawrence A. Polimeno, Vice Chairman and Director
(Signature)

Roland L. Driscoll, Director
(Signature)

Edward B. Roberts, Director
(Signature)

Morton E. Ruderman, Director
(Signature)

L. P. Dan Valente, Director
(Signature)

EX-23 2 ex23.htm CONSENT OF ERNST & YOUNG LLP

Exhibit 23: Consent of Independent Registered Public Accounting Firm

We consent to the incorporation by reference in the Registration Statement on Form S-8 (No. 333-113599) pertaining to the MEDITECH 2004 Stock Purchase Plan of our report dated January 25, 2005, with respect to the financial statements of Medical Information Technology, Inc. included in the Annual Report on Form 10-K for the year ended December 31, 2004, filed with the Securities and Exchange Commission.

/s/ Ernst & Young LLP
Boston, Massachusetts
January 28, 2005

EX-31 3 ex31.htm RULE 13A-14(A) CERTIFICATIONS

Exhibit 31: Rule 13a-14(a) Certifications

CERTIFICATION PURSUANT TO RULE 13A-14 OR 15D-14 OF THE SECURITIES EXCHANGE ACT OF 1934, AS ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002

I, Barbara A. Manzolillo, Chief Financial Officer and Treasurer, certify that:

1. I have reviewed this annual report on Form 10-K of Medical Information Technology, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) [Paragraph omitted in accordance with SEC transition instructions];

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

January 31, 2005
(Date)

Barbara A. Manzolillo, Chief Financial Officer and Treasurer
(Signature)

I, A. Neil Pappalardo, Chief Executive Officer and Chairman, certify that:

1. I have reviewed this annual report on Form 10-K of Medical Information Technology, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) [Paragraph omitted in accordance with SEC transition instructions];

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

January 31, 2005
(Date)


A. Neil Pappalardo, Chief Executive Officer and Chairman
(Signature)

EX-32 4 ex32.htm SECTION 1350 CERTIFICATIONS

Exhibit 32: Section 1350 Certifications

I, Barbara A. Manzolillo, Chief Financial Officer and Treasurer, certify this annual report on Form 10-K of Medical Information Technology, Inc. for the period ended December 31, 2004, fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and the information contained in this report fairly presents, in all material respects, the financial condition and results of operations of the Company.

January 31, 2005
(Date)

Barbara A. Manzolillo, Chief Financial Officer and Treasurer
(Signature)

I, A. Neil Pappalardo, Chief Executive Officer and Chairman, certify this annual report on Form 10-K of Medical Information Technology, Inc. for the period ended December 31, 2004, fully complies with the requirements of section 13(a) or 15(d) of the Securities Exchange Act of 1934 and the information contained in this report fairly presents, in all material respects, the financial condition and results of operations of the Company.

January 31, 2005
(Date)

A. Neil Pappalardo, Chief Executive Officer and Chairman
(Signature)

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 RDnpyG8T9VygSnQHZiJxasCTRMulD2woXm/BnHIkZeHy9fY+XDpxncVH72pOhIjU
 dKDbmCr4K3mMIs7K6xCz5Q==
```

```
<SEC-DOCUMENT>0001011452-98-000001.txt : 19980327
<SEC-HEADER>0001011452-98-000001.hdr.sgml : 19980327
ACCESSION NUMBER:              0001011452-98-000001
CONFORMED SUBMISSION TYPE:     10-K
PUBLIC DOCUMENT COUNT:         3
CONFORMED PERIOD OF REPORT:    19971231
FILED AS OF DATE:              19980326
SROS:                  NONE

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:              MEDICAL INFORMATION TECHNOLO
                CENTRAL INDEX KEY:                   0001011452
                STANDARD INDUSTRIAL CLASSIFICATION:  SERVICES-PREPACKAGED SOFTWAR
                IRS NUMBER:                          042455639
                STATE OF INCORPORATION:              MA
                FISCAL YEAR END:                     1231

        FILING VALUES:
                FORM TYPE:            10-K
                SEC ACT:
                SEC FILE NUMBER:      000-28092
                FILM NUMBER:          98574422

        BUSINESS ADDRESS:
                STREET 1:            MEDITECH CIRCLE
                CITY:                WESTWOOD
                STATE:               MA
                ZIP:                 02090
                BUSINESS PHONE:      6178213000

        MAIL ADDRESS:
                STREET 1:            MEDITECH CIRCLE
                CITY:                WESTWOOD
                STATE:               MA
                ZIP:                 02090
</SEC-HEADER>
<DOCUMENT>
<TYPE>10-K
<SEQUENCE>1
<DESCRIPTION>YEAR 1997
<TEXT>

<PAGE>  1
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-K
```

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT
OF 1934 FOR THE FISCAL YEAR ENDED DECEMBER 31, 1997

Commission file number  0-28092

Medical Information Technology, Inc.
(Exact Name of Registrant as Specified in Its Charter)

Massachusetts
(State or Other Jurisdiction of Incorporation or Organization)

04-2455639
(I.R.S. Employer Identification No.)

Meditech Circle, Westwood, MA
(Address of Principal Executive Offices)

02090
(Zip Code)

781-821-3000
(Registrant's Telephone Number)

Indicate by check mark whether the registrant (1) has filed all reports
required to be filed by Section 13 or 15(d) of the Securities Exchange Act of
1934 during the preceding 12 months (or for such shorter period that the
registrant was required to file such reports), and (2) has been subject to such
filing requirements for the past 90 days.  Yes [X] No [ ]

The number of shares of Common Stock, $.25 par value, outstanding at December
31, 1997 was 16,087,212
<PAGE>  2
Index to Form 10-K

Part I

    Item 1 - Business                                              Page 3

    Item 2 - Properties                                            Page 5

    Item 3 - Legal Proceedings                                     Page 6

    Item 4 - Submission of Matters to a Vote of Security Holders   Page 6

Part II

    Item 5 - Market for Registrant's Common Equity and Related
             Stockholder Matters                                   Page 6

    Item 6 - Selected Financial Data                               Page 6

    Item 7 - Management's Discussion and Analysis of Financial
             Condition and Results of Operations                   Page 7

    Item 8 - Financial Statements and Supplementary Data           Page 8

    Item 9 - Changes in and Disagreements with Accountants on
             Accounting and Financial Disclosure                   Page 8

Part III

Item 10 - Directors and Executive Officers of the Registrant    Page 8

Item 11 - Executive Compensation    Page 10

Item 12 - Security Ownership of Certain Beneficial Owners
          and Management    Page 11

Item 13 - Certain Relationships and Related Transactions    Page 11

Part IV

Item 14 - Exhibits, Financial Statement Schedules, and Reports
          on Form 8-K    Page 12

Signatures    Page 12

<PAGE>  3
Part I

Item 1 - Business

COMPANY OVERVIEW

Medical Information Technology, Inc. (MEDITECH or the Company) was founded
in 1969 to develop and market information system software for the hospital
industry.  1997 revenues reached $193.8 million and at year-end MEDITECH had a
product backlog of $130 million and more than 1,800 employees.

By the end of 1997 MEDITECH had over 1,050 active hospital customers throughout
the U.S., Canada and the U.K., as well as a backlog of almost 100 hospitals
waiting implementation.  The implementation process consists of teaching
hospital personnel about the operation of the software as well as training them
on how to use it in their daily activity.  Once the hospital goes live,
MEDITECH maintains and updates the software thereafter.

HOSPITAL SOFTWARE

Initially MEDITECH developed a software product to automate one of the main
hospital departments, the clinical laboratory that performs various diagnostic
tests on blood and urine specimens.  Within a few years, this product became
standardized, thereby requiring minimal adaptation to meet the individual needs
of a typical customer.  MEDITECH extended the concept and developed additional
software products for the rest of a hospital's clinical departments.
Eventually, it moved into the financial area by developing a hospital billing
and accounts receivable product as well as various general accounting products.

Although the individual products could be operated in a stand alone fashion,
a hospital achieved maximum effectiveness when they were used in an integrated
mode, sharing access to the common clinical and financial records of the
hospital.  This concept ultimately led to MEDITECH developing the so-called
hospital information system, a cohesive set of software products designed from
the onset to work in conjunction with the overall operation of the hospital and
to minimize the need for specialized interfaces.

COMPUTER HARDWARE

Software requires extensive computer and communication equipment to function.
In spite of this, MEDITECH continues to be a pure software company, limiting
itself to specifying the aggregate components needed as well as suggesting
typical configurations from certain hardware vendors.  The responsibility is

left to the hospital to purchase the requisite hardware and secure a continuing
source of maintenance service for it.

The hardware components traditionally consist of a small set of central medium-
sized computers and a large set of display terminals and printers distributed
throughout the hospital.  All of these elements are interconnected by means of
a standard high speed communication network.  The computers execute the
software and include large disk subsystems containing the permanent and common
clinical and financial records of the hospital.
<PAGE>  4
Hardware technology evolves rapidly, and the current trend is to replace the
display terminals with desktop computers, thereby forming a client server
network.  In this mode of operation, the central computers become the file
servers while software is executed locally on the client computer which makes
common file requests to the servers.

LICENSED SOFTWARE

MEDITECH requires a customer to sign a standard software license agreement
prior to product delivery, implementation and subsequent service of the
software.  This agreement specifies a front end product fee and a front end
implementation fee both of which are payable over the implementation process,
and a monthly service fee after the site goes live.  In addition to precluding
ownership and restricting transfer, the license mandates the hospital hold
MEDITECH harmless from any liability arising from incorrect operation of the
software.

MEDITECH bases its product fee on the total number of hospital beds that a
customer operates at all of its sites, and sets its implementation fee on the
total number of sites.  Large hospitals pay more than small hospitals, but
incremental fees continue to diminish.  The monthly service fees are always 1%
of the product fees.  A typical 250 bed acute care hospital might incur a
$500,000 product fee, $100,000 implementation fee and a $5,000 monthly service
fee.  An order is booked and goes into the backlog when a signed software
license and 10% of both front end fees are received.

STAFF ORGANIZATION

MEDITECH is organized into functional units grouped around product development,
sales and marketing, implementation, customer service, accounting and facility
operations.  All MEDITECH staff work in company owned buildings located in the
greater Boston area.

From its inception, MEDITECH utilized communication technology which allowed
much of its business activities to be performed by remote access.  MEDITECH
staff sitting at their desks may access client hospitals, both personnel and
computers.  The need for remote offices is thereby negated.  Although most
customer contact is through the phone, certain of the sales and implementation
staff travel to customer sites.

PRODUCT DEVELOPMENT

Most of the product development staff is working on the incremental evolution
of the current product line, as well as creating a few more new products each
year.  The rest of the staff is developing a set of replacement products
utilizing a new technology.  Approximately every seven years, the company
introduces the next generation of products based on the new technology and
gradually updates existing customers.
<PAGE>  5
SALES AND MARKETING

Most of the direct sales staff, organized into regions, concentrate on new prospects.  In addition, some of the sales staff monitor existing customers to expose them to the Company's entire product line.  Marketing activities and promotion are low key because hospitals are easily identified, finite in number and generally send an RFP to vendors when they are contemplating the purchase of a hospital information system.

During the sales process, prospects generally visit MEDITECH to talk to product specialists and to view product demonstrations.  Thereafter they are encouraged to visit various MEDITECH customer sites to observe first hand the software in actual operation and to discuss issues of concern with hospital personnel.

IMPLEMENTATION PROCESS

To ensure a successful implementation, the staff must properly train a core group of hospital personnel.  To preclude interruptions from normal hospital activities, MEDITECH mandates that the hospital personnel come to Boston for intensive training sessions.

As training proceeds, the implementation staff will customize certain dictionaries to fit the specific need of the hospital's environment, provide interfaces to non-MEDITECH systems and to assist the hospital in converting data from legacy systems.  In addition, the licensed software will be delivered, installed and tested on the customer's hardware.  MEDITECH will utilize remote access communication technology to minimize or eliminate the need to travel.

CUSTOMER SERVICE

Once a hospital goes live, the responsibility of maintaining the customer is transferred to the service staff.  MEDITECH provides 24 hour a day service coverage to these customers in order to respond to problem calls.  In addition, the staff updates customers with new releases of the software products as they become available.  To ensure the continuing education of the hospital staff, MEDITECH runs seminars on the use of its products.

COLUMBIA HEALTH CARE

Columbia/HCA owns and operates over 350 hospitals in the U.S., Canada, and the U.K. and is MEDITECH's largest customer.  By the end of 1997 MEDITECH had implemented approximately 300 of their hospitals.  They represented about 21% of revenue in 1996 and 1997.  In the 3rd quarter of 1997 Columbia/HCA underwent a major change in leadership and since then they have made public statements to the effect that they are undergoing a transition in business strategy and will be downsizing.  While it is difficult to predict how this will effect MEDITECH, it may result in a decline in the revenue generated from them.

    ITEM 2 - Properties

As of December 31, 1997 the Company owned five facilities containing about 1.1 million square feet of space, all being well maintained Class A properties in the greater Boston area.  The Company occupies 60% of the space and the remaining 40% is leased to various tenants.  The Company has adequate space for its reasonable needs over the next few years.

<PAGE>  6
    ITEM 3 - Legal Proceedings

There are no material pending legal proceedings against the Company, nor were

any initiated during the year 1997.

     ITEM 4 - Submission of Matters to a Vote of Security Holders

None.

PART II

     ITEM 5 - Market for Registrant's Common Equity and Related
             Stockholder Matters

No trading market exists for the Company's Common Stock, and accordingly no
high and low bid information or quotations are available with respect to the
Company's Common Stock.

The Company's Common Stock is subject to right of first refusal restrictions
upon sale, assignment, transfer, pledge or other disposition of any of its
shares.

At December 31, 1997 there were 747 holders of record of its Common Stock and
16,087,212 shares outstanding.

The Company paid quarterly cash dividends totaling the following amounts in the
most recent three fiscal years:

|  | 1995 | 1996 | 1997 |
|---|---|---|---|
| Per Share | $1.24 | $1.40 | $1.68 |

     ITEM 6 - Selected Financial Data

For the Five Years Ended December 31, 1997 (in thousands where applicable):

|  | 1993 | 1994 | 1995 | 1996 | 1997 |
|---|---|---|---|---|---|
| Operations: |  |  |  |  |  |
| Revenue | $105,325 | $124,223 | $143,721 | $167,884 | $193,805 |
| Operating Income | 41,285 | 51,255 | 58,513 | 69,550 | 78,286 |
| Net Income | 29,625 | 32,190 | 37,085 | 44,350 | 50,284 |
| Average shares | 15,523 | 15,641 | 15,782 | 15,863 | 16,029 |
| Earnings per share | 1.91 | 2.06 | 2.35 | 2.80 | 3.14 |
| | | | | | |
| Financial Position: |  |  |  |  |  |
| Cash and cash equivalents | $6,191 | $12,907 | $6,512 | $18,063 | $8,379 |
| Total assets | 118,923 | 137,755 | 197,998 | 218,339 | 263,108 |
| Total liabilities | 18,870 | 20,006 | 60,170 | 55,871 | 73,577 |
| Shareholders' equity | 100,053 | 117,749 | 137,828 | 162,468 | 189,531 |
| Book Value per share | 6.43 | 7.51 | 8.71 | 10.19 | 11.78 |
| Shares outstanding | 15,567 | 15,686 | 15,831 | 15,938 | 16,087 |
| | | | | | |
| Other Data: |  |  |  |  |  |
| Working Capital | $43,027 | $60,711 | $47,573 | $60,373 | $44,911 |
| Cash flows from operations | 26,615 | 35,218 | 41,443 | 56,413 | 62,195 |
| Depreciation | 3,459 | 3,294 | 4,809 | 6,155 | 9,084 |
| Cash dividends per share | $0.87 | $1.04 | $1.24 | $1.40 | $1.68 |

<PAGE>  7
     ITEM 7 - Management's Discussion and Analysis of Financial
             Condition and Results of Operations

Comparison of Fiscal Years Ended December 31, 1996 and 1997:

1997 Revenue increased 15% to $193.8 million, while 1997 Operating Income increased only 13% to $78.3 million.  During the 4th quarter the Company experienced a decrease in the product revenue attributable to a slowdown in implementations for Columbia/HCA.  During the quarter staff size was not reduced in response.  The result of this caused growth in Operating Expenses to exceed growth in Revenue.  1997 Operating Expenses increased 17% to $115.5 million due to a 12% increase in staff size, a moderate increase in employee salary and a significant increase in depreciation.

1997 Other Income, net of Other Expense, increased from $4.4 million to $6.4 million due to an increase of $3.3 million in rental income offset by a one-time gain of $1.4 million on the 1996 sale of our Cambridge facility.

The Company's effective tax rate increased from 40% to 41% in 1997.

Comparison of Fiscal Years ended December 31, 1995 and 1996:

Revenue increased 17% from $143.7 million in 1995 to $167.9 million in 1996. This increase is a result of increased orders from both existing and new customers, with 28% of the increase attributable to Columbia/HCA, the Company's largest customer.

Operating Expenses increased 15% from $85.2 million in 1995 to $98.3 million in 1996.  The primary reason for this increase is the costs associated with a 14% increase in staff size from 1995 to 1996.

Other Income, net of Other Expense, increased from $1.2 million in 1995 to $4.4 million in 1996 due primarily to: a decrease in interest expense on bank note ($1.2 million); an increase in rental income ($0.9 million) and a gain on the sale of our Cambridge facility ($1.4 million).

Income Tax Expense increased from $22.6 million in 1995 to $29.6 million in 1996.  1995's effective tax rate of 38% was a result of an investment tax credit earned in 1995 on property purchased.  1996's effective tax rate was 40%.
<PAGE>  8
     ITEM 8 - Financial Statements and Supplementary Data

The Financial Statements are included as part of Exhibit 13 (Annual Report to Shareholders)
<TABLE>
OPERATING RESULTS BY QUARTER:

For the Two Years Ended December 31, 1997 (in thousands where applicable):
<CAPTION>

|  | Mar 31 | Jun 30 | Sep 30 | Dec 31 |
|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> |
| 1996 |  |  |  |  |
| Revenue | $38,843 | $40,309 | $41,856 | $46,876 |
| Operating Income | 15,575 | 16,163 | 17,278 | 20,534 |
| Net Income | 9,745 | 10,232 | 11,126 | 13,247 |
| Earnings per share | .61 | .65 | .70 | .84 |
| 1997 |  |  |  |  |
| Revenue | $46,705 | $49,462 | $51,184 | $46,454 |
| Operating Income | 19,310 | 20,448 | 20,998 | 17,530 |
| Net income | 12,201 | 12,838 | 13,507 | 11,738 |
| Earnings per share | .76 | .80 | .84 | .73 |

</TABLE>
     ITEM 9 - Changes in and Disagreements with Accountants on

Accounting and Financial Disclosure

None.

PART III

ITEM 10 - Directors and Executive Officers of the Registrant

The positions held by each Director and Officer of the Company are shown below.
There are no family relationships among the following persons.

| Name of Director or Executive Officer | Age | Position with the Company |
|---|---|---|
| A. Neil Pappalardo | 55 | Chief Executive Officer, Chairman of the Board and Director |
| Lawrence A. Polimeno | 56 | Chief Operating Officer, President and Director |
| Morton E. Ruderman | 61 | Director |
| Jerome H. Grossman | 58 | Director |
| Edward B. Roberts | 62 | Director |
| Roland L. Driscoll | 67 | Director |
| L.P. Dan Valente | 67 | Director |
| Howard Messing | 45 | Executive Vice President |
| Barbara A. Manzolillo | 45 | Chief Financial Officer, Treasurer and Assistant Clerk |
| Edward G. Pisinski | 54 | Senior Vice President |
| Roberta E. Grigg | 54 | Senior Vice President |
| Christopher J. Anschuetz | 45 | Vice President |
| Robert S. Gale | 51 | Vice President |
| Steven B. Koretz | 45 | Vice President |
| Stuart N. Lefthes | 44 | Vice President |
| Joanne Wood | 44 | Vice President |
| Jane E. Currier | 45 | Chief Corporate Counsel and Clerk |

<PAGE>  9

All Directors are elected each year at the annual meeting of shareholders.  All
executive officers are elected at the first meeting of the Board following the
annual meeting of shareholders and hold office for one year.  The Board of
Directors has an Audit Committee, an Executive Compensation Committee, and a
Charitable Contribution Committee.

The following is a description of the business experience during the past five
years of each Director and Officer.

A. Neil Pappalardo, founder of the Company, is the Chief Executive Officer and
Chairman of the Board, and has been a Director since 1969.

Lawrence A. Polimeno is the President and Chief Operating Officer, has been a
Director since 1985, and has been with the Company since 1969.

Morton E. Ruderman, Chief Executive Officer of CRES Development, has been a
Director since 1969.

Jerome H. Grossman, Chief Executive Officer of Health Quality, Inc., has been
a Director since 1970.

Edward B. Roberts, Professor at Sloan School, Massachusetts Institute of
Technology, has been a Director since 1969.

Roland L. Driscoll, retired Chief Financial Officer of the Company, has been

a Director since 1985.

L.P. Dan Valente, Chief Executive Officer of Palomar Medical Technologies, Inc., has been a Director since 1972.

Howard Messing has been the Executive Vice President since 1995, was a Vice President prior to that, and has been with the Company since 1974.

Barbara A. Manzolillo has been the Chief Financial Officer since 1996, was the Treasurer prior to that, and has been with the Company since 1975.

Edward G. Pisinski has been a Senior Vice President since 1997, was a Vice President prior to that, and has been with the Company since 1973.

Roberta E. Grigg has been a Senior Vice President since 1997, was a Vice President prior to that, and has been with the Company since 1975.

Christopher J. Anschuetz has been a Vice President since 1995, was a Senior Manager prior to that, and has been with the Company since 1975.

Robert S. Gale has been a Vice President since 1995, was a Senior Manager prior to that, and has been with the Company since 1976.

Steven B. Koretz has been a Vice President since 1997, was a Senior Manager prior to that, and has been with the company since 1982.

Stuart N. Lefthes has been a Vice President since 1997, was a Senior Manager prior to that, and has been with the company since 1983.

Joanne Wood has been a Vice President since 1995, was a Senior Manager prior to that, and has been with the Company since 1983.
<PAGE> 10
Jane E. Currier has been the Chief Corporate Counsel and the Clerk since 1986, and has been with the Company since 1983.

There were no failures to file or late filings under Section 16(a)

    ITEM 11 - Executive Compensation

The following table sets forth the compensation received by the Company's Chief Executive Officer and the four most highly compensated other Officers for the three fiscal years ended December 31, 1995, 1996 and 1997.

SUMMARY COMPENSATION TABLE

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Other ($) |
|---|---|---|---|---|
| A. Neil Pappalardo | 1997 | 360,000 | 727,676 | 0 |
| Chairman and Chief | 1996 | 360,000 | 725,000 | 0 |
| Executive Officer | 1995 | 360,000 | 725,000 | 0 |
| | | | | |
| Lawrence A. Polimeno | 1997 | 240,000 | 627,676 | 6,042 |
| President and Chief | 1996 | 240,000 | 625,000 | 5,962 |
| Operating Officer | 1995 | 240,000 | 575,000 | 6,130 |
| | | | | |
| Howard Messing | 1997 | 180,000 | 377,676 | 6,042 |
| Executive Vice President | 1996 | 156,000 | 375,000 | 5,962 |
| | 1995 | 156,000 | 275,000 | 6,130 |
| | | | | |
| Edward G. Pisinski | 1997 | 156,000 | 302,676 | 6,042 |

```
Vice President - Marketing 1996      156,000      300,000       5,962
                           1995      156,000      225,000       6,130

Barbara A. Manzolillo      1997      144,000      227,676       6,042
   Chief Financial Officer 1996      132,000      225,000       5,962
   and Treasurer           1995      132,000      175,000       6,130
```

Compensation of Executive Officers:  There are no employment contracts or
agreements in effect for any Officer of the Company.  The Board of Directors
authorizes and directs the bonus program instituted for the recognition of
services rendered by employees.  The total amount of the bonus pool is based on
a fixed percentage of operating income as set by the Board of Directors.  This
philosophy aligns the interest of all with the interests of the Company's
shareholders.

The Board of Director's Executive Compensation Committee (composed of Mr.
Roberts and Mr. Ruderman) sets Mr. Pappalardo's bonus compensation based upon
the same criteria for awarding bonuses to all officers and employees.

Pension Plan:  The Company maintains a qualified defined contribution plan for
all employees known as the Medical Information Technology, Inc. Profit Sharing
Plan.  All employees of the Company who have completed one year of service
participate in the plan.  The Company's annual contribution is allocated in
proportion to total compensation (capped at $100,000) of all eligible members
for the plan year.  No allocation is allowable under this plan to owners of 10%
or more of the Company's common stock.  Contributions by members are not
permitted.  Benefits under the plan become fully vested after five years of
continuous service with the Company.  Lump sum cash payment is made upon
retirement, death, disability, or termination of employment.
<PAGE> 11
Compensation of Directors:  The members of the Board of Directors who are not
Officers of the Company currently receive a fee of $7,000 for each fully
attended quarterly meeting, with such fee being deemed to also cover any
incidental expenses or directorial conference or committee time expended by
such directors in behalf of the Company during the year.

    ITEM 12 - Security Ownership of Certain Beneficial Owners
             and Management

The following table provides information as of December 31, 1997 with respect
to the shares of Common Stock beneficially owned by each person known by the
Company to own more than 5% of the Company's outstanding Common Stock, each
Director of the Company, each Executive Officer named in the Summary
Compensation Table and by all Directors and Executive Officers of the Company
as a group.  The number of shares beneficially owned is determined according to
rules of the Securities and Exchange Commission.  Under such rules, a person's
beneficial ownership includes any shares as to which such person has sole or
shared voting power or investment power.

| Name | Number of Shares of Common Stock Beneficially Owned | % of Shares of Common Stock |
| --- | --- | --- |
| A. Neil Pappalardo | 4,271,406 | 26.55% |
| Morton E. Ruderman | 2,357,919 | 14.66% |
| Jerome Grossman | 600,675 | 3.73% |
| Lawrence A. Polimeno | 572,850 | 3.56% |
| Edward B. Roberts | 374,113 | 2.33% |
| Roland L. Driscoll | 264,000 | 1.64% |
| Edward G. Pisinski | 147,500 | <1% |

```
Howard Messing                              125,000              <1%
Barbara A. Manzolillo                        80,000              <1%
L. P. Dan Valente                            42,500              <1%
Directors and Executive Officers
   as a Group (17 persons)               9,040,113            56.19%
Curtis W. Marble                         1,865,052            11.59%
Medical Information Technology Inc.
   Profit Sharing Trust                  1,469,010             9.13%
```

The address of all Executive Officers and Directors is in care of the Company,
MEDITECH Circle, Westwood, MA 02090.

    ITEM 13 - Certain Relationships and Related Transactions

None.
<PAGE> 12
PART IV

    ITEM 14 - Exhibits, Financial Statement Schedules, and Reports
             on Form 8-K

Exhibit 3i (Articles of Incorporation) and Exhibit 3ii (By-Laws) are
incorporated by reference from the registration statement on Form 10 effective
April 27, 1996 and from exhibit under Item 6 on Form 10-Q for the quarter ended
June 10, 1997 (Amendment to By-Laws), File # 0-28092.

Exhibit 13 (Annual Report to Shareholders) and Exhibit 27 (Financial Data
Schedule) are appended to this document.

There were no reports filed on Form 8-K during the quarter ended December 31,
1997.

    Signatures

Pursuant to the requirements of the Securities Exchange Act of 1934, the
registrant has duly caused this report to be signed on its behalf by the
undersigned, thereunto duly authorized.

Medical Information Technology, Inc.
(Registrant)

March 24, 1998
(Date)

Barbara A. Manzolillo, Chief Financial Officer and Treasurer
(Signature)
</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-13
<SEQUENCE>2
<DESCRIPTION>1997 ANNUAL REPORT TO SHAREHOLDERS
<TEXT>

MEDICAL INFORMATION TECHNOLOGY, INC.

Financial Statements
as of December 31, 1996 and 1997
Together with Auditors' Report
<PAGE>

MEDICAL INFORMATION TECHNOLOGY, INC.

Index

|  | Page |
|---|---|
| Report of Independent Public Accountants | 1 |
| Balance Sheets as of December 31, 1996 and 1997 | 2 |
| Statements of Income for the Years Ended December 31, 1995, 1996 and 1997 | 3 |
| Statements of Stockholders' Investment for the Years Ended December 31, 1995, 1996 and 1997 | 4 |
| Statements of Cash Flows for the Years Ended December 31, 1995, 1996 and 1997 | 5 |
| Notes to Financial Statements | 6-11 |

<PAGE> 1
Report of Independent Public Accountants

To the Stockholders and Board of Directors of
Medical Information Technology, Inc.:

We have audited the accompanying balance sheets of Medical Information
Technology, Inc. (a Massachusetts corporation) as of December 31, 1996 and
1997, and the related statements of income, stockholders' investment and cash
flows for each of the three years in the period ended December 31, 1997.
These financial statements are the responsibility of the Company's management.
Our responsibility is to express an opinion on these financial statements
based on our audits.

We conducted our audits in accordance with generally accepted auditing
standards.  Those standards require that we plan and perform the audit to
obtain reasonable assurance about whether the financial statements are free
of material misstatement.  An audit includes examining, on a test basis,
evidence supporting the amounts and disclosures in the financial statements.
An audit also includes assessing the accounting principles used and
significant estimates made by management, as well as evaluating the overall
financial statement presentation.  We believe that our audits provide a
reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly,
in all material respects, the financial position of Medical Information
Technology, Inc. as of December 31, 1996 and 1997, and the results of its
operations and its cash flows for each of the three years in the period
ended December 31, 1997, in conformity with generally accepted accounting
principles.

Arthur Andersen LLP

Boston, Massachusetts
February 6, 1998
<PAGE> 2
MEDICAL INFORMATION TECHNOLOGY, INC.
<TABLE>
Balance Sheets
<CAPTION>

```
                                                          December 31,
                                                     1996               1997
<S>                                                  <C>                <C>
Assets

Current Assets:
    Cash and cash equivalents (Note 1)           $ 18,063,262    $  8,379,358
    Marketable securities (Note 2)                 61,142,110      62,348,881
    Accounts receivable, less reserve of
        $210,000 in 1996 and $270,000 in 1997      21,815,789      26,259,940
    Prepaid expenses                                   90,308          99,487
                                                 ------------    ------------
        Total current assets                      101,111,469      97,087,666
                                                 ------------    ------------
Property, Plant and Equipment, at cost (Note 1):
    Computer equipment                             10,927,224      11,887,006
    Furniture and fixtures                         12,778,543      18,506,896
    Buildings and improvements                     99,654,797     143,125,594
    Land and improvements                          20,403,703      26,603,703
                                                 ------------    ------------
                                                  143,764,267     200,123,199
    Less Accumulated depreciation                  28,647,632      36,154,751
                                                 ------------    ------------
                                                  115,116,635     163,968,448
                                                 ------------    ------------
Investments                                         2,110,883       2,051,752
                                                 ------------    ------------
                                                 $218,338,987    $263,107,866
                                                 ============    ============
Liabilities and Stockholders' Investment

Current Liabilities:
    Current maturities of note payable
        to a bank (Note 6)                       $ 12,000,000    $ 18,000,000
    Accounts payable                                  837,495         694,869
    Accrued taxes                                   2,454,951       1,748,464
    Accrued expenses (Note 5)                      13,609,433      15,598,342
    Customer deposits                              11,837,423      16,135,386
                                                 ------------    ------------
        Total current liabilities                  40,739,302      52,177,061
                                                 ------------    ------------
Note Payable to a Bank, less current
    maturities (Note 6)                            14,000,000      19,500,000
                                                 ------------    ------------
Deferred Federal and State Income Taxes (Note 8)    1,131,663       1,900,000
                                                 ------------    ------------
Stockholders' Investment:
    Common stock, $.25 par value,
    Authorized 17,000,000 shares,
    Issued and outstanding 15,938,365 shares
        in 1996 and 16,087,212 shares in 1997       3,984,591       4,021,803
    Additional paid-in capital                      7,680,143      11,335,259
    Retained earnings                             150,803,288     174,173,743
                                                 ------------    ------------
        Total stockholders' investment            162,468,022     189,530,805
                                                 ------------    ------------
                                                 $218,338,987    $263,107,866
                                                 ============    ============
</TABLE>
```

The accompanying notes are an integral part of these financial statements.

```
<PAGE> 3
MEDICAL INFORMATION TECHNOLOGY, INC.
<TABLE>
Statements of Income
<CAPTION>
```

|  | For the Years Ended December 31, | | |
|---|---|---|---|
| `<S>` | 1995 `<C>` | 1996 `<C>` | 1997 `<C>` |
| Operating Revenue: | | | |
|     Software products | $ 94,356,333 | $109,316,654 | $126,574,961 |
|     Software services | 44,962,747 | 52,154,032 | 62,029,361 |
|     Other | 4,401,480 | 6,413,111 | 5,200,180 |
|       Total operating revenue | 143,720,560 | 167,883,797 | 193,804,502 |
| Costs and Expenses: | | | |
|     Operating and product development | 52,876,661 | 61,453,443 | 74,666,248 |
|     Selling, general and administrative | 32,331,072 | 36,880,437 | 40,852,721 |
|       Total costs and expenses | 85,207,733 | 98,333,880 | 115,518,969 |
| Income from operations | 58,512,827 | 69,549,917 | 78,285,533 |
| Dividend, Interest and Other Income | 6,400,717 | 8,937,691 | 12,236,282 |
| Interest and Other Expense | 5,248,811 | 4,526,848 | 5,879,160 |
|       Income before provision for income taxes | 59,664,733 | 73,960,760 | 84,642,655 |
| Provision for Income Taxes (Note 8): | | | |
|     State | 3,835,010 | 6,457,439 | 6,343,141 |
|     Federal | 18,744,928 | 23,153,534 | 28,015,459 |
| Net income | $ 37,084,795 | $ 44,349,787 | $ 50,284,055 |
| Basic and Fully Diluted Net Income per Common Share | $2.35 | $2.80 | $3.14 |
| Shares Used in Computing Basic and Fully Diluted Net Income per Share | 15,782,259 | 15,862,838 | 16,029,071 |

```
</TABLE>
The accompanying notes are an integral part of these financial statements.
<PAGE> 4
MEDICAL INFORMATION TECHNOLOGY, INC.
<TABLE>
Statements of Stockholders' Investment
<CAPTION>
```

|  | Common Stock | | Additional | | | |
|---|---|---|---|---|---|---|
|  | Number | $.25 | Paid-in | Retained | Treasury | Stockholders' |
|  | of Shares | Par Value | Capital | Earnings | Stock Cost | Investment |
| `<S>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` | `<C>` |
| Balance, December 31, 1994 | 15,686,544 | $3,921,636 | $2,705,052 | $111,122,333 | $ - | $117,749,021 |

| | Shares | Amount | Additional Paid-in Capital | Retained Earnings | Treasury Stock | Total |
|---|---|---|---|---|---|---|
| Sale of 114,858 shares of common stock | 114,858 | 28,715 | 1,923,871 | – | – | 1,952,586 |
| Issuance of 30,000 shares of common stock to qualified employee profit sharing trust | 30,000 | 7,500 | 592,500 | – | – | 600,000 |
| Net income | – | – | – | 37,084,795 | – | 37,084,795 |
| Dividends | – | – | – | (19,558,133) | – | (19,558,133) |
| Balance, December 31, 1995 | 15,831,402 | 3,957,851 | 5,221,423 | 128,648,995 | – | 137,828,269 |
| Sale of 106,963 shares of common stock | 106,963 | 26,740 | 2,112,520 | – | – | 2,139,260 |
| Purchase of 230,400 shares of treasury stock | – | – | – | – | (4,838,400) | (4,838,400) |
| Sale of 195,400 shares of treasury stock | – | – | 241,200 | – | 4,103,400 | 4,344,600 |
| Issuance of 35,000 shares of treasury stock to qualified employee profit sharing trust | – | – | 105,000 | – | 735,000 | 840,000 |
| Net income | – | – | – | 44,349,787 | – | 44,349,787 |
| Dividends | – | – | – | (22,195,494) | – | (22,195,494) |
| Balance, December 31, 1996 | 15,938,365 | 3,984,591 | 7,680,143 | 150,803,288 | – | 162,468,022 |
| Sale of 108,847 shares of common stock | 108,847 | 27,212 | 2,585,116 | – | – | 2,612,328 |
| Issuance of 40,000 shares of common stock to qualified employee profit sharing trust | 40,000 | 10,000 | 1,070,000 | – | – | 1,080,000 |
| Net income | – | – | – | 50,284,055 | – | 50,284,055 |
| Dividends | – | – | – | (26,913,600) | | |

```
                    -    (26,913,600)
                                ----------  ----------  -----------  ------------
- ----------  ------------
Balance, December 31, 1997    16,087,212  $4,021,803  $11,335,259  $174,173,743
$    -  $189,530,805
                                ==========  ==========  ===========  ============
==========  ============
</TABLE>
```

The accompanying notes are an integral part of these financial statements.

```
<PAGE> 5
MEDICAL INFORMATION TECHNOLOGY, INC.
<TABLE>
Statements of Cash Flows
<CAPTION>

                                              For the Years Ended December 31,
                                                1995         1996         1997
<S>                                           <C>          <C>          <S>
Cash Flows from Operating Activities:
    Net income                              $37,084,795  $44,349,787  $50,284,055
    Adjustments to reconcile net
        income to net cash provided
        by operating activities
    Depreciation                              4,809,482    6,155,719    9,084,216
    Deferred income taxes                       118,897      257,850      768,337
    Stock contributions to employee
    profit sharing plan                         600,000      840,000    1,080,000
    Net (gain) loss on sale of securities         9,302       (3,852)      (6,361)
    Net gain on sale of fixed assets                  -   (1,409,475)           -
    Write-down of investments                         -      400,000            -
    Allowance for doubtful accounts                   -       50,000       60,000
    Changes in assets and liabilities
        Accounts receivable                  (6,244,288)  (1,682,409)  (4,504,151)
        Prepaid expenses                      3,019,353       12,647       (9,179)
        Accounts payable                        121,894      516,581     (142,626)
        Accrued expenses                      1,190,952    2,976,059    1,282,422
        Customer deposits                       732,835    3,950,208    4,297,963
                                            -----------  -----------  -----------
            Net cash provided by
                operating activities         41,443,222   56,413,115   62,194,676
                                            -----------  -----------  -----------
Cash Flows from Investing Activities:
    Purchases of property, plant
        and equipment                       (64,538,650)  (6,837,576) (57,936,029)
    Sales of property, plant and equipment            -    1,592,466            -
    Purchases of marketable securities       (4,588,567) (11,822,721) (18,373,509)
    Sales of marketable securities              500,000    4,756,207   17,173,099
    Decrease in investments                     393,867            -       59,131
                                            -----------  -----------  -----------
            Net cash used in
                investing activities        (68,233,350) (12,311,624) (59,077,308)
                                            -----------  -----------  -----------
Cash Flows from Financing Activities:
    Borrowings on note payable to a bank     50,000,000            -   43,000,000
    Payments of note payable to a bank      (12,000,000) (12,000,000) (31,500,000)
    Sale of common stock                      1,952,586    2,139,260    2,612,328
    Purchase of treasury stock                        -   (4,838,400)           -
    Sale of treasury stock                            -    4,344,600            -
    Dividends paid                          (19,558,133) (22,195,494) (26,913,600)
                                            -----------  -----------  -----------
            Net cash (used in) provided by
```

```
                                        financing activities        20,394,453   (32,550,034) (12,801,272)
                                                                    -----------   -----------  -----------
Net (Decrease) Increase in Cash and
     Cash Equivalents                                               (6,395,675)   11,551,457   (9,683,904)
Cash and Cash Equivalents,
     beginning of year                                              12,907,480    6,511,805    18,063,262
                                                                    -----------   -----------  -----------
Cash and Cash Equivalents,
     end of year                                                    $ 6,511,805  $18,063,262  $ 8,379,358
                                                                    ===========  ===========  ===========
Supplemental Disclosure of Cash
     Flow Information:
     Cash paid for Income taxes                                     $22,739,708  $28,761,470  $34,482,284
                                                                    ===========  ===========  ===========
     Cash paid for Interest                                         $ 3,946,750  $ 2,733,229  $ 2,394,030
                                                                    ===========  ===========  ===========
</TABLE>
```

The accompanying notes are an integral part of these financial statements.
<PAGE> 6
MEDICAL INFORMATION TECHNOLOGY, INC.

Notes to Financial Statements
December 31, 1997

(1) Operations and Accounting Policies

Medical Information Technology, Inc. (the Company) is engaged in the
development, manufacture and licensing of computer software products and
related services used in the medical field.  The principal market for the
Company's products are health care providers primarily located in the U.S.
and Canada.

The accompanying financial statements reflect the application of certain
accounting policies discussed below.  The preparation of financial statements
in conformity with generally accepted accounting principles requires
management to make estimates and assumptions that affect the reported amounts
of assets and liabilities and disclosure of contingent assets and liabilities
at the date of the financial statements and the reported amounts of revenues
and expenses during the reporting period.  Actual results could differ from
those estimates.

(a) Revenue Recognition

The Company enters into software product contracts that provide for a customer
deposit upon contract execution, milestone billings and fixed monthly service
fees thereafter.  Product revenue is recognized at the completion of each
milestone and service revenue is recognized as services are rendered.

(b) Software Development and Production Costs

In accordance with Statement of Financial Accounting Standards (SFAS) No. 86,
Accounting for the Costs of Computer Software To Be Sold, Leased or Otherwise
Marketed, the Company will capitalize software development costs incurred
after technological feasibility of the software development projects is
established and the realizability of such capitalized costs through future
operations is expected if such costs become material.  To date, all of the
Company's costs for research and development of software products have been
charged to operations as incurred, since the amount of software development
costs incurred subsequent to the establishment of technological feasibility
has been immaterial.

(c) Depreciation

The Company provides for depreciation on its property, plant and equipment in
amounts estimated to allocate the costs thereof under various depreciation
methods over the following estimated useful lives:

| Description | Useful Life |
|---|---|
| Computer equipment | 5 years |
| Furniture and fixtures | 7-10 years |
| Buildings and improvements | 15-40 years |

<PAGE> 7

(d) Cash and Cash Equivalents

The Company considers all highly liquid investments purchased with original
maturities of three months or less to be cash equivalents.

Cash equivalents include certificates of deposit and European time deposits
of approximately $17,650,000 and $5,700,000 at December 31, 1996 and 1997,
respectively.

(e) Concentration of Credit Risk

Financial instruments that potentially subject the Company to concentrations
of credit risk are principally cash, cash equivalents, short-term investments
and accounts receivable.  The Company places its investments in highly rated
institutions.  Concentration of credit risk with respect to accounts
receivable is limited to certain customers to whom the Company makes
substantial sales.  To reduce risk, the Company routinely assesses the
financial strength of its customers and, as a result, believes that its
accounts receivable credit risk exposure is limited.  The Company maintains
an allowance for potential credit losses but historically has not experienced
any significant credit losses related to an individual customer or groups of
customers.

(f) Net Income per Common Share

On March 31, 1997, the Financial Accounting Standards Board (FASB) issued SFAS
No, 128, Earnings Per Share.  SFAS No. 128 establishes standards for computing
and presenting earnings per share (EPS), and applies to entities with publicly
held common stock or potential common stock.  During the year ended December
31, 1997, the Company adopted SFAS No. 128 and is now required to report both
basic and diluted earnings per share.  Basic EPS is computed by dividing net
income by the weighted-average number of common shares outstanding during the
period.  Diluted EPS reflects the potential dilution, if any, from common
stock equivalents.  At December 31, 1997, the Company had no common stock
equivalents outstanding.  Accordingly, diluted EPS and basic EPS are the same.

(g) New Accounting Standards

In June 1997, the FASB issued SFAS No. 130, Reporting Comprehensive Income.
SFAS No. 130 requires disclosure of all components of comprehensive income on
an annual and interim basis.  Comprehensive income is defined as any changes
in the Company's equity that are not generated by or from ownership
transactions or sources.  SFAS No. 130 is effective for fiscal years beginning
after December 15, 1997.

<PAGE> 8

In July 1997, the FASB issued SFAS No. 131, Disclosures About Segments of an
Enterprise and Related Information.  SFAS No. 131 requires certain financial

and supplemental information to be disclosed on an annual and interim basis for each reportable business segment of an enterprise. SFAS No. 131 is effective for fiscal years beginning after December 15, 1997. Unless impracticable, companies would be required to restate prior period information upon adoption.

(2) Marketable Securities

The Company accounts for its investments in accordance with SFAS No. 115, Accounting for Certain Investments in Debt and Equity Securities. SFAS No. 115 requires companies to classify their short-term investments as either trading, available-for-sale or held-to-maturity. The Company's marketable securities consist primarily of preferred equity securities that are callable by the issuer. The Company has classified the securities as available for sale and, as such, they should be carried at fair market value. The fair market value of these equity securities as of December 31, 1996 and 1997 was approximately $65,952,000 and $68,773,000, respectively. The Company, however, has elected to record these investments at amortized cost since the differences between fair market value and amortized cost are not material to the financial statements.

(3) Allowance for Doubtful Accounts

A summary of the allowance for doubtful accounts activity is as follows:

|  | 1995 | 1996 | 1997 |
|---|---|---|---|
| Balance, beginning of period | $160,000 | $160,000 | $210,000 |
| Amounts charged to expense | 19,200 | 50,000 | 66,900 |
| Amounts written off | (19,200) | – | (6,900) |
| Balance, end of period | $160,000 | $210,000 | $270,000 |

(4) Purchase of Real Estate

In August 1997, the Company purchased real property consisting of 287,600 square feet of office space with parking located on 37 acres in Westwood, Massachusetts for $51,700,000.
<PAGE> 9
(5) Accrued Expenses

Accrued expenses consist of the following:

|  | 1996 | 1997 |
|---|---|---|
| Accrued vacation | $ 1,314,885 | $ 1,500,000 |
| Accrued bonus | 11,100,000 | 13,100,000 |
| Other accruals | 1,194,548 | 998,342 |
|  | $13,609,433 | $15,598,342 |

(6) Note Payable to a Bank

In connection with the purchase of real estate described in Note 4, in August 1997, the Company amended its loan agreement and entered into a new unsecured note payable with a bank. The amount of the new note payable was $54,000,000, of which $37,500,000 was outstanding at December 31, 1997. The note is payable in monthly installments of $1,500,000 plus accrued interest. Interest

on the outstanding principal balance is payable at the bank's prime rate less
1% (7.5% at December 31, 1997).  In connection with this note, the Company
must maintain certain levels of net income, as defined.  At December 31, 1997,
the Company was in compliance with the required covenant.

(7) Qualified Profit Sharing Plan

The Company has no obligation for postemployment or postretirement benefits.
The Company maintains a qualified profit sharing plan that provides deferred
compensation to substantially all of its employees.  Contributions to the plan
are at the discretion of the Board of Directors and may be in the form of
Company stock or cash.  A summary of contributions made during the last three
years is as follows:

|  | 1995 | 1996 | 1997 |
|---|---|---|---|
| Cash | $1,800,000 | $2,060,000 | $2,320,000 |
| Company common stock |  |  |  |
| 30,000 shares at $20/share | 600,000 | – | – |
| 35,000 shares at $24/share | – | 840,000 | – |
| 40,000 shares at $27/share | – | – | 1,080,000 |
|  | ---------- | ---------- | ---------- |
|  | $2,400,000 | $2,900,000 | $3,400,000 |
|  | ========== | ========== | ========== |

<PAGE> 10
(8) Income Taxes

The Company follows the provisions of SFAS No. 109, Accounting for Income
Taxes.  The components of the net deferred tax liability recognized in the
accompanying balance sheets are as follows:

|  | 1996 | 1997 |
|---|---|---|
| Depreciation | $1,490,064 | $ 670,500 |
| Other reserves and expenses | (676,254) | (708,000) |
| Deferred revenue | (519,725) | (1,195,500) |
| Tax reserves | 837,578 | 3,133,000 |
|  | ---------- | ---------- |
| Total net deferred tax liability | $1,131,663 | $1,900,000 |
|  | ========== | ========== |

The components of the provision for income taxes shown on the accompanying
statements of income consist of the following:

|  | 1995 | 1996 | 1997 |
|---|---|---|---|
| State |  |  |  |
|     Current | $ 3,807,824 | $ 6,508,839 | $ 6,151,057 |
|     Deferred | 27,186 | (51,400) | 192,084 |
|  | ----------- | ----------- | ----------- |
|  | $ 3,835,010 | $ 6,457,439 | $ 6,343,141 |
|  | =========== | =========== | =========== |
| Federal |  |  |  |
|     Current | $18,653,218 | $22,844,284 | $27,439,206 |
|     Deferred | 91,710 | 309,250 | 576,253 |
|  | ----------- | ----------- | ----------- |
|  | $18,744,928 | $23,153,534 | $28,015,459 |
|  | =========== | =========== | =========== |

The effective income tax rate varies from the amount computed using the

statutory U.S. income tax rate as follows:

|                                                              | 1995  | 1996  | 1997  |
|--------------------------------------------------------------|-------|-------|-------|
| Statutory tax rate                                           | 35.0% | 35.0% | 35.0% |
| Increase in taxes resulting from state income               |       |       |       |
| taxes, net of federal income tax benefit                     | 4.2   | 5.7   | 4.9   |
| Dividend income exclusion                                    | (1.7) | (1.4) | (1.4) |
| Other nondeductible expenses                                 | 0.3   | 0.7   | 2.1   |
|                                                              | ----  | ----  | ----  |
|                                                              | 37.8% | 40.0% | 40.6% |
|                                                              | ====  | ====  | ====  |

<PAGE> 11
(9) Export Sales

Export sales (primarily to Canada) accounted for approximately 11%, 13% and
10% of operating revenue during the years ended December 31, 1995, 1996 and
1997, respectively.

(10) Significant Customers

During the fiscal years ended December 31, 1995, 1996 and 1997, one customer
accounted for approximately 20%, 21% and 21% of operating revenue,
respectively.

</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-27
<SEQUENCE>3
<DESCRIPTION>4TH QUARTER 1997 FINANCIAL DATA SCHEDULE
<TEXT>

<TABLE> <S> <C>

<ARTICLE>              5
<MULTIPLIER>           1,000

<S>                    <C>
<PERIOD-TYPE>          12-MOS
<FISCAL-YEAR-END>      DEC-31-1997
<PERIOD-END>           DEC-31-1997
<CASH>                     8,379
<SECURITIES>              66,349
<RECEIVABLES>             24,341
<ALLOWANCES>                 270
<INVENTORY>                    0
<CURRENT-ASSETS>          97,088
<PP&E>                   200,123
<DEPRECIATION>            36,155
<TOTAL-ASSETS>           263,108
<CURRENT-LIABILITIES>     52,177
<BONDS>                   19,500
<PREFERRED-MANDATORY>          0
<PREFERRED>                    0
<COMMON>                   4,022
<OTHER-SE>               185,509
<TOTAL-LIABILITY-AND-EQUITY> 263,108
<SALES>                  126,575
<TOTAL-REVENUES>         193,805

```
<CGS>                                      0
<TOTAL-COSTS>                        115,519
<OTHER-EXPENSES>                       3,485
<LOSS-PROVISION>                           0
<INTEREST-EXPENSE>                     2,394
<INCOME-PRETAX>                       84,643
<INCOME-TAX>                          34,359
<INCOME-CONTINUING>                   50,284
<DISCONTINUED>                             0
<EXTRAORDINARY>                            0
<CHANGES>                                  0
<NET-INCOME>                          50,284
<EPS-PRIMARY>                           3.14
<EPS-DILUTED>                           3.14


</TABLE>
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```