**GOODWIN | PROCTER**

Stephen D. Poss, P.C.
617-570-1886
sposs@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

February 9, 2006

**Via Regular Mail**

The Honorable Rya W. Zobel
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 6110
Boston, MA 02210

Re:   **Michael P. Hubert v. Medical Information Technology Profit Sharing Plan, et al., USDC, D. Mass., Civil Action No. 05-CV-10269 RWZ**

Dear Judge Zobel:

This firm represents the Defendants in the above-captioned matter. I am writing to inform you of a new development pertinent to the Defendants' pending motions to dismiss the action.

The Plaintiffs, in their Amended Complaint, in their oppositions to Defendants' motions to dismiss, and at oral argument on the motions to dismiss, referred to a lawsuit filed in Massachusetts Superior Court by a non-party to this litigation, Jerome Grossman, against Medical Information Technology, Inc. and five of the six individual Defendants in this case (the "Grossman Litigation"). In that case, Grossman, like Plaintiffs here, claimed that the defendants assigned an artificially-low value to shares of non-publicly traded Meditech stock. Throughout this litigation, Plaintiffs have sought to use the existence of the Grossman Litigation to buttress their allegations against Defendants. Indeed, Plaintiffs even appended a copy of Grossman's state court complaint as Exhibit C to their Amended Complaint in this Court.

Given Plaintiffs' repeated attempts to rely on the pendency of the Grossman Litigation, we are writing to inform the Court that the Grossman Litigation has been settled and dismissed with prejudice. A copy of the stipulation of dismissal is enclosed. The settlement agreement (a copy of which we would be happy to provide to the Court upon request), under which Grossman agrees to release any claims he brought or could have brought against Defendants, does not provide for Meditech or any other Defendant to make any payment to Grossman, nor does it call for Meditech to make any changes to the method it uses in determining the value of Meditech stock. Meditech's principal obligations under the terms of the settlement are only to continue providing Grossman (a former member of the Meditech board) with board reports and certain

GOODWIN | PROCTER

Judge Rya W. Zobel
February 9, 2006
Page 2

other company information, and to meet with potential purchasers Grossman might find for his stock.

Settlement on such terms – following almost three years of costly litigation (Grossman was represented by Wilmer Cutler Pickering Hale & Dorr) – confirms that to whatever extent the claims in the Plaintiffs' Amended Complaint rely upon the allegations made by Grossman in his separate litigation, such reliance is wholly unwarranted.

Respectfully yours,

/s/ Stephen D. Poss, P.C.

Stephen D. Poss, P.C.

Enclosure

cc:  Michael A. Collora, Esq.
     Kevin P. Martin, Esq.

LIBA/1668279.2

COPY

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                SUPERIOR COURT DEPARTMENT
                                            OF THE TRIAL COURT

| | |
|---|---|
| DR. JEROME H. GROSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, EDWARD B. ROBERTS, MORTON E. RUDERMAN, ROLAND L. DRISCOLL, AND LAWRENCE A. POLIMENO<br><br>Defendants. | Civil Action No. 03-1872-BLS2<br>(Judge Gants)<br><br>RECEIVED<br>JAN 9 2006<br>SUPERIOR COURT<br>DEPARTMENT OF THE TRIAL COURT<br>FOR CIVIL BUSINESS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Mass.R.Civ.P. 41(a)(1)(ii), all parties to this Action hereby stipulate to the dismissal with prejudice of all claims that were or could have been brought by Dr. Jerome H. Grossman, each side to bear its own costs and attorneys' fees and waiving all rights of appeal.

DR. JEROME H. GROSSMAN

By his attorneys,

*/s/ Gabrielle Wolohojian*

Jeffrey B. Rudman (BBO # 433380)
Mark D. Selwyn (BBO # 565595)
Gabrielle Wolohojian (BBO # 555704)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617.526.6000

MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, EDWARD B. ROBERTS, MORTON E. RUDERMAN, ROLAND L. DRISCOLL, AND LAWRENCE A. POLIMENO

By their attorneys,

*/s/ Stephen D. Poss*

Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
617.570.1000

16