UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>    Defendants. | Civil Action No. 05-10269RWZ |

**DEFENDANTS' ASSENTED TO MOTION TO ENLARGE TIME TO ANSWER THE AMENDED COMPLAINT**

  Defendants Medical Information Technology Profit Sharing Plan, Medical Information Technology, Inc., and A. Neil Pappalardo hereby move, with the assent of Plaintiffs Michael P. Hubert, William Trainor, and David Hinchliffe, to enlarge the time to answer the Amended Complaint to May 1, 2006.  As grounds for this motion, Defendants state that, since the Court granted Defendants' motion to dismiss in part on March 21, 2006, dismissing Count Two of the Amended Complaint, counsel for Defendants have been traveling on other business, and that counsel for Plaintiffs have assented to the requested enlargement of time to file an answer to the remainder of the Amended Complaint.

Respectfully submitted,

MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO

By their attorneys,

/s/  Kevin P. Martin, Esq.
Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Dated: April 11, 2006    (617) 570-1000

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Kevin P. Martin, hereby certify that on April 10, 2006, I conferred with opposing counsel in good faith to resolve or narrow the issues raised in this foregoing motion, and that opposing counsel assented to this motion.

/s/ Kevin P. Martin
Kevin P. Martin

## CERTIFICATE OF SERVICE

I, Kevin P. Martin, hereby certify that I have on this 11th day of April, 2006, caused the above document to be served electronically upon all counsel of record.

/s/  Kevin P. Martin
Kevin P. Martin