# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, | ) | |
| and DAVID HINCHLIFFE, Individually and | ) | |
| On Behalf Of All Persons Similarly Situated | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | Civil Case No. 05-10269-RWZ |
| v. | ) | |
|  | ) | |
| MEDICAL INFORMATION TECHNOLOGY | ) | |
| PROFIT SHARING PLAN, et al. | ) | |
|  | ) | |
| Defendants. | ) | |

_____)

## INITIAL DISCLOSURES OF PLAINTIFFS MICHAEL P. HUBERT, WILLIAM TRAINOR, AND DAVID HINCHLIFFE

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2, Representative Plaintiffs Michael Hubert, William Trainor, and David Hinchliffe (collectively, "the Plaintiffs"), provide the following initial disclosures.

1.      The following is a list of individuals likely to have discoverable information that the Plaintiffs may use to support their claims, excluding information solely for impeachment.

a.  A. Neil Pappalardo
10 Rowes Wharf
Boston, MA
(Process by which the stock of Medical Information Technologies, Inc. ("Meditech") was valued, Meditech's Profit Sharing Plan ("the Plan") was funded, and the payments due to the Plan's participants were calculated and made)

b.  Lawrence Polimeno
151 John Street
Tewksbury, MA
(Process by which Meditech stock was valued, the Plan was funded, and the payments due to the Plan's participants were calculated and made)

    c.  Edward B. Roberts
        300 Boylston Street
        Boston, MA
        (Process by which Meditech stock was valued, the Plan was funded, and the payments due to the Plan's participants were calculated and made)

    d.  Roland L. Driscoll
        20 Colby Road
        Braintree, MA
        (Process by which Meditech stock was valued, the Plan was funded, and the payments due to the Plan's participants were calculated and made)

    e.  Morton E. Ruderman
        5 Wyoma Road
        Gloucester, MA
        (Process by which Meditech stock was valued, the Plan was funded, and the payments due to the Plan's participants were calculated and made)

    f.  L.P. Dan Valente
        44 Concord Drive
        Weston, MA
        (Process by which Meditech stock was valued, the Plan was funded, and the payments due to the Plan's participants were calculated and made)

    g.  Howard Messing
        41 Martingale Lane
        Westwood, MA
        (Process by which Meditech stock was valued, the Plan was funded, and the payments due to the Plan's participants were calculated and made)

    h.  Barbara Manzolillo
        43 Mt. Vernon Street
        Boston, MA
        (Process by which Meditech stock was valued, the Plan was funded, and the payments due to the Plan's participants were calculated and made).

    i.  Dr. Jerome H. Grossman
        Address Unknown
        (Process by which Meditech stock was valued, the Plan was funded, and the payments due to the Plan's participants were calculated and made)

    j.  Curt Marble
        Address Unknown
        (Process by which Meditech stock was valued, the Plan was funded, and the payments due to the Plan's participants were calculated and made).

k.  Michael P. Hubert
48 Narragansett Road
Quincy, MA 02169
(Information provided to Plan participants regarding the Plan and its assets)

l.  William Trainor
485 West Street
Wrentham, MA 02093
(Information provided to Plan participants regarding the Plan and its assets)

m.  David W. Hinchliffe
13 Newsome Park
Jamaica Plain, MA 02130
(Information provided to Plan participants regarding the Plan and its assets)

n.  Paul Kingston
Address Unknown
(Information provided to Plan participants regarding the Plan and its assets).

2.      The following is a description by category of documents in the Plaintiffs'

possession that may be used to support their claims, excluding documents that may be

used solely for impeachment.

a.  Documents relating to the Plan ("the Plan"), including Plan documents such as Summary Descriptions; financial reports; condensed descriptions; memoranda, correspondence and other information provided to Plan beneficiaries and/or Meditech shareholders; disbursements made to Plan participants; and filings made on behalf of the Plan to the Securities and Exchange Commission and/or the Internal Revenue Service.

b.  Documents relating to Meditech, including annual reports to shareholders; and filings made on behalf of Meditech to the Securities and Exchange Commission and/or the Secretary of State's Office.

c.  Documents relating to allegations by Dr. Jerome Grossman that Meditech stock is undervalued, including a Schedule 13D filed with the Securities and Exchange Commission on February 27, 2002; letters to certain shareholders by Dr. Gossman in 2002; and court pleadings.

       d.   Print-outs of postings from Meditech's Intranet website.

       e.   Print-outs of publicly available information relating to the medical information industry.

These documents are in the custody, possession or control of the Plaintiffs' counsel.

       3.     The Plaintiffs seek damages resulting from the Defendants' continuing failure to pay the fair value of their interests in the Plan from at least January 1, 1998. The Plaintiffs also seek attorneys fees and costs and expenses. The Plaintiffs will make available for inspection or copying all documents in their possession bearing on these claimed damages to the extent such documents are not privileged or otherwise protected from disclosure.

       4.     The Plaintiffs have in their custody, possession or control no insurance agreements that may satisfy all or part of a judgment in this matter.

The Plaintiffs reserve the right to supplement these disclosures.

                          Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,


                            /s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000
671-371-1037


Dated: May 5, 2006

## **Certificate of Service**

I, Sara E. Noonan, hereby certify that I have, on this 5th day of May, 2006, caused the above document to be served by hand upon all counsel of record.

_____/s/  Sara Noonan_____
Sara E. Noonan