UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10269-RWZ

MICHAEL P. HUBERT, et al.

v.

MEDICAL INFORMATION TECHNOLOGY
PROFIT SHARING, et al.

SCHEDULING ORDER

May 15, 2006

ZOBEL, D. J.

      This matter having come before the court at a scheduling conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Michael A. Collora and Sara E. Noonan having appeared as counsel for plaintiffs Michael P. Hubert, et al; and Kevin P. Martin and Stephen D. Poss having appeared as counsel for defendants Medical Information Technology Profit Sharing Plan, et al., the following action was taken:

      1.      The parties agreed to complete all discovery pertaining to class certification by July 31, 2006.

      2.      The motion for class certification shall be filed by August 15, 2006; the opposition, by September 15, 2006, and a reply of no more than five pages, by September 27, 2006. Hearing on the motion will be on October 17, 2006 at 2 p.m.

      3.      Counsel agreed to work out an appropriate protective order and to make available documents from the Grossman case.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |