UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                              )
MICHAEL P. HUBERT, WILLIAM TRAINOR,  )
and DAVID HINCHLIFFE, Individually and       )
On Behalf Of All Persons Similarly Situated       )
                                                              )
           Plaintiffs,                                  )
                                                              ) Civil Case No. 05-10269-RWZ
       v.                                                   )
                                                              )
MEDICAL INFORMATION TECHNOLOGY  )
PROFIT SHARING PLAN, et al.                     )
                                                              )
           Defendants.                               )
_____)

**MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR PROTECTIVE ORDER GOVERNING TREATMENT
OF DOCUMENTS AND INFORMATION**

Plaintiffs Michael Hubert ("Mr. Hubert"), David Hinchliffe ("Mr. Hinchliffe") and William Trainor ("Mr. Trainor") (collectively, "the Plaintiffs") move this Court for leave to file under seal their Opposition to Defendants' Motion for Protective Order Governing Treatment of Documents and Information. As grounds for this Motion, the Plaintiffs state that their Opposition contains documents and deposition testimony designated as "Confidential" or "Confidential/Attorneys" by the Defendants in this action, which the Plaintiffs have agreed not to disclose publicly absent an order of the Court.

WHEREFORE, the Plaintiffs respectfully request that this Court grant them leave to file their Opposition to Defendants' Motion for Protective Order Governing Treatment of Documents and Information in a sealed envelope that indicates that the Opposition shall be kept confidential and revealed only to court personnel until further order by the Court.

        Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,


    ___/s/ Sara Noonan_____
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000
671-371-1037

Dated:    July 25, 2006


## CERTIFICATE OF SERVICE

    I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 25th day of July, 2006.


      _____/s/ Sara Noonan_____
Sara E. Noonan