## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 05-10269-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Plaintiffs' Opposition to Defendants' Motion for Protective Order Governing Treatment of Documents and Information will be manually filed under seal on this date.

                                                                        Respectfully submitted,
                                                                       **Michael P. Hubert,**
                                                                       **William Trainor, and**
                                                                       **David Hinchliffe,**
                                                                        By their attorneys,

                                                                       ____/s/ Sara Noonan_____
                                                                       Michael A. Collora (BBO #092940)
                                                                       David A. Bunis (BBO #550570)
                                                                       Sara Noonan (BBO #645293)
                                                                       Dwyer & Collora, LLP
                                                                       600 Atlantic Avenue
                                                                       Boston, MA  02210
                                                                       671-371-1000
                                                                       671-371-1037

Dated: July 26, 2006

**CERTIFICATE OF SERVICE**

      I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 26th day of July, 2006.

                                                            /s/ Sara Noonan
                                                        Sara E. Noonan