UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10269-RWZ


MICHAEL P. HUBERT, et al.

v.

MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.


ORDER CONCERNING PROTECTIVE ORDER

July 28, 2006

ZOBEL, D.J.

        Plaintiffs complain that the Board of Directors of Medical Information

Technology, Inc. ("Company") have over the years consistently undervalued the stock

of the Company for purposes of contributions to the Company's Profit Sharing Plan.

On behalf of themselves and other participants in the Profit Sharing Plan, they seek

relief against the Company, the Profit Sharing Plan and A. Neil Pappalardo, the

chairman of the Board of Directors and sole Trustee of the Plan.  The immediate issue

concerns the terms of a protective order.  Much of the discovery includes confidential

documents concerning the valuation and value of the Company's stock.

        Defendants assert that plaintiff Michael P. Hubert was terminated from

employment after offering to sell confidential information to a dissident director.  They

move for approval of a protective order that would limit Mr. Hubert's access to certain

documents on the ground that he cannot be trusted.  Plaintiff casts the history in a

different, but not very persuasive light.  The motion to limit Mr. Hubert's access is

allowed. Counsel shall file a joint proposed order that incorporates this ruling.

Having allowed defendants' motion for this additional level of confidentiality, the court nonetheless questions the need for impoundment of the entire packet of memoranda and supporting documents (collectively 2 inches thick) filed in connection with the motion. Accordingly, the proposed protective order shall include a new paragraph 9 (c) as follows:

"Counsel shall exercise restraint in moving to impound."


____07/28/06____                    /s/ Rya W. Zobel_____
     DATE                           RYA W. ZOBEL
                                    UNITED STATES DISTRICT JUDGE