UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>Defendants. | Civil Action No. 05-10269-RWZ |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits, or attachments listed below have been manually filed with the Court under seal and are available in paper form only:

1.  Defendants' Motion To Compel Compliance With The Subpoena Duces Tecum For Michael Collora;

2.  Affidavit Of Kevin P. Martin In Support Of Defendants' Motion to Compel Compliance With The Subpoena Duces Tecum For Michael Collora; and

3.  Exhibits A- G to the Affidavit Of Kevin P. Martin In Support Of Defendants' Motion to Compel Compliance With The Subpoena Duces Tecum For Michael Collora.

The original documents are maintained under seal in the Clerk's Office.

LIBA/1721650.1

| | |
|---|---|
| Dated: August 8, 2006 | MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO |//

Dated: August 8, 2006                MEDICAL INFORMATION TECHNOLOGY,
                                     INC. PROFIT SHARING PLAN, MEDICAL
                                     INFORMATION TECHNOLOGY, INC., and A.
                                     NEIL PAPPALARDO

                                     By their attorneys,

                                     /s/ Stephen D. Poss
                                     Stephen D. Poss, P.C. (BBO # 551760)
                                     Kevin P. Martin (BBO # 655222)
                                     GOODWIN PROCTER LLP
                                     Exchange Place
                                     Boston, Massachusetts 02109-2881
                                     (617) 570-1000

## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 8, 2006.

                                     /s/ Stephen D. Poss