UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>  Plaintiffs,<br><br>  v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>  Defendants. | Civil Case No. 05-10269-RWZ |

**MOTION FOR LEAVE TO FILE UNDER SEAL ATTACHMENTS
TO AFFIDAVIT OF MICHAEL A. COLLORA, ESQ.**

Plaintiffs Michael Hubert ("Mr. Hubert"), David Hinchliffe ("Mr. Hinchliffe") and William Trainor ("Mr. Trainor") (collectively, "the Plaintiffs") move this Court for leave to file under seal the following attachments to the Affidavit of Michael Collora, Esq., which is being filed on this date in support of the Plaintiffs' Motion for Class Certification:

TAB A: Defendants' Response to Plaintiffs' Initial set of Interrogatories, dated June 5, 2006;

TAB B: Defendants' Responses to Plaintiffs' First Request for Production of Documents, dated June 5, 2006;

TAB C: Selected portions of deposition of A. Neil Pappalardo, dated July 21, 2006;

TAB D: Relevant portions of deposition of David Hinchliffe, dated July 27, 2006;

TAB E: Relevant portions of deposition of William Trainor, dated July 24, 2006

TAB F: Relevant portions of deposition of Michael Hubert, dated July 26, 2005;

TAB G: (1) Meditech Profit Sharing Plan, Amended and Restated Trust Agreement as of January 1, 1989;

|  |  |
|---|---|
|  | (2) Meditech Profit Sharing Plan, Amended and Restated Trust Agreement as of Janaury 1, 1998; |
|  | (3) Amendment No. 2 to Meditech Profit Sharing Plan, Amended and Restated Trust Agreement as of January 1, 1998; |
| TAB H: | (1) Summary Plan Description of Meditech as amended through August 1, 1983; |
|  | (2) Summary Plan Description of the Meditech Profit Sharing Plan, Amended and Restated as of January 1, 1989; |
|  | (3) Summary Plan Description of the Meditech Profit Sharing Plan, Amended and Restated, dated January 1, 1998; |
| TAB I: | Form 13-D, filed by Dr. Jerome Grossman, dated February 27, 2002; |
| TAB J: | Message from the Chairman, dated September 3, 2002; |
| TAB K: | (1) Documents relating to David Hinchliffe's termination in the Meditech Profit Sharing Plan; |
|  | (2) Documents relating to William Trainor's termination in the Meditech Profit Sharing Plan; |
|  | (3) Documents relating to Michael Hubert's termination in the Meditech Profit Sharing Plan; |
| TAB L: | Annual Valuation of Trust Assets, 1996- 2005; |
| TAB M: | (1) Chairman's Comments from Reports to Board of Directors, dated January 22, 2001; |
|  | (2) Chairman's Comments from Reports to Board of Directors, dated January 27, 2003. |

As grounds for this Motion, the Plaintiffs state that the attachments consist of documents and deposition testimony designated as "Confidential" or "Confidential/Attorneys" by the Defendants in this action, which the Plaintiffs have agreed not to disclose publicly absent an order of the Court.

WHEREFORE, the Plaintiffs respectfully request that this Court grant them leave to file the attachments to the Affidavit of Michael A. Collora, Esq. in a sealed envelope that indicates that they shall be kept confidential and revealed only to court personnel until further order by the Court.

Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,

     /s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000
671-371-1037

Dated:         August 15 2006


## CERTIFICATE OF SERVICE

I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 15th day of August, 2006.

     /s/ Sara Noonan
Sara E. Noonan
