## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ─────────────────────────────────── | ) |
| MICHAEL P. HUBERT, Individually and | ) |
| On Behalf Of All Persons Similarly Situated | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) Civil Case No. 05-10269-RWZ |
| v. | ) |
|  | ) |
| MEDICAL INFORMATION TECHNOLOGY | ) |
| PROFIT SHARING PLAN, et al. | ) |
|  | ) |
| Defendants. | ) |
| ─────────────────────────────────── | ) |

### PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA *DUCES TECUM* FOR MICHAEL COLLORA

Plaintiffs respectfully request that the Court extend for one day the deadline for

filing their opposition to Defendants' Motion to Compel Compliance with the Subpoena

*Deuces Tecum* for Michael Collora, to August 23, 2006.

### CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I, Sara E. Noonan, certify that I have conferred with Kevin P. Martin, counsel for

the defendants, and that Mr. Martin has assented to this Motion.

Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,


   /s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000
671-371-1037


Dated:  August 22, 2006


## CERTIFICATE OF SERVICE

     I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 22nd day of August, 2006.


     /s/ Sara Noonan
Sara E. Noonan


2