UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
MICHAEL P. HUBERT, WILLIAM TRAINOR,  )
and DAVID HINCHLIFFE, Individually and )
On Behalf Of All Persons Similarly Situated )
                                    )
        Plaintiffs,                 )
                                    )  Civil Case No. 05-10269-RWZ
        v.                          )
                                    )
MEDICAL INFORMATION TECHNOLOGY      )
PROFIT SHARING PLAN, et al.         )
                                    )
        Defendants.                 )
_____)

**ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL ATTACHMENTS TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH THE SUBPOENA *DUCES TECUM* FOR MICHAEL COLLORA**

Plaintiffs Michael Hubert ("Mr. Hubert"), David Hinchliffe ("Mr. Hinchliffe") and William Trainor ("Mr. Trainor") (collectively, "the Plaintiffs") move this Court for leave to file under seal the attachments to their Opposition to Defendants' Motion to Compel Compliance with the Subpoena *Duces Tecum* for Michael Collora. As grounds for this Motion, the Plaintiffs state that the attachments consist of documents and deposition testimony designated as "Confidential" or "Confidential/Attorneys" by the Defendants in this action, which the Plaintiffs have agreed not to disclose publicly absent an order of the Court.

WHEREFORE, the Plaintiffs respectfully request that this Court grant them leave to file the attachments to their Opposition to Defendants' Motion to Compel Compliance with the Subpoena *Duces Tecum* for Michael Collora in a sealed envelope that indicates that the attachments shall be kept confidential and revealed only to court personnel until further order by the Court.

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

I, Sara E. Noonan, certify that I have conferred with Kevin P. Martin, counsel for the defendants, and that Mr. Martin has assented to this Motion.

        Respectfully submitted,
        **Michael P. Hubert,**
        **William Trainor, and**
        **David Hinchliffe,**
        By their attorneys,

        _/s/ Sara Noonan_
        Michael A. Collora (BBO #092940)
        David A. Bunis (BBO #550570)
        Sara Noonan (BBO #645293)
        Dwyer & Collora, LLP
        600 Atlantic Avenue
        Boston, MA  02210
        671-371-1000
        671-371-1037

Dated:    August 23, 2006

**CERTIFICATE OF SERVICE**

I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 23rd day of August, 2006.

        _/s/ Sara Noonan_
        Sara E. Noonan