UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>        Defendants. | Civil Action No. 05-10269RWZ |

**NOTICE OF APPEARANCE OF MICHAEL P. SUGRUE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Michael P. Sugrue of Goodwin Procter LLP as additional counsel of record for Defendants Medical Information Technology, Inc. Profit Sharing Plan, Medical Information Technology, Inc., and A. Neil Pappalardo in the above-captioned matter.

Dated: September 14, 2006

Respectfully submitted,

MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO

By their attorneys,

/s/ Michael P. Sugrue
Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
Michael P. Sugrue (BBO #655727)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

## CERTIFICATE OF SERVICE

I, Michael P. Sugrue, hereby certify that a true copy of the above document was served upon the counsel of record for each other party via this Court's CM/ECF System on September 14, 2006.

                                                 /s/ Michael P. Sugrue