# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>        Defendants. | Civil Action No. 05-10269RWZ |

## NOTICE OF WITHDRAWAL OF JENNIFER W. FISCHESSER

Pursuant to Local Rule 83.5.2(c), notice is hereby given of the withdrawal of Jennifer W. Fischesser of Goodwin Procter LLP as one of the counsel of record for Defendants Medical Information Technology, Inc. Profit Sharing Plan, Medical Information Technology, Inc., and A. Neil Pappalardo (collectively, "Defendants"). Stephen D. Poss, P.C., Kevin P. Martin and Michael P. Sugrue will remain as counsel of record for Defendants.

Dated: September 14, 2006                Respectfully submitted,

                                         MEDICAL INFORMATION TECHNOLOGY,
                                         INC. PROFIT SHARING PLAN, MEDICAL
                                         INFORMATION TECHNOLOGY, INC., and A.
                                         NEIL PAPPALARDO

                                         By their attorneys,


                                         /s/ Jennifer W. Fischesser
                                         Stephen D. Poss, P.C. (BBO # 551760)
                                         Kevin P. Martin (BBO # 655222)
                                         Michael P. Sugrue (BBO #655727)
                                         GOODWIN PROCTER LLP
                                         Exchange Place
                                         Boston, Massachusetts 02109-2881
                                         (617) 570-1000




### CERTIFICATE OF SERVICE

I, Jennifer W. Fischesser, hereby certify that a true copy of the above document was served upon the counsel of record for each other party via this Court's CM/ECF System on September 14, 2006.

                                         /s/ Jennifer W. Fischesser