UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>Defendants. | Civil Action No. 05-10269RWZ |

### AFFIDAVIT OF BARBARA A. MANZOLILLO

I, Barbara A. Manzolillo, do hereby depose and state:

1. I am the Chief Financial Officer ("CFO"), Treasurer, and Clerk of Medical Information Technology, Inc. ("Meditech" or the "Company"). I have served as the Treasurer since 1986, the CFO since 1996, and the Clerk since 2002. I have been employed at Meditech since 1975.

2. I also serve on behalf of Meditech as the Administrator of the Medical Information Technology, Inc. Profit Sharing Plan (the "Plan"), and the trust (the "Trust") established pursuant to the Plan. I assumed this role in 1990. As Administrator, it is my duty to assist the Plan's Trustee, A. Neil Pappalardo, in the day-to-day operation of the Plan and the Trust.

3. I submit this affidavit, which is based on my personal knowledge and review of Company files, in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

1

## MEDITECH STOCK

4. Meditech is a privately held company. Meditech's stock has never been traded on any public exchange. There are, however, transactions in Meditech Stock. Among other transactions, the Company has sold stock to most eligible employees, and the Trust creates a market for Meditech stock by purchasing shares from employees or prior employees who wish to liquidate some or all of their holdings.

5. Each of the named plaintiffs in this lawsuit – Michael Hubert, David Hinchliffe, and William Trainor (the "Plaintiffs") – has purchased stock from the Company, and sold stock to the Trust when he wanted to liquidate some or all of his holdings.

## MICHAEL HUBERT'S BENEFITS FROM MEDITECH STOCK

6. Mr. Hubert was an active purchaser of Meditech stock until his termination from the Company in 2004.

7. Between 1985, when Mr. Hubert first purchased shares from the Company, and 2004, when his employment with Meditech was terminated, Mr. Hubert purchased a total of 24,300 split-adjusted shares from the Company, for which he paid a total of $197,425.

8. Mr. Hubert has earned a significant return on his purchases of Meditech stock. In 2003, Mr. Hubert sold 1,000 shares of Meditech stock to the Trust for $23,000. He still holds 23,300 shares. At the current fair value of Meditech stock determined by the Board of Directors as well as the Trustee at year end 2005 ($32), those shares are worth a total of $745,600. Between his sale in 2003 and the increase in value on his remaining shares, Mr. Hubert has gained $571,175 on his initial investment of $197,425, a return of about 289%.

9. In addition, Meditech pays a dividend on its stock. Over the years, Mr. Hubert has been paid more than $310,000 in dividends on his shares of Meditech stock, including

$46,600 in 2005 alone. Between these dividends, Mr. Hubert's sale of stock to the Trust, and the appreciation in value of Mr. Hubert's remaining shares, Mr. Hubert has gained approximately $881,000 on his $197,425 investment in Meditech stock.

10. In addition to the large sums Mr. Hubert has earned through his personal investment in Meditech stock, Mr. Hubert received a substantial payout from the Trust. Mr. Hubert's 2004 Trust distributions were based in large part both on the voluntary contributions of Meditech stock to the Trust by the Company, and on the appreciation in the value of that stock while Mr. Hubert was a Plan participant. Mr. Hubert made a voluntary in-service withdrawal from the Trust in early 2004 in the amount of $39,086.04 plus interest of $390.86. When his employment with Meditech was later terminated, Mr. Hubert also received a payout of his remaining balance in the Trust, $1,000,000, plus interest of $40,000. Thus, Mr. Hubert received total distributions from the Trust of $1,079,476.90, for which he paid nothing.

11. Altogether, between his distributions from the Trust, and the returns Mr. Hubert has earned through his own investments in Meditech stock, Mr. Hubert has gained over $1.9 million dollars, an amount that continues to increase through Mr. Hubert's continued receipt of tens of thousands in dividends each year on his remaining 23,300 shares of Meditech stock.

12. I find it noteworthy that Mr. Hubert continued purchasing Meditech stock, at the fair values determined by the Company's Board of Directors, even after he decided that the stock was being undervalued, and even after he decided to sue the Defendants based on this alleged undervaluation.

13. It is my understanding that Mr. Hubert first came to believe that Meditech stock was undervalued at least by the mid-1990s. During the class period alleged in the Plaintiffs' Amended Complaint in this lawsuit (1998 and forward), during which Plaintiffs allege that the

Defendants have undervalued Meditech stock, Mr. Hubert purchased a total of 5,800 split-adjusted shares of Meditech stock for a total of $97,100. Those shares, at the year-end 2005 fair value for Meditech stock determined by the Trustee, are worth $185,600.

14. It is my understanding that on February 18, 2002, Mr. Hubert sent an anonymous email to various lawyers offering to provide them details concerning a potential lawsuit against the Trustee based on the alleged undervaluation of Meditech stock. Following that email, Mr. Hubert continued buying shares from the Company at prices that he believed had been intentionally set too low. Two days after sending the email, on February 20, 2002, Mr. Hubert purchased 400 shares of Meditech stock from the Company at $19 per share. In February 2003 Mr. Hubert purchased 1,000 shares from the Company at the $22 per share value determined at year-end 2002; in their Amended Complaint, Plaintiffs allege that the per share value was actually $41 at year-end 2002. In February 2004, Mr. Hubert purchased an additional 200 shares from the Company at the $26 per share value determined at year-end 2003; in their Amended Complaint, Plaintiffs allege that the per share value was actually at least $74 at year end 2003.

## DAVID HINCHLIFFE'S BENEFITS FROM MEDITECH STOCK

15. Mr. Hinchliffe, like Mr. Hubert, earned significant returns on purchases of Meditech stock from the Company.

16. During his tenure with Meditech, which ended in 1998, Mr. Hinchliffe purchased shares of Meditech stock from the Company for a total of $16,400. He eventually sold all of these shares to the Trust, which paid him $301,100, a profit of $284,700 representing a gain of 1736% on his investment.

17. Mr. Hinchliffe also received dividends on his stock while he held it. Mr. Hinchliffe received $92,899.50 in dividends, which, together with the appreciation in the value

4

of the stock before he sold it to the Trust, provided him a total return of approximately $377,000 on an investment of $16,400.

18. Also like Mr. Hubert, Mr. Hinchliffe received a significant distribution from the Trust. When his employment with Meditech terminated in 1998, Mr. Hinchliffe received a distribution from the Trust in the amount of $1,123,639.39, for which he paid nothing. This distribution, together with the returns on his personal investment in Meditech stock from dividends and the sale to the Trust, provided Mr. Hinchliffe approximately $1.5 million.

## WILLIAM TRAINOR'S BENEFITS FROM MEDITECH STOCK

19. Mr. Trainor, like Mr. Hubert and Mr. Hinchliffe, benefited handsomely from his association with Meditech, which ended in 1998.

20. Mr. Trainor purchased shares from the Company for a total of $16,950. Mr. Trainor then sold all of these shares to the Trust, which paid him a total of $310,150. Mr. Trainor thus earned a profit of $293,200 just on the purchase and sale, representing a gain of 1730%.

21. Mr. Trainor, like the other shareholders, also received a dividend on his shares while he held them. All told, Mr. Trainor received $114,384.75 in dividends. These dividends, together with the appreciation on his stock, provided Mr. Trainor a total return of approximately $407,000 on his $16,950 investment.

22. Mr. Trainor, of course, also received a significant distribution from the Trust upon termination of his employment with Meditech in 1998: $929,943.41, for which he paid nothing. This distribution, together with the returns Mr. Trainor received on his personal investment in Meditech stock, provided Mr. Trainor with more than $1.3 million.

**VALUE OF MEDITECH STOCK DETERMINED BY THE TRUSTEE**

23. Plaintiffs allege that the Trustee has intentionally undervalued Meditech stock held by the Trust. The year-end value of Meditech stock, however, as determined by the Trustee for purposes of valuing the Trust and, thereby, the value of the account of each individual Plan participant, has been on a consistent upward trajectory, and, as evidenced by the distributions provided to the Plaintiffs, has resulted in substantial benefits being paid to Plan participants.

24. The following chart reflects, for each year beginning in 1992, six years before the putative class period begins, and 2006 (all data is not available for all years): (a) Meditech's earnings per share, (b) the dividend per share, (c) the year-end value of Meditech stock determined by the Trustee, which was used for valuing the Trust and thereby determining distributions in the following year, and (d) the year-end value of Meditech stock that Plaintiffs allege in their Amended Complaint should have been used in each year.

| YEAR | Meditech Earnings Per Share | Dividend per Share | Year End Fair Value per Trustee | Year End Fair Value per Plaintiffs |
|---|---|---|---|---|
| 1992 | $0.75 | $0.34 | $6.33 | N/A |
| 1993 | $0.96 | $0.43 | $7.00 | N/A |
| 1994 | $1.03 | $0.52 | $8.50 | N/A |
| 1995 | $1.18 | $0.62 | $10.00 | N/A |
| 1996 | $1.40 | $0.70 | $12.00 | N/A |
| 1997 | $1.57 | $0.84 | $13.50 | $75.00 |
| 1998 | $1.64 | $0.94 | $14.50 | $75.00 |
| 1999 | $1.83 | $1.00 | $16.00 | N/A |
| 2000 | $1.66 | $1.16 | $17.00 | $25.50 |
| 2001 | $1.70 | $1.24 | $19.00 | N/A |
| 2002 | $1.89 | $1.36 | $22.00 | $41.00 |
| 2003 | $1.98 | $1.56 | $26.00 | $74.00 |
| 2004 | $2.08 | $1.80 | $29.00 | N/A |
| 2005 | $2.24 | $2.00 | $32.00 | N/A |
| 2006 | N/A | $2.16 | N/A | N/A |

25.     Notably, the fair value determined by the Trustee between year end 1997 (as relevant to distributions made to Plan participants in 1998, the beginning of the class period) and year end 2005, increased from $13.50 to $32, a gain of 137%. Between 1997 and 2005, Meditech's earnings per share grew by 43%, from $1.57 to $2.24. It is my understanding that in determining a year-end fair value for Meditech stock, the Trustee takes into consideration the per-share dividends to be paid by the Company in the following year. Between 1998 and 2006, the dividends paid per share on Meditech stock grew from $0.94 to $2.16, a gain of 129%. Thus, the Trustee has been increasing the value of Meditech stock at a rate in excess of the rate of Meditech's earnings growth per share, and consistent with the growth in dividends paid per share, during the period in which Plaintiffs allege the value of the stock has been artificially depressed.

26.     Indeed, the year-end value of Meditech stock determined by the Trustee has been increasing at a rate exceeding growth in earnings per share, and consistent with dividends paid per share in the following year, since well before the class period began. For example, between year-end 1992, five years before the start of the putative class period, and year-end 2005, the value of Meditech stock used by the Trustee increased from $6.33 to $32 (an increase of 405%), while Meditech's earnings per share increased from $0.75 in 1992 to $2.24 in 2005 (an increase of 198%), and the dividends paid per share grew from $0.43 in 1993 to $2.16 in 2006 (an increase of 402%).

27.     The Trust has also avoided the negative volatility that, Plaintiffs allege, should have been present during the class period. As reflected in the above chart, the Amended Complaint specifically alleges that the "actual" fair value of Meditech stock was $75 at year end 1997 (used for distributions to Plan participants in 1998), dropping to $25.50 at year end 2000,

7

and $41 at year end 2002, before finally returning to $74 at year end 2003. Thus, under the valuation method employed by the Amended Complaint, employees would not only fail to share in the Company's growth in earnings per share between 1997 and 2003 (from $1.57 to $1.98, an increase of 26%), but employees in years such as 2001 and 2003 would receive distributions from the Trust based on year-end fair values lower than the year-end fair value in 1997, even though Meditech's earnings per share were higher in 2000 and 2002 than they were in 1997.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on September 15, 2006.

                                                        /s/ Barbara A. Manzolillo
                                                        Barbara A. Manzolillo