# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>Defendants. | Civil Case No. 05-10269-RWZ |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the following attachments to the Plaintiffs' Opposition to Defendants' Motion to Compel Compliance with the Subpoena Duces Tecum for Michael Collora has been manually filed under seal on this date:

TAB A: Letter from Michael A. Collora and Sara E. Noonan, dated July 5, 2006;

TAB B: Letter from Kevin P. Martin, dated July 18, 2006;

TAB C: Selected portions of deposition of Michael Hubert, dated July 14, 2005;

TAB D: Selected portions of deposition of Michael Hubert, dated July 26, 2006;

TAB E: Defendants' Responses to Plaintiffs' First Request for Production of Documents, dated June 5, 2006;

TAB F: Notice of Deposition of John Gilmore, dated June 16, 2006;

TAB G: Selected portions of deposition of A. Neil Pappalardo, dated July 21, 2006;

TAB H: Plaintiffs' Responses to Defendants' First Set of Interrogatories, dated July 17, 2006

        Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,


    /s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000
671-371-1037

Dated: September 19, 2006

## CERTIFICATE OF SERVICE

    I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 19th day of September, 2006.


    /s/ Sara Noonan
Sara E. Noonan