**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>       Plaintiffs,<br><br>       v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 05-10269-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' ASSENTED-TO MOTION TO FILE A REPLY BRIEF TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION IN EXCESS OF PAGE LIMIT

Plaintiffs Michael Hubert, William Trainor, and David Hinchliffe (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, request leave to file a reply brief of no more than ten pages to Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Defendants' Opposition"), which is five pages longer than the length set in the initial Scheduling Order. Defendants have assented to this Motion.

In support of this Motion, Plaintiffs state that the Defendants' Opposition raises facts and arguments beyond the scope of class discovery and going to the merits of the case, including attaching two affidavits purporting to justify the validity of defendant A. Neil Pappalardo's stock valuation methodology. Refuting these new arguments will require a more fulsome description of the stock plan at issue in this case, the law governing the administration of those types of plans, and the valuation decisions actually

made by Mr. Pappalardo. In addition, the Defendants have raised certain equitable

defenses, including unclean hands and laches, the validity and potential application of

which are fact-bound and require more extensive briefing than can be accomplished in

the five pages originally contemplated by the Scheduling Order.

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

The undersigned certifies that she has conferred with Michael Sugrue, counsel for

the defendants, who assents to this motion.

Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,


    /s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
617-371-1000
617-371-1037


September 22, 2006

## CERTIFICATE OF SERVICE

I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed
through the ECF system will be sent electronically to the registered participants as identified on
the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as
nonregistered participants on this 22nd day of September, 2006.


    /s/ Sara Noonan
Sara E. Noonan