UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>Defendants. | Civil Case No. 05-10269-RWZ |

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL ATTACHMENTS TO THE AFFIDAVIT OF MICHAEL A. COLLORA**

Plaintiffs Michael Hubert ("Mr. Hubert"), David Hinchliffe ("Mr. Hinchliffe") and William Trainor ("Mr. Trainor") (collectively, "the Plaintiffs") move this Court for leave to file under seal the following attachments to the Affidavit of Michael A. Collora:

TAB A: Chairman's Comments from Report to Board of Directors, dated January 4, 2000;

TAB E: Chairman's Comments from Report to Board of Directors, dated October 25, 1999;

TAB F: Relevant portion of deposition of A. Neal Pappalardo, dated July 21, 2006.

As grounds for this Motion, the Plaintiffs state that the attachments consist of documents and deposition testimony designated as "Confidential" or "Confidential/Attorneys" by the Defendants in this action, which the Plaintiffs have agreed not to disclose publicly absent an order of the Court.

WHEREFORE, the Plaintiffs respectfully request that this Court grant them leave to file Attachments A, E, and F to the Affidavit of Michael A. Collora in a sealed envelope that indicates that the attachments shall be kept confidential and revealed only to court personnel until further order by the Court.

### CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

The undersigned certifies that she has conferred with Kevin Martin, counsel for the defendants, who assents to this motion.

Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,

　　/s/ Sara Noonan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Sara Noonan (BBO #645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
617-371-1000
617-371-1037

Dated: September 27, 2006

### CERTIFICATE OF SERVICE

I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 27th day of September, 2006.

　　　/s/ Sara Noonan
Sara E. Noonan