UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 05-10269-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that an unredacted copy of the Plaintiffs' Memorandum in Support of Motion for Class Certification has been manually filed under seal on this date.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**Michael P. Hubert,**
　　　　　　　　　　　　　　　　　　**William Trainor, and**
　　　　　　　　　　　　　　　　　　**David Hinchliffe,**
　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　　/s/ Sara Noonan
　　　　　　　　　　　　　　　　　　Michael A. Collora (BBO #092940)
　　　　　　　　　　　　　　　　　　David A. Bunis (BBO #550570)
　　　　　　　　　　　　　　　　　　Sara Noonan (BBO #645293)
　　　　　　　　　　　　　　　　　　Dwyer & Collora, LLP
　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　617-371-1000
　　　　　　　　　　　　　　　　　　617-371-1037

Dated: September 27, 2006

1

## **CERTIFICATE OF SERVICE**

      I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 27th day of September, 2006.

                                              /s/ Sara Noonan
                                             Sara E. Noonan