UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated      Plaintiffs,    v.  MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Case No. 05-10269-RWZ |

**NOTICE OF WITHDRAWAL**

Please withdraw the appearance of Sara E. Noonan as counsel for the plaintiffs in the above-captioned action.

Respectfully submitted,

  /s/ Sara Noonan_____
Sara E. Noonan (BBO # 654293)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 371-1000
Fax: (617) 371-1037

Dated: September 28, 2006

**CERTIFICATE OF SERVICE**

I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 28th day of September, 2006.

      /s/ Sara Noonan_____
Sara E. Noonan
