UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, Individually and On Behalf Of All Persons Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>Defendants. | Civil Case No. 05-10269-RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer M. Ryan of Dwyer & Collora, LLP, as additional counsel on behalf of Plaintiff Michael P. Hubert in the above-captioned matter.

        Respectfully submitted,
        **Michael P. Hubert,**
        By his attorneys,


        /s/ Jennifer M. Ryan
        Michael A. Collora (BBO #092940)
        David A. Bunis (BBO #550570)
        Jennifer M. Ryan (BBO #661498)
        Dwyer & Collora, LLP
        600 Atlantic Avenue
        Boston, MA  02210
        671-371-1000

October 20, 2006

**Certificate of Service**

    I, Jennifer M. Ryan, hereby certify that I have, on this 20th day of October, 2006, caused the above document to be served electronically upon all counsel of record.

        /s/  Jennifer M. Ryan
        Jennifer M. Ryan