UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated,

    Plaintiffs,

        v.

MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, LAWRENCE A. POLIMENO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VALENTE,

    Defendants.

C.A. No. 05-10269-RWZ

**PLAINTIFFS' MOTION FOR RECONSIDERATION**
**OF DENIAL OF CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 60(b)(1) and (6), the Plaintiffs hereby move the Court to reconsider its March 20, 2007 Memorandum of Decision as to Plaintiffs' Motion for Class Certification (Doc. No. 92). As grounds for reconsideration, Plaintiffs respectfully submits that the Court erred by assuming that the Plaintiffs had chosen a questionable valuation method creating potential conflicts between and among the suggested class member, and thus concluding that they could not be adequate class representatives in light of that method. As explained in the Memorandum submitted in support of this Motion, the Plaintiffs intend to use a sophisticated analysis, involving more that one method of valuation. In addition, Plaintiffs believe the Court critically misunderstood how the Plan functions, which may have led it to the

incorrect conclusion that the class could not be certified as suggested. Finally, answering one issue raised by the Court regarding liquidity of the plan, the Memorandum explains that in addition to the potential judgment against the Plan, both the trustee and the company would be jointly and severally liable for that judgment.

For all the foregoing reasons as further set forth in Plaintiffs' Memorandum in Support of its Motion For Reconsideration of Denial of Class Certification and accompanying documents attached to the Affidavit of Attorney Michael A Collora, plus their initial Motion for Class Certification and supporting documents, Plaintiffs respectfully requests that the Court change its order and certify the class.

## LOCAL RULE 7.1 CERTIFICATION

Plaintiffs' counsel hereby certifies pursuant to Local Rule 7.1(A)(2) that she has conferred in good faith with counsel for the defendants in an attempt to resolve or narrow the issues presented by this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Plaintiffs respectfully request oral argument on this motion.

Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
Individually and as representatives of a class of all others similarly situated,
By their attorneys,

   /s/ Jennifer M. Ryan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Jennifer M. Ryan (BBO #661498)
Dwyer & Collora, LLP

600 Atlantic Avenue  
Boston, MA  02210  
671-371-1000  
671-371-1037  

Dated: April 2, 2007

## CERTIFICATE OF SERVICE

    I, Jennifer M. Ryan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this second day of April, 2007.

                                                   /s/ Jennifer M. Ryan  
                                                   Jennifer M. Ryan