UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated,<br><br>    Plaintiffs,<br><br>            v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, LAWRENCE A. POLIMENO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VALENTE,<br><br>    Defendants. | C.A. No. 05-10269-RWZ |

## AFFIDAVIT OF MICHAEL A. COLLORA

I, Michael A. Collora, being duly sworn, do hereby depose and state:

(1) I am counsel of record for the plaintiffs in the above captioned case and familiar with the discovery therein.

(2) Tab A attached hereto is an accurate copy of a Form 5500 for the year 2004 filed by Meditech's Trust Plan Administrator with the Department of Labor.

(3) Tab B and Tab C contain accurate excerpts of the Deposition testimony of Defendant Pappalardo and Plan Administrator Manzolillo respectively.

(4) Tab D is a chart of the price to earnings ratios of Meditech from 1996-2005 prepared from Meditech's 10Ks filed with the SEC (reflects 2/1 stock split in 2001).

(5)  Tab E attached hereto is the Valuation Report regarding Meditech for the period 2001-2005 prepared by the Willamette Management Associates of Chicago, Illinois ("Willamette") for Jerome Grossman and was made available in discovery by defendant; I have contacted Willamette, which is willing to update and expand the Report based upon further instructions from plaintiffs.

(6)  The Valuation Comparisons, Tabs F through I attached hereto, were prepared with information from the Valuation Report of Willamette and figures from the Amended Complaint.

(7)  Tab J summarizes the amount of contributions in dollars and stock to the Trust by Meditech, 1996-2004, and was prepared from Meditech's 10K's filed with the SEC plus the Trustee's Annual Reports made available in discovery.

(8)  Tab K contains documents furnished to plaintiff in discovery by defendants including statements by Chairman Pappalardo to his Board of Directors, dated October 25, 1999, January 24, 2000 and January 28, 2002.

(9)  Part of Tab L is an exhibit prepared by defendant in response to plaintiffs' interrogatory and furnished to us by Response dated June 5, 2006. From this information, we prepared a chart, also Tab L, which summarizes the number of departing members and the amounts of their withdrawals 1976-2005.

**SIGNED UNDER THE PENALTIES OF PERJURY** this 2nd day of April 2007.

          /s/ Michael Collora
        Michael A. Collora

**CERTIFICATE OF SERVICE**

    I, Jennifer M. Ryan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this second day of April, 2007.

                                                 /s/ Jennifer M. Ryan
                                             Jennifer M. Ryan

**All of the documents noted above have been withheld; Assented to Motion to File Under Seal is Currently Pending.**