# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Case No. 05-10269-RWZ ) |
| MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al. | ) ) ) |
| Defendants. | ) ) ) |

## PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL ATTACHMENTS TO THE AFFIDAVIT OF MICHAEL A. COLLORA IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE DENIAL OF CLASS CERTIFICATION

Plaintiffs Michael Hubert ("Mr. Hubert"), David Hinchliffe ("Mr. Hinchliffe") and William Trainor ("Mr. Trainor") (collectively, "the Plaintiffs") move this Court for leave to file under seal the following attachments to the Affidavit of Michael A. Collora:

TAB A:         Form 5500 for the year 2004 filed by Meditech's Trust Plan Administrator with the Department of Labor;

TAB B:         Relevant portions of deposition of A. Neal Pappalardo;

TAB C:         Relevant portions of deposition of Barbara Manzolillo;

TAB D:         Chart of the price to earnings ratios of Meditech from 1996-2005 prepared from Meditech's 10Ks filed with the SEC (reflects 2/1 stock split in 2001);

TAB E:         Valuation Report regarding Meditech for the period 2001-2005 prepared by the Willamette Management Associates of Chicago, Illinois ("Willamette") for Jerome Grossman;

TABS F-I:      Valuation comparisons prepared from the Valuation Report of Willamette (Tab E) and figures from the Amended Complaint;

TAB J:   Summary of the Amount of Contribution in dollars and stock to the Trust by Meditech, 1996-2004, and was prepared from Meditech's 10K's filed with the SEC plus the Trustee's Annual Reports;

TAB K:   Report to Board of Directors by Chairman Pappalardo for Board Meetings dated October 25, 1999, January 24, 2000 and January 28, 2002;

TAB L:   Exhibit prepared by Defendant in response to Plaintiffs' interrogatory and furnished to Plaintiffs' by Response dated June 5, 2006, and from the aforementioned information,  a chart summarizing the number of departing members and the amounts of their withdrawals 1976-2005.

As grounds for this Motion, the Plaintiffs state that the attachments consist of documents, information from documents and deposition testimony designated as "Confidential" or "Confidential/Attorneys" by the Defendants in this action, which the Plaintiffs have agreed not to disclose publicly absent an order of the Court.

WHEREFORE, the Plaintiffs respectfully request that this Court grant them leave to file Attachments to the Affidavit of Michael A. Collora in a sealed envelope that indicates that the attachments shall be kept confidential and revealed only to court personnel until further order by the Court.

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

The undersigned certifies that she has conferred with Michael Sugrue, counsel for the defendants, who assents to this motion.

       Respectfully submitted,
       **Michael P. Hubert,**
       **William Trainor, and**
       **David Hinchliffe,**
       By their attorneys,


        /s/ Jennifer M. Ryan
       Michael A. Collora (BBO #092940)

David A. Bunis (BBO #550570)
Jennifer M. Ryan (BBO #661498)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
617-371-1000
617-371-1037

Dated: April 2, 2007

## CERTIFICATE OF SERVICE

I, Jennifer M. Ryan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 2nd day of September, 2007.

_____/s/ Jennifer M. Ryan_____
Jennifer M. Ryan