UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>Defendants. | Civil Action No. 05-10269RWZ |

## DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF DENIAL OF CLASS CERTIFICATION

Defendants Medical Information Technology, Inc. ("Meditech"), Medical Information Technology, Inc. Profit Sharing Plan (the "Plan"), and A. Neil Pappalardo (together with Meditech, and the Plan, the "Defendants") hereby move, with the assent of Plaintiffs Michael P. Hubert, William Trainor, and David Hinchliffe, to enlarge the time to respond to Plaintiffs' Motion for Reconsideration of Denial of Class Certification to May 1, 2007. As grounds for this motion, Defendants state that Kevin P. Martin, counsel for Defendants, and his wife are expecting their fourth child, and that Mr. Martin's wife is presently in labor. Further, Defendants state that counsel for Plaintiffs have assented to the requested enlargement of time.

LIBA/1781183.1

Respectfully submitted,

MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC. and A. NEIL PAPPALARDO.

By their attorneys,

/s/ Michael P. Sugrue
Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
Michael P. Sugrue (BBO #655727)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: April 11, 2007

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Michael P. Sugrue, hereby certify that on April 11, 2007, I conferred in good faith with Jennifer M. Ryan, counsel for Plaintiffs, who assented to this motion.

/s/ Michael P. Sugrue
Michael P. Sugrue

## CERTIFICATE OF SERVICE

I, Michael P. Sugrue, hereby certify that a true copy of the above document was served upon the counsel of record for each other party via this Court's ECF System on April 11, 2007

/s/ Michael P. Sugrue
Michael P. Sugrue

2

LIBA/1781183.1