UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO, <br><br> Defendants. | Civil Action No. 05-10269RWZ |

## DEFENDANTS' ASSENTED-TO MOTION TO IMPOUND

Pursuant to Local Rule 7.2, Defendants Medical Information Technology, Inc. Profit Sharing Plan (the "Plan"), Medical Information Technology, Inc. ("Meditech" or the "Company"), and A. Neil Pappalardo (together with the Plan and Meditech, the "Defendants") hereby request leave to file under seal Exhibit E to the attorney's affidavit of Michael P. Sugrue in Support of Defendants' Opposition to Plaintiffs' Motion for Reconsideration (the "Sugrue Affidavit"). Plaintiffs have assented to this motion.

As grounds for this motion, Defendants state that:

1.  Exhibit E of the Sugrue Affidavit was designated by Defendants as "Confidential" pursuant to the terms of a draft protective order in this action, to which the parties have agreed to comply pending its approval by the Court.

2.  Exhibit E to the Sugrue Affidavit also contains information from documents produced to Defendants with a "Confidential" designation in another action, *Grossman* v. *Medical Information Technology, Inc., et al.* Civil Action No. 03-1872 (Mass. Super. Ct., Suffolk

County), pursuant to the terms of a protective order entered in that case (the "Grossman Protective Order").

3.   The draft protective order in this action and the Grossman Protective Order both provide that a party wishing to use any information designated "Confidential" under it in any paper filed with the court must file the portion of the paper containing protected information under seal to be maintained under seal by the court.

4.   In order to comply with the draft protective order in this action and the Grossman Protective Order, Defendants seek leave to file Exhibit E to the Sugrue Affidavit in a sealed envelope which indicates that the document shall be kept confidential and revealed only to court personnel.

5.   Defendants will file their Opposition Brief and the Sugrue Affidavit, as well as all non-confidential exhibits thereto, electronically via this Court's ECF system for the public record.

6.   Defendants have exercised restraint in designating materials for impounding. Defendants seek leave to file under seal only one of the six exhibits to the Sugrue affidavit, which totals 85 pages.

7.   On April 30, 2007, the undersigned spoke with Jennifer M. Ryan, counsel for Plaintiffs, who assented to this motion.

For the foregoing reasons, Defendants respectfully request that this Court grant leave to file under seal Exhibit E to the Sugrue Affidavit, and that this document be made available only to court personnel and no one else, until further order by the Court.

MEDICAL INFORMATION TECHNOLOGY,
INC. PROFIT SHARING PLAN, MEDICAL
INFORMATION TECHNOLOGY, INC., and A.
NEIL PAPPALARDO

By their attorneys,

 /s/  Michael P. Sugrue
Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
Michael P. Sugrue  (BBO #655727)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881

Dated: May 1, 2007                    (617) 570-1000


## LOCAL RULE 7.1(a)(2) CERTIFICATE

I, Michael P. Sugrue, hereby certify that on April 30, 2007, I conferred in good faith with Jennifer M. Ryan, counsel for Plaintiffs, who assented to this motion.

 /s/  Michael P. Sugrue
Michael P. Sugrue

## **CERTIFICATE OF SERVICE**

I, Michael P. Sugrue, hereby certify that a true copy of the above document was served upon the counsel of record for each other party via this Court's ECF System on May 1, 2007.

/s/  Michael P. Sugrue
Michael P. Sugrue