UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>   Defendants. | Civil Action No. 05-10269-RWZ |

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that Exhibit E to the Affidavit of Michael P. Sugrue in Support of Defendants' Opposition to Plaintiffs' Motion for Reconsideration ("Sugrue Affidavit") has been conditionally filed with the Court under seal and is maintained in the Clerk's Office.

Defendants' Opposition to Plaintiffs' Motion for Reconsideration and the Sugrue Affidavit, together with all non-confidential exhibits thereto, have been filed electronically via this Court's ECF system.

| | |
|---|---|
| Dated: May 1, 2007 | MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO |

By their attorneys,

/s/  Stephen D. Poss, P.C.
Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
Michael P. Sugrue  (BBO #655727)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

**CERTIFICATE OF SERVICE**

   I, Stephen D. Poss, P.C., hereby certify that I caused a true copy of the above document to be served upon the counsel of record for each other party via this Court's ECF System on May 1, 2007.

/s/  Stephen D. Poss, P.C.
Stephen D. Poss, P.C.