UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>Defendants. | Civil Case No. 05-10269-RWZ |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Plaintiffs' Plaintiffs' Memorandum Supporting Motion for Reconsideration of Denial of Class Certification and the supporting Affidavit of Michael A. Collora with attachments will be manually filed under seal on May 3, 2007.

                                                          Respectfully submitted,
                                                          **Michael P. Hubert,**
                                                          **William Trainor, and**
                                                          **David Hinchliffe,**
                                                          By their attorneys,

                                                          ___/s/ Jennifer M. Ryan_____
                                                          Michael A. Collora (BBO #092940)
                                                          David A. Bunis (BBO #550570)
                                                          Jennifer M. Ryan (BBO #661498)
                                                          Dwyer & Collora, LLP
                                                          600 Atlantic Avenue
                                                          Boston, MA  02210
                                                          671-371-1000
                                                          671-371-1037

Dated: May 3, 2007

## CERTIFICATE OF SERVICE

      I, Jennifer M. Ryan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 3rd day of May, 2007.

                                          /s/ Jennifer M. Ryan
                                      Jennifer M. Ryan