## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

———————————————————————

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al. | ) ) ) |
| Defendants. | ) ) |

Civil Case No. 05-10269-RWZ

———————————————————————

### PLAINTIFFS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THEIR PETITION FOR PERMISSION TO APPEAL PURSUANT TO FED R. CIV. P. 23(f)

Plaintiffs Michael Hubert, William Trainor, and David Hinchliffe (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, move to stay discovery until the Court of Appeals for the First Circuit renders a decision with respect to their Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f) ("Petition").

Plaintiffs filed their Motion for Class Certification on August 15, 2006. After opposition and hearing, this Court denied the motion on March 20, 2007. On April 2, 2007, Plaintiffs filed a Motion for Reconsideration. After opposition, the Court denied Plaintiffs' Motion for Reconsideration on May 3, 2007. Plaintiffs filed their Petition on May 15, 2007.

On April 12, 2007, this Court held a Scheduling Conference. At that time, the Court set the following schedule: fact discovery completed by 9/28/2007; Plaintiffs'

Expert Report to be completed by 10/31/07; and Defendants' Expert Report to be completed by 12/14/07.

In light of the pending Petition, Plaintiffs move this Court to stay discovery until the Court of Appeals for the First Circuit resolves their Petition. The resolution of the Petition will necessarily impact discovery in this case. A stay will only serve to increase the efficiency of the Court and the parties by allowing these issues to be resolved on appeal prior to continued determination and effort as to the merits of the case. Therefore, the Plaintiffs respectfully request this honorable Court to stay discovery pending the resolution of the Petition.

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

The undersigned certifies that she has conferred with Kevin Martin, counsel for the defendants. At the time of the conversation, counsel for the defendants was undecided as to whether defendants would assent to, or oppose Plaintiffs' Motion to Stay.

Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,


    /s/ Jennifer M. Ryan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Jennifer M. Ryan (BBO #661498)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
617-371-1000
617-371-1037


Dated: June 28, 2007

2

**CERTIFICATE OF SERVICE**

I, Jennifer M. Ryan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 28th day of June, 2007.

_____/s/ Jennifer M. Ryan_____
Jennifer M. Ryan