# United States Court of Appeals
## For the First Circuit

No. 07-8015

MICHAEL P. HUBERT, ET AL.,

Petitioners,

v.

MEDICAL INFORMATION TECHNOLOGY
PROFIT SHARING PLAN, ET AL.,

Respondents.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lipez, <u>Circuit Judges</u>.

JUDGMENT

Entered: July 12, 2007

   The petitioners have requested that this court exercise its discretion under Fed. R. Civ. P. 23(f) to permit an interlocutory appeal from the district court's order denying their motion for class certification on the ground that they failed to demonstrate that they would fairly and adequately protect the interests of the proposed class, as required under Rule 23(a)(4). Having carefully considered the petition, we are not persuaded that petitioners have demonstrated that this case falls within any of the categories warranting interlocutory review. <u>See</u> <u>Waste Management Holdings, Inc.</u> v. <u>Mowbray</u>, 208 F.3d 288, 293-94 (1st Cir. 2000).

   Accordingly, the Rule 23(f) petition for leave to appeal the denial of class action certification is denied. Respondents' assented-to motion to seal is granted.

                                   By the Court:

                                   Richard Cushing Donovan, Clerk.


                                   MARGARET
                              By:_____
                                   Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY

FIRST CIRCUIT COURT OF APPEALS
        BOSTON, MA
By:_____ Date: 7/12/07


[certified copies:  Honorable Rya W. Zobel, Sarah A. Thornton, Clerk United States District Court of the District of Massachusetts]

[cc: Michael A. Collora, Esq., Jennifer M. Ryan, Esq., Kevin P. Martin, Esq., Michael P. Sugrue, Esq., Stephen D. Poss, Esq.]