UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,

    Plaintiffs,

    v.

MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,

    Defendants.

C.A. No. 05-10269-RWZ

**JOINT MOTION TO AMEND SCHEDULING ORDER**

    Plaintiffs and Defendants, by undersigned counsel, hereby jointly move this Court to amend the Scheduling Order in this action to extend the discovery and summary judgment deadlines by 60 days. In support of this motion, the parties state as follows:

    1.    The Court entered the Scheduling Order in this action on April 12, 2007.

    2.    Plaintiffs filed a Petition for Permission to Appeal in the United States Court of Appeals for the First Circuit ("Petition") on May 15, 2007.

    3.    On June 27, 2007, Plaintiffs filed a Motion to Stay Discovery Pending the Resolution of the Petition. (Docket #108). Defendants responded on July 2, 2007. (Docket #109).

    4.    This Court granted the Motion to Stay on July 10, 2007.

    5.    On July 13, 2007, the United States Court of Appeals for the First Circuit denied the Petition.

4. Under the current schedule, fact discovery is to be completed by September 28, 2007, the Plaintiffs' expert report is to be completed by October 31, 2007, and the Defendant's expert report is to be completed by December 14, 2007.

5. The parties accordingly request that the Scheduling Order be amended to extend the discovery deadlines by 60 days. Such an extension will promote the efficient and fair disposition of this action.

WHEREFORE, the parties respectfully request that the Court amend the Scheduling Order to extend the discovery deadlines by 60 days.

A proposed Amended Scheduling Order is attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer M. Ryan | /s/ Kevin P. Martin |
| Michael A. Collora (BBO #092940) | Stephen D. Poss (BBO #551760 ) |
| David A. Bunis (BBO #550570) | Kevin P. Martin (BBO #655222) |
| Jennifer M. Ryan (BBO #661498) | Michael P. Sugrue (BBO #655727) |
| Dwyer & Collora, LLP | Goodwin Proctor LLP |
| 600 Atlantic Avenue | Exchange Place |
| Boston, MA  02210 | Boston, MA 02109 |
| 671-371-1000 | |
| 671-371-1037 | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Dated:  August 9, 2007

1407091.1

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 9, 2007.

                                        <u>/s/ Jennifer M. Ryan</u>

1407091.1

**EXHIBIT A**

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>    Defendants. | C.A. No. 05-10269-RWZ |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Upon the parties' joint motion to amend the Scheduling Order, it is this _____ day of August, 2007, hereby

ORDERED that fact discovery is to be completed by November 27, 2007;

ORDERED that Plaintiffs' expert witness report is to be served by January 7, 2007;

ORDERED that Defendant's expert witness report is to be served by February 19, 2008.

 

_____
Honorable Rya W. Zobel
United States District Court Judge

1407093.1