Case 1:05-cv-10269-RWZ   Document 111-2   Filed 08/09/2007   Page 1 of 1

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,

Plaintiffs,

v.

MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,

Defendants.

C.A. No. 05-10269-RWZ

[PROPOSED] AMENDED SCHEDULING ORDER

Upon the parties' joint motion to amend the Scheduling Order, it is this 17th day of August, 2007, hereby

ORDERED that fact discovery is to be completed by November 27, 2007;

ORDERED that Plaintiffs' expert witness report is to be served by January 7, 2007;

ORDERED that Defendant's expert witness report is to be served by February 19, 2008.

_____
Honorable Rya W. Zobel
United States District Court Judge

A pretrial conference will be held on 2/28/08 @ 2:00 p.m.

1407093.1