UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>　　Defendants. | C.A. No. 05-10269-RWZ |

**JOINT MOTION TO EXTEND TIME TO SERVE ADMISSIONS**

　　Now come the parties and hereby request an additional sixty (60) days, after the closing date of discovery, November 27, 2007, to serve admissions under Fed.R.Civ.Proc. 31.

　　Admissions are useful to narrow issues and authenticate documents. An ideal time to utilize them is post discovery, when a party can focus on what is at issue and what documents will be needed to be authenticated for use at trial. In this case, since discovery will not close until late November, additional time is needed to review the evidence and then serve admissions.

　　**Wherefore,** the parties request until January 27, 2008 to serve admissions upon the other parties to this litigation.

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer M. Ryan | /s/ Kevin P. Martin |
| Michael A. Collora (BBO #092940) | Stephen D. Poss (BBO #551760 ) |
| David A. Bunis (BBO #550570) | Kevin P. Martin (BBO #655222) |
| Jennifer M. Ryan (BBO #661498) | Michael P. Sugrue (BBO #655727) |
| Dwyer & Collora, LLP | Goodwin Proctor LLP |
| 600 Atlantic Avenue | Exchange Place |
| Boston, MA 02210 | Boston, MA 02109 |
| 671-371-1000 | |
| 671-371-1037 | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Dated: October 5, 2007

**CERTIFICATE OF SERVICE**

I, Michael A. Collora, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on October 5th, 2007.

/s/ Michael A. Collora

85405.1

2