UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>　　Defendants. | C.A. No. 05-10269-RWZ |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

　　Plaintiffs and Defendants, by undersigned counsel, hereby jointly move this Court to amend the Scheduling Order in this action to extend the discovery and summary judgment deadlines. In support of this motion, the parties state as follows:

　　1.　Under the current schedule, fact discovery was to be completed by November 27, 2007, the Plaintiffs' expert report is to be served upon the defendants by January 7, 2008, and the Defendant's expert report is to be served upon the Plaintiffs by February 19, 2008.

　　2.　Due to scheduling difficulties, discovery is not yet complete and Plaintiffs' expert cannot finish their report until late January 2008.

　　3.　The parties accordingly request that the Scheduling Order be amended to complete one outstanding deposition, and extend the expert portion of the discovery

deadlines. Such an extension will promote the efficient and fair disposition of this action.

4. A pretrial conference is scheduled for February 28, 2008 at 2 p.m. In light of the proposed scheduling changes, the parties request that the pretrial conference be rescheduled for a date and time convenient to the Court.

WHEREFORE, the parties respectfully request that the Court amend the Scheduling Order to extend certain of the above discovery deadlines.

A proposed Amended Scheduling Order is attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| /s/ Jennifer M. Ryan | /s/ Kevin P. Martin |
| Michael A. Collora (BBO #092940) | Stephen D. Poss (BBO #551760 ) |
| David A. Bunis (BBO #550570) | Kevin P. Martin (BBO #655222) |
| Jennifer M. Ryan (BBO #661498) | Michael P. Sugrue (BBO #655727) |
| Dwyer & Collora, LLP | Goodwin Proctor LLP |
| 600 Atlantic Avenue | Exchange Place |
| Boston, MA  02210 | Boston, MA 02109 |
| 671-371-1000 | |
| 671-371-1037 | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

Dated: December 17, 2007

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 14, 2007.

/s/ Jennifer M. Ryan

1407091.1

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>    Defendants. | C.A. No. 05-10269-RWZ |

**[PROPOSED] AMENDED SCHEDULING ORDER**

Upon the parties' joint motion to amend the Scheduling Order, it is this _____ day of December, 2007, hereby

ORDERED that fact discovery is now completed, or will be completed by agreement of the Parties with one outstanding deposition to be completed;

ORDERED that Plaintiffs' expert witness report is to be served by February 18, 2008;

ORDERED that Defendant's expert witness report is to be served by April 7, 2008

ORDERED, that the pretrial hearing on this matter will be held on _____ at _____ pm.

.

                                                                                                                                                                                          _____
                                                                                                                                                                                          Honorable Rya W. Zobel
                                                                                                                                                                                          United States District Court Judge

1407093.1