EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,

    Plaintiffs,

v.

MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,

    Defendants.

C.A. No. 05-10269-RWZ

[PROPOSED] AMENDED SCHEDULING ORDER

Upon the parties' joint motion to amend the Scheduling Order, it is this __9th__ day of __January 2008__ ~~December 2007~~, hereby

ORDERED that fact discovery is now completed, or will be completed by agreement of the Parties with one outstanding deposition to be completed;

ORDERED that Plaintiffs' expert witness report is to be served by February 18, 2008;

ORDERED that Defendant's expert witness report is to be served by April 7, 2008

ORDERED, that the pretrial hearing on this matter will be held on _____ at ____ pm.

*There will be no further extensions or continuances.*

_____
Honorable Rya W. Zobel
United States District Court Judge

1407093.1