# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,<br><br>      Plaintiffs,<br><br>      v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>      Defendants. | Civil Action No. 05-10269RWZ |

## NOTICE OF WITHDRAWAL OF MICHAEL P. SUGRUE

Pursuant to Local Rule 83.5.2(c), notice is hereby given of the withdrawal of Michael P. Sugrue of Goodwin Procter LLP as one of the counsel of record for Defendants Medical Information Technology, Inc. Profit Sharing Plan, Medical Information Technology, Inc., and A. Neil Pappalardo (collectively, "Defendants").  Stephen D. Poss and Kevin P. Martin will remain as counsel of record for Defendants.

Dated: March 24, 2008                                  Respectfully submitted,

                                                       MEDICAL INFORMATION TECHNOLOGY,
                                                       INC. PROFIT SHARING PLAN, MEDICAL
                                                       INFORMATION TECHNOLOGY, INC., and A.
                                                       NEIL PAPPALARDO

                                                       By their attorneys,

                                                         /s/ Michael P. Sugrue
                                                       Stephen D. Poss (BBO # 551760)
                                                       Kevin P. Martin (BBO # 655222)
                                                       GOODWIN PROCTER LLP
                                                       Exchange Place
                                                       Boston, Massachusetts 02109-2881
                                                       (617) 570-1000

**CERTIFICATE OF SERVICE**

I, Michael P. Sugrue, hereby certify that a true copy of the above document was served upon the counsel of record for each other party via this Court's CM/ECF System on March 24, 2008.

                                                         /s/ Michael P. Sugrue