UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>   Plaintiffs,<br><br>   v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>   Defendants. | Civil Case No. 05-10269-RWZ |

### PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, plaintiffs, William Trainor ("Mr. Trainor") and David Hinchliffe ("Mr. Hinchliffe") (collectively, "the Plaintiffs") respectfully move for an order certifying the following plaintiff class in this action:

> All participants in the MEDITECH Profit Sharing Plan who have received a distribution of any portion of their interest in that Plan from January 1, 1998 through December 31, 1998.

The Plaintiffs also respectfully request that they be certified as the class representatives of this respective class.

In support of this Motion, the Plaintiffs rely on their supporting memorandum of law; the Affidavit of Michael Collora, Esq., dated March 25, 2008 ("Collora Affidavit"); and the materials attached to the Collora Affidavit.

## LOCAL RULE 7.1 CERTIFICATION

Plaintiffs' counsel hereby certifies pursuant to Local Rule 7.1(A)(2) that they have conferred in good faith with counsel for the defendants in an attempt to resolve or narrow the issues presented by this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Plaintiffs respectfully request oral argument on this motion.

Respectfully submitted,

**William Trainor, and**
**David Hinchliffe,**
By their attorneys,

       /s/ Jennifer M. Ryan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Jennifer M. Ryan (BBO #661498)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000
671-371-1037

Dated: March 25, 2008

## CERTIFICATE OF SERVICE

I, Jennifer M. Ryan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 25th day of March, 2008.

          /s/ Jennifer M. Ryan
Jennifer M. Ryan