UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>Defendants. | Civil Case No. 05-10269-RWZ |

**MOTION FOR LEAVE TO FILE UNDER SEAL ATTACHMENTS TO AFFIDAVIT OF MICHAEL A. COLLORA, ESQ. IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**

Plaintiffs David Hinchliffe ("Mr. Hinchliffe") and William Trainor ("Mr. Trainor") (collectively, "the Plaintiffs") move this Court for leave to file under seal the following attachments to the Affidavit of Michael Collora, Esq., which is being filed on this date in support of the Plaintiffs' Amended Motion for Class Certification:

TAB A:   Selected portions of deposition of A. Neil Pappalardo, dated July 21, 2006;

TAB B:   (1) Meditech Profit Sharing Plan, Amended and Restated Trust Agreement as of January 1, 1989;

(2) Meditech Profit Sharing Plan, Amended and Restated Trust Agreement as of Janaury 1, 1998

(3) Amendment No. 2 to Meditech Profit Sharing Plan, Amended and Restated Trust Agreement as of January 1, 1998;

TAB C:   Annual Valuation of Trust Assets, 1997- 1998.

TAB D:     (1) Summary Plan Description of Meditech as amended through August 1, 1983;

(2) Summary Plan Description of the Meditech Profit Sharing Plan, Amended and Restated as of January 1, 1989;

(3) Summary Plan Description of the Meditech Profit Sharing Plan, Amended and Restated, dated January 1, 1998;

TAB E:     Relevant portions of deposition of Barbara Manzolillo, dated August 8, 2006;

TAB F:     Form 13-D, filed by Dr. Jerome Grossman, dated February 27, 2002;

TAB G:     Message from the Chairman, dated September 3, 2002;

TAB H:     Relevant portions of deposition of David Hinchliffe, dated July 27, 2006;

TAB I:     (1) Documents relating to David Hinchliffe's termination in the Meditech Profit Sharing Plan;

(2) Documents relating to William Trainor's termination in the Meditech Profit Sharing Plan;

TAB J:     Relevant portions of deposition of William Trainor, dated July 24, 2006;

TAB K:     Defendants' Response to Plaintiffs' Initial set of Interrogatories, dated June 5, 2006;

TAB L:     Plaintiff's Expert Damages Opinion dated February 19, 2008.

As grounds for this Motion, the Plaintiffs state that the attachments consist of documents and deposition testimony designated as "Confidential" or "Confidential/Attorneys" by the Defendants in this action, which the Plaintiffs have agreed not to disclose publicly absent an order of the Court.

WHEREFORE, the Plaintiffs respectfully request that this Court grant them leave to file the attachments to the Affidavit of Michael A. Collora, Esq. in a sealed envelope that indicates that they shall be kept confidential and revealed only to court personnel until further order by the Court.

Respectfully submitted,

**William Trainor, and**
**David Hinchliffe,**
By their attorneys,

   /s/ Jennifer M. Ryan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Jennifer M. Ryan (BBO #661498)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000
671-371-1037

Dated:   March 25, 2008

### CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

The undersigned certifies that she has conferred with Kevin Martin, counsel for the defendants, who assents to this motion.

   /s/ Jennifer M. Ryan
Jennifer M. Ryan

### CERTIFICATE OF SERVICE

I, Jennifer M. Ryan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 25th day of March, 2008.

   /s/ Jennifer M. Ryan
Jennifer M. Ryan