UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>　　　　　Defendants. | Civil Action No. 05-10269RWZ |

## ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL ATTACHMENTS TO AFFIDAVIT OF KEVIN P. MARTIN, ESQ.

Pursuant to Local Rule 7.2, Defendants Medical Information Technology, Inc. Profit Sharing Plan (the "Plan"), Medical Information Technology, Inc. ("Meditech" or the "Company"), and A. Neil Pappalardo (together with the Plan and Meditech, the "Defendants") hereby request leave to file under seal the following exhibits to the attorney's affidavit in Support of Defendants' Opposition to Plaintiffs' Amended Motion for Class Certification of Kevin P. Martin (the "Martin Affidavit"):

　　Exhibit 4:　　Defendants' Opposition to Plaintiffs' Motion for Class Certification, filed September 15, 2006 (Docket No. 65).

　　Exhibit 7:　　Defendants' Class Certification Visual Aids, used at a hearing on Plaintiffs' first Motion for Class Certification on October 17, 2006.

As grounds for this motion, Defendants state that the Court's Stipulation and Protective Order Governing Treatment of Documents and Information ("Protective Order"), dated September 18, 2006, provides that a party wishing to use any information designated "Confidential" under it in any paper filed with the court must file the portion of the paper containing protected information under seal to be maintained under seal by the court. In order to comply with the Protective Order, Defendants seek leave to file exhibits 4 and 7 to the Martin Affidavit in a sealed envelope, which indicates that the documents shall be kept confidential and revealed only to court personnel.

For the foregoing reasons, Defendants respectfully request that this Court grant leave to file, via this Court's ECF System, the Martin Affidavit, in addition to all non-confidential exhibits thereto, and to file under seal the complete version of exhibits 4 and 7 thereto, and that the documents filed under seal be made available only to court personnel and no one else, until further order by the Court.

MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO

By their attorneys,

 /s/  Kevin P. Martin
Stephen D. Poss, P.C. (BBO # 551760)
Kevin P. Martin (BBO # 655222)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Dated: April 8, 2008                    (617) 570-1000

## LOCAL RULE 7.1(a)(2) CERTIFICATE

  I, Kevin P. Martin, hereby certify pursuant to Local Rule 7.1(a)(2) that the moving party conferred in good faith with Jennifer Ryan, counsel for Plaintiffs, who assented to this motion.

            /s/ Kevin P. Martin
            Kevin P. Martin

## **CERTIFICATE OF SERVICE**

      I, Kevin P. Martin, hereby certify that a true copy of the above document was served upon the counsel of record for each other party via this Court's ECF System on April 8, 2008.

                                      /s/ Kevin P. Martin
                                      Kevin P. Martin