UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually And On Behalf Of All Persons Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>    Defendants. | Civil Action No. 05-10269RWZ |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court conditionally under seal (see Docket No. 124), in paper form only:

1.  Exhibit 4 to Affidavit of Kevin P. Martin:  Defendants' Opposition to Plaintiffs' Motion for Class Certification, filed September 15, 2006 (Docket No. 65); and

2.  Exhibit 7 to Affidavit of Kevin P. Martin:  Defendants' Class Certification Visual Aids, used at a hearing on Plaintiffs' first Motion for Class Certification on October 17, 2006.

Respectfully submitted,

MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC. and A. NEIL PAPPALARDO.

By their attorneys,

/s/ Kevin P. Martin
Stephen D. Poss (BBO # 551760)
Kevin P. Martin (BBO # 655222)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000
(617) 523-1231 (fax)
sposs@goodwinprocter.com
kmartin@goodwinprocter.com

Dated: April 8, 2008

## CERTIFICATE OF SERVICE

I, Kevin P. Martin, hereby certify that I caused a true copy of the above document to be served upon the counsel of record for each other party via this Court's ECF System on April 8, 2008.

/s/ Kevin P. Martin