UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 05-10269-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' ASSENTED-TO MOTION TO FILE A REPLY BRIEF TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**

Plaintiffs William Trainor, and David Hinchliffe (collectively, "Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully move, pursuant to Local Rule 7.1(B), for leave to file a reply brief of no more than ten pages to Defendants' Opposition to Plaintiffs' Amended Motion for Class Certification ("Defendants' Opposition"). Defendants have assented to this Motion.

In support of this Motion, Plaintiffs state that the Defendants' Opposition raises facts and arguments beyond the scope of class discovery and going to the merits of the case. Moroever, Plaintiffs believe that a short reply brief is necessary to correct some of the errors and misstatements contained in Defendants' Opposition. The reply brief should help the Court resolve the legal issues raised.

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

The undersigned certifies that she has conferred with Kevin Martin, counsel for the defendants, who assents to this motion.

Respectfully submitted,
**Michael P. Hubert,**
**William Trainor, and**
**David Hinchliffe,**
By their attorneys,

    /s/ Jennifer M. Ryan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Jennifer M. Ryan (BBO # 661498)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
617-371-1000
617-371-1037

April 11, 2008

## CERTIFICATE OF SERVICE

I, Jennifer R. Ryan, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and  paper copies will be sent to those indicated as non-registered participants on April 11, 2008.

/s/ Jennifer M. Ryan

Jennifer M. Ryan