UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, et al.<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 05-10269-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the attachments to the Affidavit of Michael A. Collora in Support of Plaintiffs' Amended Motion for Class Certification will be manually filed under seal on April 15, 2008.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　**Michael P. Hubert,**
　　　　　　　　　　　　　　　　　　　　　**William Trainor, and**
　　　　　　　　　　　　　　　　　　　　　**David Hinchliffe,**
　　　　　　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer M. Ryan
　　　　　　　　　　　　　　　　　　　　　Michael A. Collora (BBO #092940)
　　　　　　　　　　　　　　　　　　　　　David A. Bunis (BBO #550570)
　　　　　　　　　　　　　　　　　　　　　Jennifer M. Ryan (BBO #661498)
　　　　　　　　　　　　　　　　　　　　　Dwyer & Collora, LLP
　　　　　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　　　　671-371-1000
　　　　　　　　　　　　　　　　　　　　　671-371-1037

Dated: April 15, 2008

## CERTIFICATE OF SERVICE

      I, Jennifer M. Ryan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 15th day of April, 2008.

                                        /s/ Jennifer M. Ryan
                                     Jennifer M. Ryan