UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE, Individually and On Behalf Of All Persons Similarly Situated,<br><br>    Plaintiffs,<br><br>        v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., A. NEIL PAPPALARDO, LAWRENCE A. POLIMENO, ROLAND L. DRISCOLL, EDWARD B. ROBERTS, MORTON E. RUDERMAN, AND L.P. DAN VALENTE,<br><br>    Defendants. | C.A. No. 05-10269-RWZ |

### PLAINTIFF MICHAEL P. HUBERT'S
### MOTION FOR VOLUNTARY DISMISSAL OF CLAIM

    Pursuant to Rule 41(A)(2) Plaintiff Hubert seeks dismissal of his claim for benefits pursuant to 29 U.S.C. which claim is contained within Count I of the Complaint, as a claim for damages for failure to receive his ERISA benefits in 2004. Hubert seeks dismissal, without prejudice, of his claim for benefits.

Respectfully submitted,

**Michael P. Hubert,
William Trainor, and
David Hinchliffe,**
By their attorneys,


 /s/ Jennifer M. Ryan
Michael A. Collora (BBO #092940)
David A. Bunis (BBO #550570)
Jennifer M. Ryan (BBO #661498)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210
671-371-1000
671-371-1037


Dated:  April 17, 2008

## LOCAL RULE 7.1 CERTIFICATION

Plaintiffs' counsel hereby certifies pursuant to Local Rule 7.1(A)(2) that they have conferred in good faith with counsel for the defendants in an attempt to resolve or narrow the issues presented by this motion.

 /s/ Jennifer M. Ryan

## CERTIFICATE OF SERVICE

I, Jennifer R. Ryan, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and  paper copies will be sent to those indicated as non-registered participants on April 17, 2008.

/s/ Jennifer M. Ryan

Jennifer M. Ryan

3