UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. HUBERT, WILLIAM
TRAINOR, and DAVID HINCHLIFFE,

    Plaintiffs,

    v.

MEDICAL INFORMATION TECHNOLOGY
PROFIT SHARING PLAN, MEDICAL
INFORMATION TECHNOLOGY, INC., and
A. NEIL PAPPALARDO,

    Defendants.

Civil Action No. 05-10269-RWZ

## AFFIDAVIT OF DAVID HINCHLIFFE

I, David Hinchliffe, being duly sworn, do hereby depose and state:

(1)    I am one of the Plaintiffs in the above action.

(2)    I worked for Meditech for over 22 years. During that time no one advised me how the stock in the Plan was valued.

(3)    I withdrew from the Plan in 1998 and received a check with which I opened an IRA, but I received no claim letter, nor was I advised then how I could contest valuation.

(4)    I was never advised of a claims procedure under the Plan. I was never given a copy of the Trust Agreement.

(5)    I was given a summary of the Plan at some point while I worked there and I was aware of the fact that you could write a letter if you had an issue with the Plan. I never thought that I might have a claim against the Plan until I talked to Michael Hubert in 2005.

(6) While I thought that the value of the stock was low, I had no basis for my opinion other than general scuttlebutt around the Company was that our competitors' stock was valued more despite the fact that I and others considered the Company to be better than its competitors.

(7) I relied on the competence and good faith of the trustee and the board to value the stock at the appropriate value. I had no reason to believe that the trustee and the board of Meditech were not engaging in a proper valuation of the stock.

(8) I never knew that Mr. Pappalardo's valuation of the stock favored buyers and not sellers of the stock.

(9) I do not now know how to compute a price to earnings ratio nor did I ever know how to during my tenure at Meditech.

(10) My counsel showed me Cerner's 10K for 1997. I could not find information in it necessary to compute a price to earnings ratio nor compare its stock price with that of Meditech.

(11) While I knew we competed with SMS and Cerner, and that their stock was publicly traded, I do not know how to compare them with Meditech, except that I thought we were the better company.

**SIGNED UNDER THE PENALTIES OF PERJURY** this <u>27th</u> day of May 2008.

/s/ David Hinchliffe
David Hinchliffe