UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,

    Plaintiffs,

v.

MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,

    Defendants.

Civil Action No. 05-10269-RWZ

## AFFIDAVIT OF MICHAEL P. HUBERT

I, Michael P. Hubert, being duly sworn, do hereby depose and state:

(1)     I am one of the Plaintiffs in the above action.

(2)     I worked for Meditech for 23 years. During that time, I never heard a satisfactory explanation as to how the stock was valued.

(3)     I withdrew from the Plan in 2004 and received a check, but no claim letter, nor was I advised then how I could contest valuation.

(4)     For several years prior to my leaving, I had suspicions about the price of Meditech stock because its price to earnings ratio was much lower than its competitors, such as Cerner. I had also read in SEC filings how another private company, SAIC, used a company to determine a fair stock price each quarter. The formula they used was included in the SEC filing. When I entered MEDITECH's financial information into the same equation, the resulting stock value was about twice the value set by the MEDITECH board of directors.

(5)   For a number of years in the nineties, the price to earnings of Meditech stock was about 8 to 9. It paid a dividend on this value of about 7%.

(6)   The value rose somewhat in 2000 and 2001 to 10 and to 13 in 2003 after Dr. Grossman began his litigation. In my opinion the increase was based upon the pressure he brought with his litigation.

(7)   In 2003, and indeed throughout my employment there, Meditech had several advantages over its competitors which should support its stock value—it paid dividends, it was highly profitable, and it had a backlog of orders of almost one year.

(8)   When I was there, the ERISA trust had always bought shares from employees who wished to sell—thus there was a liquid market. The price was the stated FMV at the time.

(9)   I do not have an expert under agreement who will opine that Meditech stock at year end 2003 was undervalued. However, I believe it was undervalued based upon my review of price to earnings values. At year end 2003, the price to earnings ratio of Meditech stock was 13.3. It listed Cerner, IDX, Eclipsys as its competitors in its 10K. Yet Cerner's price to earnings was 29, while its profit was percentage-wise (compared to its revenue) much less. In addition, unlike the others, Meditech paid a dividend. I note also Meditech had almost $200 million in marketable securities which it was not using in the business.

(10)  In my opinion the stock was undervalued, and that is supported by the opinion Williamette furnished in related litigation in which they opine the stock was worth $33 after a discount of 30% for lack of marketability. Personally I do not think the discount should be 30% because of the market made by the Trust., but should only be 10% which would raise the value to about $35 per share.

When I left Meditech, I objected to the valuation of Meditech stock by a letter dated September 7, 2004, to which no one replied (Exhibit 27 to Martin testimony).

SIGNED UNDER THE PENALTIES OF PERJURY this 23 day of May 2008.

_Michael P. Hubert_
Michael P. Hubert