UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL P. HUBERT, WILLIAM TRAINOR, and DAVID HINCHLIFFE,<br><br>    Plaintiffs,<br><br>    v.<br><br>MEDICAL INFORMATION TECHNOLOGY PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC., and A. NEIL PAPPALARDO,<br><br>    Defendants. | Civil Action No. 05-10269 (RWZ) |

**DEFENDANTS' ASSENTED-TO MOTION TO FILE A SEVEN-PAGE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants Medical Information Technology, Inc. ("Meditech"), Medical Information Technology, Inc. Profit Sharing Plan (the "Plan"), and A. Neil Pappalardo (together, "Defendants") hereby move pursuant to Local Rule 7.1 for leave of Court to file a reply brief of seven (7) pages in support of their Motion for Summary Judgment. Plaintiffs' counsel has assented to this motion.

The Court's April 22, 2008 Order set the page limit for Defendants' Reply brief, which is due to be filed on June 3, 2008, at five (5) pages. In support of this motion, Defendants state that the additional pages are necessary for Defendants to more fully address the several arguments and statements of fact raised by Plaintiffs in their Opposition to Defendants' Motion for Summary Judgment, which was filed on May 27, 2008. Defendants believe that the additional pages will assist the Court in resolving the issues before it.

Counsel for Defendants conferred with counsel for Plaintiffs regarding this motion and Plaintiffs' counsel have stated that they assent to Defendants' request for two (2) additional pages for their reply brief.

Wherefore, Defendants respectfully request that this Court permit Defendants to file a Reply in Support of their Motion for Summary Judgment that is seven (7) pages in length, rather than the five (5) called for under the current scheduling order.

Respectfully submitted,

MEDICAL INFORMATION TECHNOLOGY, INC. PROFIT SHARING PLAN, MEDICAL INFORMATION TECHNOLOGY, INC. and A. NEIL PAPPALARDO.

By their attorneys,

/s/ Kevin P. Martin
Stephen D. Poss (BBO # 551760)
Kevin P. Martin (BBO # 655222)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: June 2, 2008

## **CERTIFICATE OF CONFERENCE**

I, Kevin P. Martin, hereby certify that I conferred with counsel of record for Plaintiffs on June 2, 2008 and confirmed that they assent to this motion.

/s/  Kevin P. Martin

## **CERTIFICATE OF SERVICE**

I, Kevin P. Martin, hereby certify that I caused a true copy of the above document to be served upon the counsel of record for each other party via this Court's ECF System on June 2, 2008.

/s/  Kevin P. Martin